# Exhibit  A

Case 2:24-cv-00202-JRG   Document 1-1   Filed 03/20/24   Page 2 of 51 PageID #: 41



US011733466B2

(12) **United States Patent**   (10) **Patent No.:** **US 11,733,466 B2**
Higley et al.   (45) **Date of Patent:** **Aug. 22, 2023**

(54) **MINI DUPLEX CONNECTOR WITH PUSH-PULL POLARITY MECHANISM AND CARRIER**

(71) Applicant: **US Conec Ltd.**, Hickory, NC (US)

(72) Inventors: **Jason Higley**, Hickory, NC (US); **Jillcha F. Wakjira**, Hickory, NC (US); **Mitchell Cloud**, Hickory, NC (US); **Darrell R. Childers**, Hickory, NC (US); **Michael E. Hughes**, Hickory, NC (US)

(73) Assignee: **US Conec Ltd.**, Hickory, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/057,342**

(22) Filed: **Nov. 21, 2022**

(65) **Prior Publication Data**

US 2023/0080980 A1   Mar. 16, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/328,574, filed on May 24, 2021, now Pat. No. 11,506,848, which is a
(Continued)

(51) **Int. Cl.**
**G02B 6/38**   (2006.01)

(52) **U.S. Cl.**
CPC .........   **G02B 6/3898** (2013.01); **G02B 6/3812** (2013.01); **G02B 6/3825** (2013.01); **G02B 6/3857** (2013.01); **G02B 6/3893** (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3812; G02B 6/3825; G02B 6/3857; G02B 6/3893; G02B 6/3898;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,690,494 A | * | 9/1987 | Hirose | G02B 6/3898 |
| | | | | 385/60 |
| 4,762,389 A | * | 8/1988 | Kaihara | G02B 6/3825 |
| | | | | 385/59 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 0242818 A1 | 5/2002 |
| WO | 2015191024 A1 | 12/2015 |

(Continued)

OTHER PUBLICATIONS

Extended European Search Report; dated Jul. 29, 2021; 8 pages 18890292.8.
(Continued)

*Primary Examiner* — Andrew Jordan
(74) *Attorney, Agent, or Firm* — Michael L Leetzow PLLC; Shubhrangshu Sengupta

(57)   **ABSTRACT**

A new fiber optic connector provides a smaller form factor by including two ferrule assemblies in a housing. The housing accepts a push-pull mechanism that allows for insertion and removal from a carrier as well as an adapter. The push-pull mechanism may also include a flexure member to return the push-pull mechanism. Polarity of the fiber optic connector may also be selected by use of the push-pull mechanism.

**17 Claims, 37 Drawing Sheets**



## Related U.S. Application Data

continuation of application No. 16/462,897, filed as application No. PCT/US2018/066518 on Dec. 19, 2018, now Pat. No. 11,016,250.

(60) Provisional application No. 62/634,271, filed on Feb. 23, 2018, provisional application No. 62/607,555, filed on Dec. 19, 2017.

(58) **Field of Classification Search**
CPC .. G02B 6/3831; G02B 6/3879; G02B 6/3878; G02B 6/3873
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,798,440 | A * | 1/1989 | Hoffer | G02B 6/4246 | 385/88 |
| 5,016,968 | A * | 5/1991 | Hammond | G02B 6/3831 | 385/78 |
| 5,619,604 | A * | 4/1997 | Shiflett | G02B 6/3869 | 385/55 |
| 5,737,463 | A * | 4/1998 | Weiss | G02B 6/3831 | 385/59 |
| 5,879,173 | A * | 3/1999 | Poplawski | H01R 13/6582 | 439/138 |
| 5,896,479 | A * | 4/1999 | Vladic | G02B 6/3885 | 385/59 |
| 6,019,521 | A * | 2/2000 | Manning | G02B 6/3888 | 385/76 |
| 6,059,461 | A * | 5/2000 | Aoki | G02B 6/3825 | 385/59 |
| 6,234,682 | B1 * | 5/2001 | Nagaoka | G02B 6/3878 | 385/59 |
| 6,352,373 | B1 * | 3/2002 | Yamaguchi | G02B 6/3869 | 385/60 |
| 6,513,989 | B1 * | 2/2003 | Bleck | G02B 6/3897 | 385/60 |
| 7,090,509 | B1 * | 8/2006 | Gilliland | G02B 6/4277 | 439/76.1 |
| 7,281,859 | B2 * | 10/2007 | Mudd | G02B 6/3869 | 385/83 |
| 7,296,935 | B1 * | 11/2007 | Childers | G02B 6/3885 | 385/59 |
| 8,152,385 | B2 * | 4/2012 | de Jong | G02B 6/38875 | 385/71 |
| 8,559,781 | B2 * | 10/2013 | Childers | G02B 6/3893 | 385/134 |
| 8,684,611 | B2 * | 4/2014 | Childers | G02B 6/3821 | 385/78 |
| 8,979,395 | B2 * | 3/2015 | Michael | G02B 6/3809 | 385/95 |
| 8,985,864 | B2 * | 3/2015 | Ott | G02B 6/3869 | 385/72 |
| 8,985,867 | B2 * | 3/2015 | Michael | G02B 6/3825 | 385/60 |
| 9,052,474 | B2 * | 6/2015 | Jiang | A01N 25/10 | |
| 9,207,410 | B2 * | 12/2015 | Lee | G02B 6/3879 | |
| 9,507,103 | B2 * | 11/2016 | Wu | G02B 6/3885 | |
| 9,523,824 | B2 * | 12/2016 | Ott | G02B 6/3863 | |
| 9,568,689 | B2 * | 2/2017 | Nguyen | G02B 6/3898 | |
| 9,606,303 | B2 * | 3/2017 | Wakjira | G02B 6/3879 | |
| 9,625,657 | B2 * | 4/2017 | Ott | G02B 6/3825 | |
| 9,638,868 | B2 * | 5/2017 | Ott | G02B 6/3858 | |
| 9,684,130 | B2 * | 6/2017 | Veatch | G02B 6/2726 | |
| 9,739,955 | B2 * | 8/2017 | Lee | G02B 6/3821 | |
| 9,761,998 | B2 * | 9/2017 | De Dios Martin | H01R 13/6335 | |
| 9,804,337 | B2 * | 10/2017 | Anderson | G02B 6/3825 | |
| 9,829,644 | B2 * | 11/2017 | Nguyen | G02B 6/381 | |
| 10,042,127 | B2 * | 8/2018 | Ott | G02B 6/3881 | |
| 10,054,747 | B2 * | 8/2018 | Lee | G02B 6/3825 | |
| 10,146,010 | B2 * | 12/2018 | Ott | G02B 6/3809 | |
| 10,168,487 | B2 * | 1/2019 | Conrad | G02B 6/3898 | |
| 10,185,099 | B2 * | 1/2019 | Chang | G02B 6/3825 | |
| 10,185,100 | B2 * | 1/2019 | Takano | G02B 6/4292 | |
| 10,191,230 | B2 * | 1/2019 | Wong | G02B 6/3893 | |
| 10,228,516 | B2 * | 3/2019 | Veatch | G02B 6/3831 | |
| 10,281,668 | B2 * | 5/2019 | Takano | G02B 6/3893 | |
| 10,281,669 | B2 * | 5/2019 | Takano | G02B 6/3893 | |
| 10,288,817 | B2 * | 5/2019 | Nguyen | G02B 6/3893 | |
| 10,520,682 | B2 * | 12/2019 | Ott | G02B 6/3888 | |
| 10,520,687 | B2 * | 12/2019 | Lee | G02B 6/3821 | |
| 10,585,247 | B2 * | 3/2020 | Takano | G02B 6/4292 | |
| 10,598,865 | B2 * | 3/2020 | Ott | G02B 6/389 | |
| 10,641,968 | B2 * | 5/2020 | Takano | G02B 6/3893 | |
| 10,678,000 | B2 * | 6/2020 | Takano | G02B 6/3893 | |
| 10,705,300 | B2 * | 7/2020 | Takano | G02B 6/4292 | |
| 10,768,377 | B2 * | 9/2020 | Conrad | G02B 6/3898 | |
| 11,092,750 | B2 * | 8/2021 | Ott | G02B 6/3825 | |
| 11,092,755 | B2 * | 8/2021 | Ott | G02B 6/3888 | |
| 11,112,567 | B2 * | 9/2021 | Higley | G02B 6/3893 | |
| 11,525,965 | B2 | 12/2022 | Childers et al. | | |
| 11,555,968 | B2 * | 1/2023 | Ott | G02B 6/3825 | |
| 11,592,627 | B2 * | 2/2023 | Higley | G02B 6/38875 | |
| 11,614,589 | B2 * | 3/2023 | Ott | G02B 6/3869 | 385/72 |
| 2005/0111796 | A1 * | 5/2005 | Matasek | G02B 6/4277 | 385/55 |
| 2010/0008635 | A1 * | 1/2010 | Zimmel | G02B 6/3825 | 385/136 |
| 2010/0220961 | A1 * | 9/2010 | de Jong | G02B 6/3885 | 385/77 |
| 2012/0213484 | A1 * | 8/2012 | Childers | G02B 6/3885 | 29/428 |
| 2013/0156379 | A1 * | 6/2013 | Ott | G02B 6/3863 | 385/76 |
| 2013/0183001 | A1 * | 7/2013 | Ott | G02B 6/3885 | 385/72 |
| 2013/0216186 | A1 * | 8/2013 | Ott | G02B 6/3885 | 385/78 |
| 2014/0133808 | A1 * | 5/2014 | Hill | G02B 6/44 | 385/84 |
| 2014/0133820 | A1 * | 5/2014 | Zimmel | G02B 6/4472 | 385/135 |
| 2014/0169727 | A1 * | 6/2014 | Veatch | G02B 6/3831 | 385/11 |
| 2015/0030289 | A1 * | 1/2015 | Jiang | G02B 6/44 | 385/76 |
| 2015/0177463 | A1 * | 6/2015 | Lee | G02B 6/3879 | 385/76 |
| 2015/0191024 | A1 * | 7/2015 | Heath | B41J 2/2117 | 347/15 |
| 2015/0253519 | A1 * | 9/2015 | Ott | G02B 6/3898 | 29/520 |
| 2015/0260922 | A1 * | 9/2015 | Ott | G02B 6/3893 | 385/72 |
| 2015/0260925 | A1 * | 9/2015 | Ott | G02B 6/3825 | 15/104.8 |
| 2016/0238796 | A1 * | 8/2016 | Nguyen | G02B 6/3893 | |
| 2016/0306125 | A1 * | 10/2016 | Wu | G02B 6/3879 | |
| 2016/0327757 | A1 * | 11/2016 | Lee | G02B 6/3869 | |
| 2017/0139430 | A1 * | 5/2017 | Gledhill, III | G01F 1/24 | |
| 2017/0153396 | A1 * | 6/2017 | Nguyen | G02B 6/3821 | |
| 2017/0205588 | A1 | 7/2017 | Ee | | |
| 2017/0276881 | A1 * | 9/2017 | Ott | G02B 6/3809 | |
| 2017/0285268 | A1 * | 10/2017 | Veatch | G02B 6/2726 | |
| 2017/0285275 | A1 * | 10/2017 | Hill | G02B 6/3857 | |
| 2017/0299818 | A1 * | 10/2017 | Chang | G02B 6/3871 | |
| 2017/0299820 | A1 * | 10/2017 | Lee | G02B 6/3821 | |
| 2017/0336571 | A1 * | 11/2017 | Ott | G02B 6/3869 | |
| 2017/0343740 | A1 * | 11/2017 | Nguyen | G02B 6/4284 | |
| 2018/0081124 | A1 * | 3/2018 | Nguyen | G02B 6/3821 | |
| 2018/0120513 | A1 * | 5/2018 | Conrad | G02B 6/3885 | |
| 2018/0136414 | A1 * | 5/2018 | Childers | G02B 6/3874 | |
| 2018/0217338 | A1 * | 8/2018 | Takano | G02B 6/3879 | |
| 2018/0217340 | A1 * | 8/2018 | Wong | G02B 6/3893 | |
| 2018/0252872 | A1 * | 9/2018 | Chen | G02B 6/3893 | |
| 2019/0018209 | A1 * | 1/2019 | Takano | G02B 6/3893 | |
| 2019/0033533 | A1 * | 1/2019 | Ott | G02B 6/3862 | |
| 2019/0137696 | A1 * | 5/2019 | Conrad | G02B 6/3841 | |

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2019/0137701 | A1* | 5/2019 | Lee | G02B 6/3821 |
| 2019/0179084 | A1* | 6/2019 | Ott | G02B 6/3869 |
| 2019/0179086 | A1* | 6/2019 | Takano | G02B 6/3893 |
| 2019/0179089 | A1* | 6/2019 | Takano | G02B 6/3825 |
| 2019/0187387 | A1* | 6/2019 | Wong | G02B 6/3821 |
| 2019/0235184 | A1* | 8/2019 | Takano | G02B 6/3821 |
| 2019/0250344 | A1* | 8/2019 | Takano | G02B 6/387 |
| 2019/0278028 | A1* | 9/2019 | Higley | G02B 6/3825 |
| 2019/0302383 | A1* | 10/2019 | Takano | G02B 6/387 |
| 2019/0346633 | A1* | 11/2019 | Cloud | G02B 6/3888 |
| 2019/0391343 | A1 | 12/2019 | Aoshima et al. | |
| 2020/0150357 | A1* | 5/2020 | Higley | G02B 6/38875 |
| 2020/0209489 | A1* | 7/2020 | Takano | G02B 6/4292 |
| 2020/0241215 | A1* | 7/2020 | Ott | G02B 6/3881 |
| 2020/0264384 | A1* | 8/2020 | Higley | G02B 6/3831 |
| 2020/0284998 | A1* | 9/2020 | Higley | G02B 6/3878 |
| 2020/0285001 | A1* | 9/2020 | Childers | G02B 6/3812 |
| 2020/0301077 | A1* | 9/2020 | Leigh | G02B 6/3831 |
| 2020/0319410 | A1* | 10/2020 | Ott | G02B 6/3809 |
| 2020/0371299 | A1* | 11/2020 | Gniadek | G02B 6/387 |
| 2021/0149124 | A1* | 5/2021 | Higley | G02B 6/3888 |
| 2021/0286138 | A1* | 9/2021 | Higley | G02B 6/3898 |
| 2021/0373252 | A1* | 12/2021 | Ott | G02B 6/3862 |
| 2021/0382236 | A1* | 12/2021 | Ott | G02B 6/3858 |
| 2021/0405302 | A1* | 12/2021 | Higley | G02B 6/38875 |
| 2023/0080980 | A1* | 3/2023 | Higley | G02B 6/3898 |
| | | | | 385/78 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2017139430 A1 | 8/2017 |
| WO | 2019195652 A1 | 10/2019 |
| WO | 2020160254 A1 | 8/2020 |

OTHER PUBLICATIONS

FOCIS 10 Fiber Optic Connector Intermateability Standard—Type LC, Mar. 6, 2002.
International Search Report and Written Opinion PCT/US2018/066523 dated Mar. 5, 2019; 8 pages.
Office Action in Chinese patent App. No. 202800118295 dated Oct. 8, 2022.

* cited by examiner

Case 2:24-cv-00202-JRG  Document 1-1  Filed 03/20/24  Page 4 of 51 PageID #: 43

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 5 of 51 PageID #: 44



*Fig. 1*

*Fig. 2*

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 6 of 51 PageID #: 45



Fig. 3

Fig. 3A

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/25/24 Page 7 of 51 PageID #: 46



*Fig. 4*



*Fig. 6*



*Fig. 5*



*Fig. 7*



*Fig. 9*



*Fig. 8*



*Fig. 10A*



*Fig. 10*



Fig. 11

Fig. 12

Fig. 13

Case 2:24-cv-00202-JRG  Document 1-1  Filed 03/20/24  Page 13 of 51 PageID #: 52



*Fig. 14*



*Fig. 15*



*Fig. 16*



*Fig. 17*



*Fig. 18*



Fig. 20

Fig. 19

Case 2:24-cv-00202-JRG  Document 1-1  Filed 03/20/24  Page 18 of 51 PageID #: 57



*Fig. 21*



*Fig. 22*

Case 2:24-cv-00252-JRG Document 1-1 Filed 03/20/24 Page 20 of 51 PageID #: 59



*Fig. 23*



*Fig. 24*

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 22 of 51 PageID #: 61



Fig. 26

Fig. 25

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 23 of 51 PageID #: 62



*Fig. 27*



*Fig. 28*

*Fig. 29*



*Fig. 30*



*Fig. 31*



*Fig. 32*

Case 2:24-cv-00202-JRG   Document 1-1   Filed 03/20/24   Page 28 of 51 PageID #: 67



*Fig. 33*

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 29 of 51 PageID #: 66



*Fig. 34*



*Fig. 35*



*Fig. 36*



*Fig. 37*

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/20/24 Page 33 of 51 PageID #: 72



*Fig. 38*



*Fig. 39*



Fig. 40

Fig. 41



*Fig. 42*

*Fig. 43*



*Fig. 44*



*Fig. 45*



*Fig. 46*



**Fig. 47**



*Fig. 48*

1
2

# MINI DUPLEX CONNECTOR WITH PUSH-PULL POLARITY MECHANISM AND CARRIER

This application claims priority to U.S. Provisional Patent Application Ser. No. 62/607,555, filed on Dec. 19, 2017 and Provisional Patent Application Ser. No. 62/634,271, filed on Feb. 23, 2018, and under 35 U.S.C. § 120 to U.S. Pat. No. 11,016,250, issued on Mar. 25, 2021, and to U.S. Pat. No. 11,506,848, issued on Nov. 22, 2022, the contents of all of which are incorporated by reference.

## BACKGROUND OF THE INVENTION

### Field of the Invention

In the small form-factor pluggable (SFP and QSFP) industry, there are a number of different ferrules and designs that are used. In some applications, an MT ferrule is used, while in others it is the LC form that is used. The LC connector uses a single optical fiber and fiber optic ferrule per housing. In higher density applications, the LC connector may not be used because the space that each of the LC connectors use. Thus, it would beneficial to reduce the footprint of the LC connector by reducing the pitch between the fiber optic ferrules.

Applicant has a new design for a fiber optic connector using the LC fiber optic ferrule to reduce the overall footprint of the fiber optic connector. In addition, an insertion/removal tool has been included to allow for the reduced footprint, allowing a user to more easily insert and remove the new fiber optic connectors. The fiber optic connector and the insertion/removal tool may also provide a way to ensure the correct polarity of the fiber optic connector and to even change the polarity in the field.

Finally, the insertion/removal tool may include a way for it to be self-returning after a user inserts/removes the fiber optic connector.

## SUMMARY OF THE INVENTION

The present invention is directed to a fiber optic connector that includes a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies including a fiber optic ferrule, a ferrule holder and a lead-in tube, the fiber optic ferrule being inserted into a front end of a ferrule holder and extending away from the front end of the ferrule holder, and the lead-in tube attached the ferrule holder and extending rearwardly and away from the fiber optic ferrule, two springs, each spring engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing, and a spring push engaging a rear portion of each of the two springs to bias the ferrule assemblies toward the front end of the housing, the spring push engaging a portion of the housing in the opening to retain the spring push within the opening, wherein each of the lead-in tubes extend through at least a portion of a respective spring and beyond a rear end of the spring push.

In some embodiments, the fiber optic connector includes a crimp body having a transition portion to receive an optical fiber extending from each of the lead-in tubes between the front end and a singular opening at a rear end, the rear end having an outer surface to receive a crimp band therearound.

In some embodiments, the housing has a rail receiving portion configured to receive a latch component.

In some embodiments, the latch component is a push-pull mechanism.

In another aspect, the invention is directed to a method of assembling a fiber optic connector that includes the steps of inserting into a housing having a main body, the housing extending between a front end and a rear end and having an opening extending therebetween two ferrule assemblies, each of the ferrule assemblies comprising a fiber optic ferrule, a ferrule holder and a lead-in tube, the fiber optic ferrule being inserted into a front end of a ferrule holder and extending away from the front end of the ferrule holder, and the lead-in tube attached the ferrule holder and extending rearwardly and away from the fiber optic ferrule, inserting on to each of the ferrule assemblies a spring engaging a rearward facing surface of the ferrule holder and extending towards the rear end of the housing, inserting into the housing a spring push to engage a rear portion of each of the springs to bias the ferrule assemblies toward the front end of the housing, the spring push engaging a portion of the housing in the opening to retain the spring push within the opening, inserting an adhesive into each of the lead-in tubes to secure an optical fiber within each of the ferrule assembly, and allowing the adhesive to cure with an optical fiber within each of the ferrule assemblies.

Additional features and advantages of the invention will be set forth in the detailed description which follows, and in part will be readily apparent to those skilled in the art from that description or recognized by practicing the invention as described herein, including the detailed description which follows, the claims, as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description of the present embodiments of the invention, and are intended to provide an overview or framework for understanding the nature and character of the invention as it is claimed. The accompanying drawings are included to provide a further understanding of the invention, and are incorporated into and constitute a part of this specification. The drawings illustrate various embodiments of the invention, and together with the description serve to explain the principles and operations of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side elevational view of one embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. 2 is an exploded perspective view of the fiber optic connector in FIG. 1;

FIG. 3 is a perspective view of a portion of the fiber optic connector in FIG. 1, which includes the housing with two ferrule assemblies and a spring push;

FIG. 3A is an exploded perspective view of the ferrule assembly and spring in FIG. 3;

FIG. 4 is a partial cross section of the housing with two assembled ferrule assemblies and the spring push in FIG. 3;

FIG. 5 is a perspective view of the housing of the fiber optic connector in FIG. 1 and FIG. 3;

FIG. 6 is a rear elevational view of the housing in FIG. 5;

FIG. 7 is a perspective view of spring push in FIG. 3;

FIG. 8 is a front elevational view of the crimp body in FIG. 1;

FIG. 9 is a partial cut away perspective view of the crimp body in FIG. 8;

FIG. **10** is a perspective view of the push-pull mechanism of FIG. **1**;

FIG. **10**A is a perspective view of the underside of the push-pull mechanism of FIG. **10**;

FIG. **11** is a perspective view of a latch body used with the push-pull mechanism in FIG. **10**;

FIG. **12** is a front elevational view of the latch body in FIG. **11**;

FIG. **13** is a side elevational view of the latch body in FIG. **11**;

FIG. **14** is a perspective view of the push-pull mechanism and latch body illustrating how the latch body attaches to the push-pull mechanism;

FIG. **15** is a partial, perspective view of the push-pull mechanism and latch body in FIG. **14**;

FIG. **16** is a top view of the push-pull mechanism in FIG. **14** attached to the fiber optic connector in FIG. **1**;

FIG. **17** is an enlarged view of the connection of the push-pull mechanism and housing in FIG. **16**;

FIG. **18** is a front perspective view of a plurality of fiber optic connectors and push-pull mechanisms mounted in a carrier according to one embodiment of the present invention;

FIG. **19** is a front view of the plurality of fiber optic connectors and push-pull mechanisms mounted in the carrier in FIG. **18**;

FIG. **20** is a rear perspective view of the plurality of fiber optic connectors and push-pull mechanisms mounted in the carrier in FIG. **18** in preparation to be inserted into one embodiment of a fiber optic connector adapter according to the present invention;

FIG. **21** is a cross section of the assembly of the push-pull mechanism and latch body and the fiber optic connector, all mounted in the carrier and inserted into the adapter;

FIG. **22** is a cross section of a smaller portion of the assembly shown in FIG. **21** illustrating push-pull mechanism and latch body mounted in the carrier and the fiber optic connector adapter;

FIG. **23** is an elevational view of a second embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. **24** is a partial cross sectional view of the housing with the two ferrule assemblies and a spring push of the fiber optic connector in FIG. **23**;

FIG. **25** is a perspective view of the housing of the fiber optic connector in FIG. **23**;

FIG. **26** is a rear elevational view of the housing in FIG. **25**;

FIG. **27** is partial cross section of a second embodiment of a crimp body according to the present invention and shown in FIG. **23**;

FIG. **28** is a perspective view of the second embodiment of a push-pull mechanism according to the present invention and shown in FIG. **23**;

FIG. **29** is a cross section view of the push-pull mechanism in FIG. **27**;

FIG. **30** is cross section of the fiber optic connector with a push-pull mechanism and crimp body of FIG. **23**;

FIG. **31** is a perspective view of a fiber optic connector and push-pull mechanisms of FIG. **23** mounted in a carrier;

FIG. **32** is a cross section view of the carrier of FIG. **30** without the fiber optic connector;

FIG. **33** is cross section view of the fiber optic connector with a push-pull mechanism and crimp body of FIG. **23** in an embodiment of a carrier;

FIG. **34** is a cross section view of fiber optic connector with a push-pull mechanism and crimp body in a carrier being inserted into an adapter;

FIG. **35** a cross section view of fiber optic connector with a push-pull mechanism and crimp body in a carrier being removed from the adapter;

FIG. **36** is a cross section view of fiber optic connector with a push-pull mechanism and crimp body being removed from a carrier;

FIG. **37** is a perspective view of a second embodiment of a spring push according to the present invention;

FIG. **38** is a perspective view of a second embodiment of a crimp body according to the present invention;

FIG. **39** is an elevational view of another embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. **40** is a right top perspective view of the push-pull mechanism of FIG. **39**;

FIG. **41** is a bottom perspective view of the push-pull mechanism of FIG. **39**;

FIG. **42** is a right perspective view of the latch body with a flexure mechanism of FIG. **39**;

FIG. **43** is a right bottom perspective view of the latch body and flexure mechanism of FIG. **39**

FIG. **44** is a right perspective view of the push-pull mechanism with latch body and flexure mechanism;

FIG. **45** is an enlarged cross sectional view of a portion of the push-pull mechanism, latch body, and fiber optic connector of FIG. **39**;

FIG. **46** is enlarged cross sectional view of a portion of the push-pull mechanism, latch body, and fiber optic connector of FIG. **41** at a different location from FIG. **47**;

FIG. **47** is a cross sectional view of the push-pull mechanism, latch body, and housing; and

FIG. **48** is a top perspective view of the push-pull mechanism, latch body, and housing.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the present preferred embodiment(s) of the invention, examples of which are illustrated in the accompanying drawings. Whenever possible, the same reference numerals will be used throughout the drawings to refer to the same or like parts.

Applicant notes that the term "front" or "forward" means that direction where the fiber optic connector would meet with another fiber optic connector or device, while the term "rear" or "rearward" is used to mean the direction from which the optical fibers enter into the fiber-optic ferrule or fiber optic connector. Thus, "front" is that part of the housing **102** on the left side of FIG. **1** and "forward" is out and to the left. "Rear" is that part of the housing **102** that is on the right side of the page and "rearward" is toward the right.

One embodiment of a fiber optic connector **100** according to the present invention is illustrated in FIGS. **1-22**. The fiber optic connector **100**, in FIGS. **1** and **2**, may include a housing **102**, a latch component (push-pull mechanism) **104**, a crimp body **106**, a crimp ring and heat shrink tube **108**, and a strain relief boot **110**. As discussed in more detail below, the housing **102** and its components, the latch component **104**, and the crimp body **106** are the focus of this application. The crimp ring and heat shrink tube **108** and a strain relief boot **110** are generally known components.

Turning to FIGS. **3** and **3A**, inside the housing **102** are two ferrule assemblies **120**, two springs **122**, and a spring push **124**. The two ferrule assemblies **120** each include a fiber

Case 2:24-cv-00202-JRG   Document 1-1   Filed 03/20/24   Page 43 of 51 PageID #:  82

Case 2:24-cv-00202-JRG   Document 1-1   Filed 03/20/24   Page 44 of 51 PageID #: 83

5

optic ferrule **130** (generally a 1.25 mm LC fiber optic ferrule), a ferrule holder **132**, and a lead-in tube **134**. The spring **122** is added later. The ferrule assemblies **120** are preferably preassembled and are inserted into the housing **102** without needing any further processing.

The housing **102** has a main body **140** extending between a front end **142** and a rear end **144**, and has an opening **146** extending therebetween. The opening **146** of the housing **102** may also have structures **148** that orient and retain the ferrule assemblies **120** in the housing **102**. In this case, there are flat surfaces **150** that engage corresponding flat surfaces **152** on the ferrule holder **132**, to keep the ferrule assemblies **120** from rotating within the housing **102**.

Once the ferrule assemblies **120** are disposed within the housing **102**, the springs **122** are placed around the lead-in tube **134** and against a back end **138** of the ferrule holder **132**. The spring push **124** is then inserted into the opening **146** of the housing **102**. The spring push **124** has a pair of latches **154** that engage corresponding openings **156** in the opposite sides of the main body **140** of the housing **102** to retain the spring push **124** in the opening **146**. The spring push **124** has a forward facing surface **158** to engage the rear ends of the springs **122**. The forward facing surface **158** generally corresponds to the two springs **122** to ensure that that the spring push **124** stays engaged with the springs **122**. This configuration biases the ferrule assemblies **120** toward the front end **142** of the housing **102**. While not shown, two optical fibers enter into the ferrule assemblies **120** through the spring push **124** and into the lead-in tubes **134**.

The lead-in tubes **134** are connected to and extend from the ferrule holder **132**. Preferably, the lead-in tubes **134** are secured to the ferrule holder **132**, e.g. by adhesives, press-fit. The lead-in tubes **134** also extend beyond the rear end of the ferrule holder **132**. See FIG. **4**. This allows for injection of epoxy or other adhesives into the ferrule assemblies **120** through the lead-in tubes **134** to secure the optical fibers therein. With the lead-in tubes **134** extending so far rearwardly, there is no concern that the epoxy or adhesives will interfere with the springs **134**, the spring push **124**, or other structures in the fiber optic connector **100**. Typically, the adhesive is cured with the lead-in tubes **134** exposed in prior to adding any additional components.

The housing **102** may also have an indicia **136** of the polarity of the fiber optic connector **100**. See FIG. **5**. Depending on the application, one of the ferrule assemblies **120** may be a receiving or a transmitting side with the other of the ferrule assemblies **120** being the other. It is important for the user or technician to know which of the ferrule assemblies **120** is which. The indicia **136**, an indentation in this case, makes the orientation or the polarity of the fiber optic connector **100** clearly visible. Other types of indicia may be used and still fall within the scope of the present invention.

The outside of the housing **102** has many features that are integral to its use. See FIGS. **5** and **6**. First are the top surface **160** and the bottom surface **162**. The top and bottom surfaces **160**,**162** are preferably the same, with the exception of the indicia **136**, as one of the two surfaces **160**,**162** would not have it. Extending from the rear end **144** towards the front **142** of the housing **140** on both the top surface **160** and the bottom surface **162** is a rail receiving portion **164**. As will be discussed in more detail below, the rail receiving portion **164** will stop just before the front end **142** as it will therefore create a stop surface **166**. The latch component (push-pull mechanism) **104** will make use of the stop surface **166** to insert the fiber optic connector **100** into various structures.

6

The rail receiving portion **164** has a central portion **168** and then two lobe sections **170**, one lobe on each side of the central portion **168**. As best seen in FIG. **6**, the rail receiving portion **164** looks like part of a profile of a dog bone. This configuration matches that of the bottom surface of the latch component (push-pull mechanism) **104** to form a sliding dove-tail configuration. Other configurations are possible, such as, for example, the second version illustrated below—a cap with undercuts (essentially an umbrella or a T-shape configuration). See FIG. **26**.

The next feature of the housing **102** and main body **140** are the two side surfaces **180**. The two side surfaces **180** are those opposite to one another and separated by the top surface **160** and the bottom surface **162**. Referring to FIG. **6** in particular, each of the sides **180** are divided into three portions. The first portion is a longitudinal central portion **182** extending in a first plane A. The second portion is a longitudinal top portion **184** extending in a second plane B, the first plane A is parallel to and offset from the second plane B. The third portion is a longitudinal bottom portion **186** extending in the second plane B. The longitudinal top portion **184** preferably is divided from the longitudinal central portion **182** by a shoulder **188**. The shoulder **188** preferably has a surface that is in plane C and is perpendicular to both planes A and B. Similarly, the longitudinal bottom portion **186** preferably is divided from the longitudinal central portion **182** by a shoulder **190**. The shoulder **190** preferably has a surface that is in plane D and is perpendicular to both planes A and B.

The two longitudinal top portions **184** and the two longitudinal bottom portions **186** function to align the fiber optic connector **100** in a horizontal direction in various structures, e.g., a carrier and an adapter. On the other hand, it is the shoulders **188**,**190** that align the fiber optic connector **100** in a vertical direction. These will be discussed in more detail below. See also FIGS. **19** and **20**.

Referring to FIG. **5**, there are also two indentations **192** in the longitudinal top portion **184** on both sides of the main body and adjacent the rear end **144**. The indentations **192** form a forward facing surfaces **194** that are used by two housing latches in the latch component (push-pull mechanism) **104**. As described more later, the latch component (push-pull mechanism) **104** engages the forward facing surfaces **194** when removing the fiber optic connector **100**.

Returning to the crimp body **106**, it is illustrated in FIG. **1** and also in FIGS. **8** and **9**. The crimp body **106** has a front portion **200** that is designed to interact and connect with the spring push **124** and also is disposed within the opening **146** of the housing **102** when installed. The crimp body **106** has a rear portion **202** that extends behind the housing **102** and provides an outer surface **204** to receive a crimp band (e.g., crimp ring and heat shrink tube **108**) thereground. Extending from a front end **206** to the rear end **208** is an opening **210**. The opening **210** at the front portion **200** receives at least a portion of each of the lead-in tubes **134**. The spring push **124** has two tabs **212** on opposites sides thereof and extend in a rear ward direction in the opening **210** to engage an opening **214** in side walls **216** of the crimp body **106**. The front end **206** also has a forward facing surface **218** that complements the rear of the spring push and, together with the tabs **212** keeps the crimp body **106** securely fixed to fiber optic connector **100**. Although the crimp body **106** is illustrated as being attached to the spring push **124**, alternatively the crimp body **106** could be attached to the housing **102**.

The opening **210** in the crimp body **106** rearwardly of the lead-in tubes provides a transition portion **220** for the optical fibers that are secured in the fiber optic ferrules **130**. Since

US 11,733,466 B2

7

the crimp body 106 has a singular opening 222 at the rear end thereof, the optical fibers need to be able to exit that singular opening 222 in a smooth fashion so they are not bent beyond their bend radius, thereby damaging or breaking the optical fibers. The transition portion 220 provides for this function.

The crimp body 106 also has a top surface 230 and the bottom surface 232. The top surface 230 and the bottom surface 232 may be configured with a central portion 234 that is similar to the central portion 168 of the rail receiving portion 164 above. However, the crimp body 106 has two outer trough portions 236 that are open to the space above the crimp body 106. The central portion 234 and the two outer trough portions 236 function as an alignment feature of the rail receiving portion 164. As discussed more below, the latch component (push-pull mechanism) 104 can be better aligned with the rail receiving portion 164 by using the central portion 234 and the two outer trough portions 236 on the crimp body 106.

While the crimp body 106 is illustrated as a single, unitary body (i.e., molded at one time with one material), it could also be molded as two pieces and then later the two pieces secured to one another.

The latch component (push-pull mechanism) 104 is illustrated in more detail in FIGS. 10-17. The latch component (push-pull mechanism) 104 has a main body 250 and a latch body 252 that attaches to the main body 250. See FIGS. 10 and 11-13. The main body 250 has a front portion 254, a middle portion 256, and a rear portion 258. Generally, the front portion 254 is where the latch body 252 attaches to the main body 250 and provides for the latching of the fiber optic connector 100 to the adapter and carrier. The middle portion 256 provides for latching of latch component (push-pull mechanism) 104 to the housing 102. The rear portion 258 has a grasping portion 260 to allow a user to push and pull the latch component (push-pull mechanism) 104 to engage and disengage the fiber optic connector 100 and the latch component (push-pull mechanism) 104 from the adapter and/or carrier.

The front portion 254 is divided into a first front portion 262 and a second front portion 264. The first front portion 262 and the second front portion 264 both have a window 266, 268, respectively to receive a latch from the latch body 252 therethrough. An underside of the first portion 262 has a groove 270 on either side to receive attachment members 272, 274 from the latch body 252 (see FIGS. 10A and 11) to secure the latch body 252 to the main body 250. The attachment members 272, 274 (and thus the latch body 252) are able to slide within the grooves 270 to allow for the latching and unlatching the fiber optic connector 100. The grooves 270 should extend the length of the first portion 254.

The second front portion 264 has an upper surface 276 that is higher than an upper surface 278 of the first front portion 262. This allows for the latching of a carrier and an adapter with the same device, as noted in more detail below. On the bottom side 280 of the second front portion 264 is a rail portion 282 that includes two extensions 284, 286 that are joined by a central portion 288, all having a complementary configuration of the rail receiving portion 164 of the housing 102. See FIG. 10A. The latch body 252 also has the same rail portion configuration (central portion 290 and two extensions 292, 294) on the bottom thereof. This allows the main body 250 and the latch body 252 to be slidingly attached to the rail receiving portion 164 of housing 102. When the latch body 252 is inserted into the front portion 262, a front surface 296 of the rail portion 282 provides a pushing surface by which the main body 250 can

8

push the latch body 252 in the rail receiving portion 164 of the housing 102. See also FIG. 21. The front surface 300 of the latch body 252 also provides a pushing surface to be used against the stop surface 166 of the housing 102. This allows for the user to exert a force on the latch component (push-pull mechanism) 104 which is transferred through the main body 250 to the latch body 252 and to the housing 102 to insert the fiber optic connector 100 into a carrier and/or adapter.

Returning to FIGS. 11-13, the latch body 252 has two latches, an adapter latch 310 and a carrier latch 312. The latch body may only have one of the latches, depending upon its uses and the needs of the user. The adapter latch 310 extends from a forward portion of the latch body 252 and protrudes through window 266 of the main body 250. The carrier latch 312 also extends from the latch body 252, from a rear portion thereof, and protrudes through the window 268 of the main body 250. As is recognized from FIG. 13, the adapter latch 310 does not rise as high as the carrier latch 312 (plane E versus plane F) so that when the fiber optic connector 100 is inserted into or removed from a carrier, the adapter latch 310 will not engage the carrier.

Each of the latches, adapter latch 310 and a carrier latch 312, each have a proximal end 314, 316, to engage an adapter and a carrier, respectively. Each of the proximal ends, 314, 316, have a rearward facing surface 314a, 316a and an upward facing surface, 314b,316b. The proximal ends 314, 316 will engage an opening in an adapter or a carrier. See, e.g., FIG. 21.

The latch component (push-pull mechanism) 104 is removably connected to the rail receiving portion 164 of the housing 102 as described above. However, the connections so far described do not prevent the latch component (push-pull mechanism) 104 from being removed toward the rear of the housing 102 when, for example, the grasping portion 260 is pulled rearwardly. However, in the middle portion 256, there are two latches 320 that extend from the latch component (push-pull mechanism) 104 inward and will move along rear portions of the longitudinal top portions 184 on each side of the housing 102. See FIGS. 1, 18, and 20. In particular, the housing 102 has indentations 192 for the latches 320 and will engage the forward facing surfaces 194 when the latch component (push-pull mechanism) 104 is pulled rearwardly. This will allow for the user to remove the fiber optic connector 100 from a carrier and/or adapter as will now be described. It should be noted that the latches 320 are cantilevered latches and thus pushing on area 322 (see FIGS. 16 and 17) will cause the latches to move away from the housing 102, and will release the housing 102 from the latch component (push-pull mechanism) 104.

Turning to FIGS. 1, 14, 15, and 18, the latch component (push-pull mechanism) 104 is connected to the fiber optic connector 100. The fiber optic connector 100 can be inserted into a carrier 350 (FIG. 18) and/or an adapter 400 (FIG. 20). The carrier 350 provides the user with a convenient way to insert into and remove 4 fiber optic connectors 100 (could also have more or fewer connectors, but usually in groups of two) from an adapter (or other telecommunications structure) rather than one at a time. It provides a cost savings time wise and also assists in preventing the stubbing of or breaking fiber optic connectors.

The carrier 350 has a few features that enable the use of the carrier 350 to correctly orient the fiber optic connectors 100 (polarity) and also to align the fiber optic connectors 100 to one another for insertion into the adapter. The carrier 350 has a top 352 and a bottom 354 and the top 352 has a cut out 356 for each of the fiber optic connectors 100, or the latch

component (push-pull mechanism) **104**. If the fiber optic connector **100** is inserted into the carrier **350** incorrectly (wrong polarity) then the fiber optic connector **100** will not seat in the carrier **350** correctly. The cut out **356** also has a rearward facing surface **358** that is used to remove all of the fiber optic connectors **100** from an adapter as discussed in more detail below.

The carrier **350** has an opening **360** extending between the front end **362** and the rear end **364**. Inside the opening **360** are projections to accurately orient the fiber optic connectors **100** in the carrier **350**. Extending from the top **352** into the opening **360** are the top extensions **366a**. Along the corner of the top and the sides of the carrier **350** are partial top extensions **366b**, which perform the same function as top extensions **366a**. Similarly, there are bottom extensions **368a** and partial bottom extensions **368b**. As best seen in FIG. **19**, the top extensions **366a** are longer and extend down into the opening **360** farther than the bottom extensions **368a** extend upward into the opening **360**. The distance between corresponding top and bottom extensions **366a**, **368a** provide the vertical alignment of the fiber optic connector **100** within the carrier **350**. Referring back to FIG. **6**, the shoulders **188** and **190** and, more particularly, the distance between them and their vertical location along the sides **180** of the housing **102** orients the fiber optic connectors **100** vertically within the carrier **350**. As can be gleamed from FIG. **19**, if one of the fiber optic connectors **100** is oriented incorrectly, the longitudinal top portions **184** and the two longitudinal bottom portions **186** will be in the incorrect location and the latch component (push-pull mechanism) **104** will hit the carrier and prevent the fiber optic connector **100** from being fully inserted.

The horizontal alignment of the fiber optic connectors **100** is also controlled by the top extensions **366a** and the bottom extensions **370**. However, it is the longitudinal top portions **184** and the two longitudinal bottom portions **186** (the distance therebetween) engaging the top extensions **366a** and the bottom extensions **370** that controls. FIG. **19** also shows that there is very limited space between the fiber connectors **100** and allows for a higher density of fiber optic connectors **100**.

Once the fiber optic connectors **100** with the latch component (push-pull mechanism) **104** are correctly inserted into the carrier **350**, a latch stop **380** on the latch component (push-pull mechanism) **104** will engage the rearward facing surface **358** of the carrier **350**. The carrier **350** is captured between the latch stop **380** and rearward facing surface **316a** of carrier latch **312**. This will expose enough of the latch component (push-pull mechanism) **104** and, in particular, the first front portion **262**. At the same time, the top **352** of the carrier **350** has windows **370** to receive the carrier latch **312** from each latch body **252**, and in particular the proximal end **316**. See FIGS. **21** and **22**. However, as the fiber optic connector **100** passes into the and through carrier **350**, the adapter latch **310** is too short to engage the carrier **350**.

With the carrier latch **312** now in the window **370** and engaging surface **372** created by the window **370**, the carrier **350** or the latch component (push-pull mechanism) **104** can be used to insert the fiber optic connectors **100** into the adapter **400**. As clear from FIGS. **21** and **22**, if the carrier **350** is used to insert the ganged fiber optic connectors **100** (in the carrier **350** in FIG. **20**), then the carrier **350** will push on the carrier latch **312**, which is on the latch body **252** and has front surface **300** of the latch body **252**, which then pushes against the stop surface **166** of the housing **102** to secure the ganged fiber optic connectors **100**. Thus, all of the fiber optic connectors **100** will be pushed simultaneously

into the adapter. On the other hand, one could also used the latch component (push-pull mechanism) **104** to insert them as well.

As the ganged fiber optic connectors **100** are inserted into the adapter **400**, each of the adapter latches **310** will pop up into a respective window **402**. With the adapter latch **310** now in the window **402** and engaging surface **404** created by the window **402**, the ganged fiber optic connectors **100** are secured within the adapter **400**. The adapter **400** has the same projections to accurately orient the fiber optic connectors **100** in the adapter **400**. Thus, applicant will not repeat the same structures here.

The fiber optic connectors **100** can be removed from the adapter **400** one at a time or all at the same time with the carrier **350**. To remove one fiber optic connector **100** from the adapter **400** (if only in the adapter) or the adapter **400** and the carrier **350**, one only need to pull on the grasping portion **260** of the latch component (push-pull mechanism) **104**. As the latch component (push-pull mechanism) **104** is pulled backward, it moves rearward relative to the latch body **252** (because the adapter latch **310** and the carrier latch **312** are against the engaging surfaces **372**, **404**, respectively) and the portions forward of the windows **266**, **268**, will move over the adapter latch **310** and a carrier latch **312**, pushing them down and out of the windows **370**, **402**. Continued pulling on the grasping portion **260** of the latch component (push-pull mechanism) **104** causes the latches **320** to engage the forward facing surfaces **194** of the housing **102** and the whole fiber optic connector can be removed.

If the ganged fiber optic connectors **100** are to be removed together and only from the adapter **400**, then the user will pull on the carrier **350** (while the adapter **400** remains fixed relative thereto). The carrier **350** and, in particular, the rearward facing surface **358** will engage latch stop **380** on the latch component (push-pull mechanism) **104** of each of the fiber optic connectors **100**. As noted above, the portions forward of the windows **266**, **268**, will move over the adapter latch **310** (and carrier latch **312**, but the carrier **350** will retain the fiber optic connectors **100**), pushing them down and out of the windows **370**, **402**. Continued pulling on the carrier causes the latches **320** to engage the forward facing surfaces **194** of the housing **102** and all of the ganged fiber optic connectors **100** can be removed from the adapter **400**. The fiber optic connector **100** can be inserted into and removed the same adapter **400** without a carrier **350** present. A partially populated carrier in the adapter can how a single fiber optic connectors removed for install, while the carrier will stay connected to the fiber optic connectors that remain in the adapter. When the last fiber-optic connector is removed is from the adapter, it will bring the carrier with it.

A second embodiment of a fiber optic connector **1100** according to the present invention is illustrated in FIGS. **23-36**. The fiber optic connector **1100**, in FIG. **23**, may include a housing **1102**, a latch component (push-pull mechanism) **1104**, and a crimp body **1106**. As discussed in more detail below, the housing **1102** and its components, the latch component **1104**, and the crimp body **1106** are the focus here. It is also preferred that there by a crimp ring and heat shrink tube and a strain relief boot as with the prior embodiment, but since the crimp ring and heat shrink tube and a strain relief boot are generally known components, they are omitted here for clarity.

Turning to FIG. **24**, inside the housing **1102** are two ferrule assemblies **1120** (which may be the same as ferrule assemblies **120**), two springs **1122**, and a spring push **1124**. The two ferrule assemblies **1120** each include a fiber optic ferrule **1130** (generally a 1.25 mm LC fiber optic ferrule), a

Case 2:24-cv-00202-JRG Document 1-1 Filed 03/25/24 Page 47 of 51 PageID #: 86

ferrule holder **1132**, and a lead-in tube **1134**. The spring **1122** is added later. The ferrule assemblies **1120** are preferably preassembled and are inserted into the housing **1102** without needing any further processing.

The housing **1102** has a main body **1140** extending between a front end **1142** and a rear end **1144**, and has an opening **1146** extending therebetween. The front end **1142** of the housing **1102** may also have structures **1148** that orient and retain the ferrule assemblies **1120** in the housing **1102**. In this case, there are flat surfaces **1150** that engage corresponding flat surfaces **1152** on the ferrule holder **1132**, to keep the ferrule assemblies **1120** from rotating within the housing **1102**.

Once the ferrule assemblies **1120** are disposed within the housing **1102**, the springs **1122** are placed around the lead-in tube **1134** and against a back end **1138** of the ferrule holder **1132**. The spring push **1124** is then inserted into the opening **1146** of the housing **1102**. The spring push **1124** has a pair of latches **1154** that engage corresponding openings **1156** on the opposite sides of the main body **1140** of the housing **1102** to retain the spring push **1124** in the opening **1146**. The spring push **1124** has a forward facing surface **1158** to engage the rear ends of the springs **1122**. The forward facing surface **1158** generally corresponds to the two springs **1122** to ensure that that the spring push **1124** stays engaged with the springs **1122**. This configuration biases the ferrule assemblies **1120** toward the front end **1142** of the housing **1102**. While not shown, two optical fibers enter into the ferrule assemblies **1120** through the spring push **1124** and into the lead-in tubes **1124**.

The lead-in tubes **1134** are connected to and extend from the ferrule holder **1132**. Preferably, the lead-in tubes **1134** are secured to the ferrule holder **1132**, e.g. by adhesives, press-fit. The lead-in tubes **1134** also extend beyond the rear end of the ferrule holder **132** and the springs **1122** and the spring push **1124**. See FIG. **24**. This allows for injection of epoxy or other adhesives into the ferrule assemblies **1120** through the lead-in tubes **1134** to secure the optical fibers therein. With the lead-in tubes **1134** extending so far rearwardly, there is no concern that the epoxy or adhesives will interfere with the springs **1122**, the spring push **1124**, or other structures in the fiber optic connector **1100**.

The housing **1102** may also have an indicia of the polarity of the fiber optic connector **1100** as with the prior embodiment. Similarly, an indentation or other mark may be present on the housing **1102**.

The outside of the housing **1102** has many features that are integral to its use. See FIGS. **25** and **26**. First are the top surface **1160** and the bottom surface **1162**. The top and bottom surfaces **1160**,**1162** are preferably the same, but may have some differences and still fall within the scope of the present invention. Extending from the rear end **1144** towards the front **1142** of the housing **11020** on both the top surface **1160** and the bottom surface **1162** is a rail receiving portion **1164**. As will be discussed in more detail below, the rail receiving portion **1164** will stop before the front end **1142** as it will therefore create a stop surface **1166**. The latch component (push-pull mechanism) **1104** will make use of the stop surface **1166** to insert the fiber optic connector **1100** into various structures.

The rail receiving portion **1164** has a central portion **1168** and two lobe sections **1170**, one lobe on each side of the central portion **1168**. As best seen in FIG. **26**, the rail receiving portion **1164** has a T-shape configuration. This configuration matches that of the bottom surface of the latch

component (push-pull mechanism) **1104** to form a sliding configuration. Other configurations are possible, as noted above.

The next feature of the housing **1102** and main body **1140** are the two side surfaces **1180**. The two side surfaces **1180** are those opposite to one another and separated by the top surface **1160** and the bottom surface **1162**. Referring to FIG. **26** in particular, each of the sides **1180** are divided into at least three portions. The first portion is a longitudinal central portion **1182** extending in a first plane G. The second portion is a longitudinal top portion **1184** extending in a second plane H, the first plane G is parallel to and offset from the second plane H. The third portion is a longitudinal bottom portion **1186** extending in the second plane H. The longitudinal top portion **1184** preferably is divided from the longitudinal central portion **1182** by a shoulder **1188**. The shoulder **1188** preferably has a surface that is in plane I and is perpendicular to both planes G and H. Similarly, the longitudinal bottom portion **1186** preferably is divided from the longitudinal central portion **1182** by a shoulder **1190**. The shoulder **1190** preferably has a surface that is in plane J and is perpendicular to both planes G and H. There is also an inclined wall **1196** between the bottom of the central portion **1168** and the shoulder **1188**. A portion of the latch component (push-pull mechanism) **1104** uses this inclined wall **1196** as a reference surface while moving along the housing **1102**. See FIG. **26**. The inclined wall **1196** ends at the stop surface **1166**, where the latch component (push-pull mechanism) **1104** engages the stop surface **1166** to move the fiber optic connector **1100** as discussed below.

The two longitudinal top portions **1184** and the two longitudinal bottom portions **1186** function to align the fiber optic connector **1100** in a horizontal direction in various structures, e.g., a carrier and an adapter. On the other hand, it is the shoulders **1188**,**1190** that align the fiber optic connector **1100** in a vertical direction as was discussed in detail above. As such, this discussion is not included here.

Also on the top surface **1160** and the bottom surface **1162** is a latch **1172** with an engagement surface **1174** and a release ramp **1176**. The latch **1172** is a cantilevered latch that works with the latch component (push-pull mechanism) **1104** to engage and disengage from an adapter. Finally, on the top surface **1160** and the bottom surface **1162** is an opening **1192** in the rail receiving portion **1164** for an extension from the latch component (push-pull mechanism) **1104**. As described in more detail below, the extension from the latch component (push-pull mechanism) **1104** engages a forward facing surface **1194** to remove the fiber optic connector **1100** from the adapter and or carrier. See FIG. **24**.

The crimp body **1106** has a front portion **1200** that is designed to interact and connect with the spring push **1124** and also is disposed within the opening **1146** of the housing **1102** when installed, which is usually after the epoxy used to secure the optical fibers in the ferrules **1130** has cured. The crimp body **1106** has a rear portion **1202** that extends behind the housing **1102** and provides an outer surface **1204** to receive a crimp band (e.g., crimp ring and heat shrink tube) therearound. Extending from a front end **1206** to the rear end **1208** is an opening **1210**. The opening **1210** at the front portion **1200** receives at least a portion of each of the lead-in tubes **1134**. The spring push **1124** has two tabs **1212** (FIG. **24**) on opposites sides thereof and extend in a rearward direction in the opening **1210** to engage an opening **1214** in side walls **1216** of the crimp body **1106**. The front end **1206** also has a forward facing surface **1218** that complements the rear of the spring push **1124** and, together

with the tabs **1212**, keeps the crimp body **1106** securely fixed to fiber optic connector **1100**.

The opening **1210** in the crimp body **1106** rearwardly of the lead-in tubes provides a transition portion **1220** for the optical fibers that are secured in the fiber optic ferrules **1130**. Since the crimp body **1106** has a singular opening **1222** at the rear end thereof, the optical fibers need to be able to exit that singular opening **1222** in a smooth fashion so they are not bent beyond their bend radius, thereby damaging or breaking the optical fibers. The transition portion **1220** provides for this function.

The crimp body **1106** also has a top surface **1230** and the bottom surface **1232**. The top surface **1230** and the bottom surface **1232** may be configured with an area **1234** that complements the central portion **1168** and two lobe sections **1170** of the rail receiving portion **1164** above. The area **1234** functions as an alignment feature of the rail receiving portion **1164**. As discussed more below, the latch component (push-pull mechanism) **1104** can be better aligned with the rail receiving portion **1164** by using the area **1234** on the crimp body **1106**.

While the crimp body **1106** is illustrated as a single, unitary body (i.e., molded at one time with one material), it could also be molded as two pieces and then later the two pieces secured to one another.

The latch component (push-pull mechanism) **1104** is illustrated in more detail in FIGS. **28-29**. The latch component (push-pull mechanism) **1104** has a main body **1250**, with a front portion **1254**, a middle portion **1256**, and a rear portion **1258**. Generally, the front portion **1254** is where the latch component **1104** engages the fiber optic connector **1100** and controls connections to an adapter and carrier. The middle portion **1256** generally provides for latching of latch component (push-pull mechanism) **1104** to a carrier. The rear portion **1258** has a grasping portion **1260** to allow a user to push and pull the latch component (push-pull mechanism) **1104** to engage and disengage the fiber optic connector **1100** (push-pull mechanism) **1104** from the adapter and/or carrier.

When the latch component (push-pull mechanism) **1104** is installed on the housing **1102**, the front portion **1254** has two rails **1262** to engage the stop surface **1166** to push the fiber optic connector **1100**. Pushing on the latch component (push-pull mechanism) **1104** causes the force to be transferred to the rails **1262**. There is a space **1264** between the rails **1262** to allow for the engagement surface **1174** of the latch **1172** to pass therebetween. The front portion **1254** then, moving rearwardly, has an opening **1268**. The opening **1268** receives the release ramp **1176**. A front portion of the opening **1268** has a chamfered surface **1270** to engage the chamfered surface of the release ramp **1176**. See also FIGS. **28** and **29**. Behind the opening **1268** is a downward extension **1272** to fit within the opening **1192** in the rail receiving portion **1164** and to engage the forward facing surface **1194** when removing the fiber optic connector **1100** as discussed below. See also FIG. **24**.

The next feature of the latch component (push-pull mechanism) **1104** is in the middle portion **1256** and is an opening **1274** that receives a part of a carrier for a number of fiber optic connectors **1100**. As noted above, sometimes it is beneficial for a number of fiber optic connectors **1100** to be linked to one another. This opening **1274** along with another embodiment of a carrier **1350** allows for the insertion/removal of the fiber optic connectors **1100** from an adapter **1400**. The opening **1274** is partially formed by a chamfered front surface **1276** and a generally flat rear surface **1278**.

The rear portion **1258** of the latch component (push-pull mechanism) **1104** has a grasping portion **1260**. Finally, a release **1280** is disposed on the side of the latch component (push-pull mechanism) **1104**. The release **1280** is an opening that provides access to the downward extension **1272** that fits within the opening **1192**. As noted above, the downward extension **1272** keeps the latch component (push-pull mechanism) **1104** positioned with the housing **1102**. To disengage the latch component (push-pull mechanism) **1104** from the housing **1102**, a pin or other small tool can be inserted into the release **1280** and deflect downward extension **1272** upward and out of the opening **1192**. The latch component (push-pull mechanism) **1104** can now be moved rearwardly from the housing **1102**.

FIG. **30** illustrates the fiber optic connector **1100** fully assembled and ready to be used. The major components of the fiber optic connector **1100** are labeled and the latch component (push-pull mechanism) **1104** in position to insert the fiber optic connector **1100** into a carrier **1350** and/or an adapter **1400**. As can be seen, the latch component (push-pull mechanism) **1104** is fully engaged and the two rails **1262** have engaged the stop surface **1166**.

Turning to FIGS. **30**, **31**, **33**, and **36**, the fiber optic connector can be inserted into a carrier **1350** (FIGS. **30** and **31**) and/or an adapter **1400** (FIG. **34**). The carrier **1350** provides the user with a convenient way to insert into and remove **4** fiber optic connectors **1100** (could also have more or fewer connectors, but usually in groups of two) from an adapter (or other telecommunications structure) rather than one at a time. It provides a cost savings time wise and also assists in preventing the stubbing of or breaking fiber optic connectors.

The carrier **1350** has a few features that enable the use of the carrier **1350** to correctly orient the fiber optic connectors **1100** (polarity) and also to align the fiber optic connectors to one another for insertion into the adapter. The carrier **1350** has a top **1352** and a bottom **1354** and the top **1352** has a cut out **1356** for each of the fiber optic connectors **1100**, or the latch component (push-pull mechanism) **1104**. Each of the cut outs **1356** has a cantilevered latch **1358** that protrudes into an opening **1360** of the carrier **1350**. If the fiber optic connector **1100** is inserted into the carrier **1350** incorrectly (wrong polarity) then the fiber optic connector **1100** will not seat in the carrier **1350** correctly. The combination of the latch **1358** and the bottom **1354** prevent the fiber optic connectors **1100** from being inserted incorrectly. The cantilevered latches **1358** have a projection **1362** that extends into the opening **1360** (FIG. **32**) and, when a fiber optic connector is inserted, rests in the opening **1274**. The first surface **1364** of projection **1362** is chamfered and is to engage the chamfered front surface **1276** of the latch component (push-pull mechanism) **1104** during removal of the fiber optic connector **1100**. The forward facing surface **1368** used to engage a rear surface of the housing **1102** when the carrier **1350** is used to insert the fiber optic connectors **1100** into the adapter **1400**. Finally, the rear facing surface **1370** used to engage the generally flat rear surface **1278** of opening **1274** when the carrier **1350** is used to remove the fiber optic connectors **1100** from the adapter **1400**.

Installation of the fiber optic connector **1100** into the carrier **1350** is illustrated in FIG. **33**. Using the latch component (push-pull mechanism) **1104**, the fiber optic connector **1100** is inserted into the carrier **1350** because the two rails **1262** to engage the stop surface **1166** thereby pushing the fiber-optic connector **1100** through the carrier **1350**. The release ramp **1176** is disclosed in the opening **1268** of the front portion **1254**. Similarly, the projection

Case 2:24-cv-00202-JRG   Document 1-1   Filed 03/20/24   Page 48 of 51 PageID #: 87

Case 2:24-cv-00202-JRG  Document 1-1  Filed 03/20/24  Page 49 of 51 PageID #: 86

15

1362 on the latch 1358 is disposed in the opening 1274 of the latch component (push-pull mechanism) 1104. This method is repeated for each of the fiber optic connectors 1100 that are to be inserted into the carrier 1350.

The fiber optic connectors 1100 can be inserted into the adapter 1400 is illustrated in FIG. 34. As with the prior embodiment, fiber optic connectors 1100 can be inserted into the adapter 1400 one at a time, or in multiples using the carrier 1350. Once the fiber of the connectors are aligned with the adapter 1400, a user can grasp the carrier 1350 to push fiber optic connectors 1100 into the opening 1402 of the adapter 1400. The forward facing surface 1368 on the projection 1362 engages the rear surface the housing 1102 and, more particularly, the rear surface of the central portion 1168 of the rail receiving portion 1164. That causes the latch 1172 with an engagement surface 1174 to deflect downward as it enters into the adapter 1400, and once it reaches the window 1404, latch 1172 will return and position itself in the window 1404.

The removal of the fiber optic connectors 1100 be explained with reference to FIG. 35. Fiber optic connectors 1100 can be removed from the adapter 1400 by using the carrier 1354 or the latch component (push-pull mechanism) 1104. If the user is going to use the latch component (push-pull mechanism) 1104, the user will pull on the grasping portion 1260. This will cause the chamfered surface 1270 to engage the release ramp 1176. This will cause the latch 1172 to be biased downward freeing the engagement surface 1174 from the adapter window 1402. Further pulling on the latch component (push-pull mechanism) 1104 will pull the fiber optic connector 1100 from the adapter 1400 as the rearward facing surface 1272 engages surface 1194 in the opening 1192.

If the carrier 1350 is to be used, the carrier 1350 is moved rearwardly relative to the latch component (push-pull mechanism) 1104. The rear facing surface 1370 of the carrier 1350 engages the generally flat rear surface 1278 of opening 1274, causing the chamfered surface 1270 to engage the release ramp 1176. This releases all of the fiber optic connectors 1100 from the adapter 1400.

Finally, with reference to FIG. 36, the fiber optic connector 1100 can be removed from the carrier 1350. While holding the carrier 1350 steady, the user can pull on the latch component (push-pull mechanism) 1104, which causes the chamfered service 1276 in the opening 1274 to engage the first surface 1364 of projection 1362 of the carrier 1350. This will cause the cantilevered latch 1358 to deflect upward and out-of-the-way so that the latch component (push-pull mechanism) 1104 can be removed from the fiber optic connector.

An alternative spring push 1724 is illustrated in FIG. 37. The spring push 1724 has a pair of detents 1726 that frictionally engage an inside surface of the housing. This would eliminate the need for any openings in the housing as there are no latches to be secured. The spring push 1724 includes an extension 1728 with opposing sides 1730 that are semi-circular and provide more support to the springs 122. The extension 1728 terminates at two circular surfaces 1732 that engages the end of the springs 122. There are openings 1734 in the middle of the circular surfaces 1732 to receive lead-in tubes, that extend out the back of the spring push 1724. The back end of the spring push 1724 may also have a different connection system for a crimp band.

An alternative crimp body 1706 is illustrated in FIG. 38. The crimp body 1706 has two projections 1708 and two t-shaped extensions 1710 directed toward the front thereof. The crimp body 1706 provides the same function as the

16

crimp bands in the two prior embodiments. While not shown, the top and bottom surfaces 1712 and 1714 may be configured to assist with the alignment of a push-pull mechanism. The crimp body 1706 also provides an internal space that allows for a smooth transition of the optical fibers through the openings 1734 and the lead-in tubes of any associated fiber optic connector.

A third embodiment of a fiber optic connector 2100 according to the present invention is illustrated in FIGS. 39-49. The fiber optic connector 2100 is similar to the other embodiments in that the majority of the parts of the fiber optic connector 2100 are the same, except that the latch component (push-pull mechanism) 2104 is a self-returning latch component (push-pull mechanism) 2104. That is, that if the user pulls rearwardly on the latch component (push-pull mechanism) 2104, then the latch component (push-pull mechanism) 2104 will return to its original position (a forward position) without having to be returned manually. In the prior embodiments, if the latch component (push-pull mechanism) 104, 1104 were to be pulled (to remove the fiber optic connectors from the adapter/carrier, then the latch component (push-pull mechanism) would remain in a rearward position. The present embodiment is biased such that the latch component (push-pull mechanism) 2104 will automatically return to the forward position.

Given the similarities between this embodiment of a fiber optic connector and those discussed above, particularly the first embodiment, only a discussion about the new components will be included. Thus, the discussion will be about the latch component (push-pull mechanism) 2104 and small changes to the housing 2102.

The latch component (push-pull mechanism) 2104 is illustrated in more detail in FIGS. 40-48. The latch component (push-pull mechanism) 2104 has a main body 2210 and a latch body 2212 that attaches to the main body 2210. See FIGS. 40-43. The main body 2210 has a front portion 2214, a middle portion 2216, and a rear portion 2218. Generally, the front portion 2214 is where the latch body 2212 attaches to the main body 2210 and provides for the latching of fiber optic connector 2100 to an adapter and carrier as discussed above. The middle portion 2216 provides an area for the flexure member 2220 and to engage the latch component (push-pull mechanism) 2104. The rear portion 2218 has a grasping portion 2222 to allow a user to push and pull the latch component (push-pull mechanism) 2104 to engage and disengage the fiber optic connector 2100 from the adapter and/or carrier.

The front portion 2214 is divided into a first front portion 2230 and a second front portion 2232. The first front portion 2230 has two windows 2234 and 2236 and the second front portion 2232 has a window 2238. The second window 2236 of the first front portion 2230 and window 2238 are to receive a latch from the latch body 2212 therethrough. The first window 2234 (and the third window 2238 as well) is to receive a latch pad on the latch body 2212. An underside of the first portion 2214 has a groove 2240 on either side to receive an extended portion of the latch pads 2242,2244 from the latch body 2212 (see FIGS. 43 and 47) to secure the latch body 2212 to the main body 2210. The extended portion of the latch pads 2242,2244 (and thus the latch body 2212) are able to slide within the grooves 2240 to allow for the latching and unlatching the fiber optic connector 2100. The grooves 2240 should extend the length of the first portion 2214.

The second front portion 2232 has an upper surface 2246 that is higher than an upper surface 2248 of the first front portion 2214. This allows for the latching of a carrier and an

adapter with the same device, as described above for the other embodiments. On the bottom side 2250 of the second front portion 2232 are two extensions 2252, 2254 that are a complementary configuration of a rail receiving portion of the housing 2102. See FIG. 41. The latch body 2212 also has the same rail portion configuration of two extensions 2256, 2258 on the bottom thereof. This allows the main body 2210 and the latch body 2212 to be slidingly attached to the rail receiving portion of the housing 2102. When the latch body 2212 is inserted into the first front portion 2230, a front surface 2260 of the two extensions 2252, 2254 provides a pushing surface by which the main body 2210 can push the latch body 2212 in the rail receiving portion. See also FIG. 44. The front surface 2262 of the two extensions 2256, 2258 also provides a pushing surface to be used against the stop surface 2264 of the housing 2102. See FIGS. 45 and 48. This allows for the user to exert a force on the latch component (push-pull mechanism) 2104 which is transferred through the main body 2210 to the latch body 2212 and to the housing 2102 to insert the fiber optic connector 2100 into a carrier and/or adapter.

The middle portion 2216 also has a window 2270 to receive a portion of the flexure member 2220, which extends from the latch body 2212. The middle portion 2216 also has on the bottom side 2250 a cavity or space 2272 to receive any other portions of the flexure member 2220 that may be needed.

Turning to FIGS. 42 and 43, the latch body 2212 has two latches, an adapter latch 2280 and a carrier latch 2282. The latch body 2212 may only have one of the latches, depending upon its uses and the needs of the user. The adapter latch 2280 extends from a forward portion of the latch body 2212 and protrudes through window 2236 of the main body 2210. The carrier latch 2282 also extends from the latch body 2212, from a rear portion thereof, and protrudes through the window 2238 of the main body 2210. As is recognized from FIG. 44, the adapter latch 2280 does not rise as high as the carrier latch 2282 as in the other embodiments as well. The discussion from those embodiments with regard to the position and the composition of the ends of the latches is adopted for this embodiment as well.

The latch body 2212 has a connector latch 2290 as well. The connector latch 2290 extends forward beyond the front surface 2262 of the two extensions 2256, 2258 to engage a latch stop 2292 at the stop surface 2264. The connector latch 2290 has a downward curling portion 2294 that provides a surface to engage the latch stop 2292. The connector latch 2290 may also have a latch rib 2296 that connects the curling portion 2294 to the remainder of the connector latch 2290. The latch stop 2292 may also have a groove 2298 there-in to receive the latch rib 2296. It is the connector latch 2290 that retains the latch body 2212 with the housing 2102. As described below in more detail, when the latch component (push-pull mechanism) 2104 is pulled rearwardly, the connection of the connector latch 2290 with the housing 2102 allows the main body 2210 to move relative to the latch body 2212.

The latch body 2212 also has two latch pads 2242,2244. The latch pads 2242,2244 have two functions: first to help retain the latch body 2212 in the main body 2210, and second to limit the movement of the latch component (push-pull mechanism) 2104 relative to the housing 2102. As seen in FIGS. 39, 45, and 48, the first latch pad 2242 is disposed within the first window 2234 of the main body 2210. It is evident that as the main body 2210 is pulled relative to the latch body 2212, the first latch pad 2242 will slide relative to the first window 2234 only for certain

distance before it engages a portion of the main body 2210. This is true with regard to the second latch pad 2244 as well. Second latch pad 2244 is disposed in the second window 2236 along with the carrier latch 2282. As the main body 2210 is pulled relative to the latch body 2212, the main body 2210 pushes on the adapter latch 2280 (and the carrier latch 2282) in downward out of the window 2236. As the main 2210 body continues in a rearward direction, it will engage the front end of the second pad 2244, prohibiting any further movement of the main body 2210 to the latch body 2212. See FIG. 48.

Turning to FIGS. 42, 43, 46, the flexure member 2220 will now be described. With particular reference to FIGS. 42 and 43, the flexure member 2220 extends from the rear portion of the latch body 2212. In the embodiment illustrated in the figures, the flexure member 2220 has a first curved portion 2300 and a second curved portion 2302. Second curved portion 2302 terminates at terminal end 2304. The terminal end 2304 is preferably disposed with in the third window 2270 and also preferably makes contact with at least one of the surfaces that define window 2270. See FIG. 46. The first curve portion 2300 also partially resides in the cavity or space 2272. It is also possible that the flexure member 2220 only has one of the two curved portions 2300,2302, depending upon the amount of force required to main body 2210 relative to the latch body 2212.

As the main body 2210 is pulled rearwardly relative to the latch body 2212, the latches 2280, 2282 are moved downward (as also described above) releasing the fiber optic connector 2100 from any adapter and/or carrier. During this movement, the flexure member 2220 is put under tension (the curved portions begin to straighten out or alter from the shape in their state) as the terminal end 2304 presses against the wall of opening 2270. Once the fiber optic connector 2100 is free from the adapter and/or carrier and the user releases the grasping portion 2222, the main body 2210 will return to its original state as the flexure member pulls on the main body 2210. See FIG. 39. The flexure member 2220 acts as a self-return mechanism for the latch component (push-pull mechanism) 2104. Accordingly, there are other self-returning mechanisms that may be used instead of the particular embodiment of the flexure member 2220. For example, a spring could be used to bias the main body 2210 relative to the latch body 2212.

It will be apparent to those skilled in the art that various modifications and variations can be made to the present invention without departing from the spirit and scope of the invention. Thus it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed:

1. A fiber optic connector comprising:

a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the housing having a top surface and a bottom surface bound by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface;

two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule extending forwardly of and away from the front end of the ferrule holder;

two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extend-

ing towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and retained within the housing;

a crimp body secured to the fiber optic connector having a front end at least partially disposed in the opening at the rear end of the housing, the crimp body having a rear end forming a singular opening for optical fibers;

an alignment feature on at least one of the top surface and the bottom surface of the housing configured to guide the fiber optic connector into an adapter; and

a strain relief boot coupled to the rear end of the crimp body and having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass.

**2**. The fiber optic connector according to claim **1**, wherein the alignment feature is positioned rearward of the front end of the housing and extends away from the front end of the housing.

**3**. The fiber optic connector according to claim **1**, further comprising a spring push engaging a rear portion of each of the two springs.

**4**. The fiber optic connector according to claim **3**, wherein the spring push is separate from the crimp body.

**5**. The fiber optic connector according to claim **3**, wherein the spring push engages the rear portion of each of the two springs simultaneously.

**6**. The fiber optic connector according to claim **1**, further comprising an indicia of polarity on the housing.

**7**. The fiber optic connector according to claim **1**, further comprising:

a crimp band secured around an outer surface of the rear end of the crimp body, and wherein the strain relief boot extends rearwardly away from the housing.

**8**. The fiber optic connector according to claim **1**, wherein the top surface of the housing includes a rail receiving portion extending along at least a portion of the housing.

**9**. The fiber optic connector according to claim **8**, wherein the alignment feature includes the rail receiving portion.

**10**. The fiber optic connector according to claim **6**, wherein the rail receiving portion has a dove tail configuration or an undercut configuration to receive a latch component.

**11**. The fiber optic connector according to claim **7**, wherein the latch component is a push-pull mechanism.

**12**. The fiber optic connector according to claim **1**, wherein the front end of the housing fits in a QSFP footprint.

**13**. The fiber optic connector according to claim **1**, wherein the crimp body is a two-piece crimp body.

**14**. The fiber optic connector according to claim **1**, wherein the alignment feature includes a vertical alignment feature and a horizontal alignment feature.

**15**. The fiber optic connector according to claim **1**, wherein each of the ferrule assemblies is separated from the other ferrule assembly by a wall between respective ferrule seats of the fiber optic ferrules of each of the ferrule assemblies, the wall extending rearward into the housing and away from each of the respective ferrule seats.

**16**. The fiber optic connector according to claim **15**, wherein there is a gap between a ferrule holder of each of the fiber optic ferrules and the wall.

**17**. The fiber optic connector according to claim **1**, further comprising a lead-in tube attached to each of the ferrule holders, the lead-in tube extending past the rear end of the main body of the housing and configured to avoid leakage of an adhesive inserted into the lead-in tube into the main body.

\* \* \* \* \*