# Exhibit A-1

## <u>Claim Chart Showing Infringement of U.S. Patent No. 11,733,466 by SN and SN EZ-Flip Connectors</u>

Certain fiber-optic connectors infringe U.S. Patent No. 11,733,466 (the "'466 Patent"), including at least the SN EZ-Flip UPC and APC connectors (the "Representative SN Connector"), the SN 1.6mm Standard Connector (2F) UPC and APC, the SN 2.0mm Standard Connector (2F) UPC and APC, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'466 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '466 Accused Products directly and/or indirectly infringes the asserted claims of the '466 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents. These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd., EZconn Corp., Flexoptix GmbH, Changzhou Co-Net Electronic Technology Co., Ltd., Shenzhen UnitekFiber Solution Ltd., Shenzhen IH Optics Co., Ltd., Rayoptic Communication Co., Ltd., and HuNan Surfiber Technology Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '466 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '466 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,733,466 | Description of Infringement by the '466 Accused Products |
|---|---|
| **Independent Claim 1** | |
| 1[pre]: A fiber optic connector comprising: | To the extent the preamble is limiting, each of the '466 Accused Products is a fiber optic connector. |
| | See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |

# DATA SHEET



**SENKO®**
Advanced Components

## SN® *EZ-FLIP* CONNECTOR
## 1-Channel (2F)
## Switchable Polarity



SN EZ-Flip Connector

The SN® connector is the ultimate duplex connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN® connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN® EZ-Flip connector is the latest addition to the SN® family, allowing technicians to switch polarity in the field without disrupting fibers or repositioning ferrules. Not only can the polarity be changed with UPC ferrules, but APC connectors can also be polarity-flipped thanks to the unique orientation of the angled ferrules.

The SN® EZ-Flip connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in high-density patch panels where finger access is limited. A gang-clip can be added to two or four individual SN® connectors allowing them to be patched simultaneously to compatible adapters and transceivers.

https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf

| 1[a]: a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, | Each of the '466 Accused Products has a housing having a main body extending between a front end and a rear end and having an opening extending therebetween. <br><br> See, for example, the Representative SN EZ-Flip shown below. <br><br>  <br><br> https://www.senko.com/product/sn-polarity-changeable-connector/ |
| 1[b]: the housing having a top surface and a bottom surface bound by two opposing side surfaces such that a lateral width between the two | Each of the '466 Accused Products has a housing having a top surface and a bottom surface bound by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface. <br><br> See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |

| opposing side surfaces is less than a separation between the top surface and the bottom surface; | <br><br>https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf |
|---|---|
| 1[c]: two ferrule assemblies disposed within the opening of the housing, each of | Each of the '466 Accused Products has two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule extending forwardly of and away from the front end of the ferrule holders. |

| | |
|---|---|
| the ferrule assemblies comprising a fiber optic ferrule and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule extending forwardly of and away from the front end of the ferrule holder; | See also, for example, the Representative SN EZ-Flip Data Sheet shown below.<br><br><br><br>https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf |
| 1[d]: two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the | Each of the '466 Accused Products has two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and retained within the housing.<br><br>See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |

| ferrule assemblies toward the front end of the housing and retained within the housing; |  |



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| 1[e]: a crimp body secured to the fiber optic connector having a front end at least partially disposed in the opening at the rear end of the housing, the crimp body having a rear end forming a singular opening for optical fibers; | Each of the '466 Accused Products has a crimp body secured to the fiber optic connector having a front end at least partially disposed in the opening at the rear end of the housing, the crimp body having a rear end forming a singular opening for optical fibers.<br><br>See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |
|---|---|



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| 1[f]: an alignment feature on at least one of the top surface and the bottom surface of the housing configured to guide the fiber optic connector into an adapter; and | Each of the '466 Accused Products has an alignment feature on at least one of the top surface and the bottom surface of the housing configured to guide the fiber optic connector into an adapter.<br><br>See, for example, the Representative SN EZ-Flip shown below.<br><br><br><br>https://www.senko.com/product/sn-polarity-changeable-connector/ |

| 1[g]: a strain relief boot coupled to the rear end of the crimp body and having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass. | Each of the '466 Accused Products has a strain relief boot coupled to the rear end of the crimp body and having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass. |
|---|---|
| | See, for example, the Representative SN EZ-Flip shown below. |
| |  |
| | Strain relief boot |
| | https://www.senko.com/product/sn-polarity-changeable-connector/ |
| | See also, for example, the Representative SN EZ-Flip Flyer shown below. |



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf