# Exhibit  B

US011808994B1

(12) **United States Patent**   (10) **Patent No.:** **US 11,808,994 B1**
Higley et al.   (45) **Date of Patent:** **Nov. 7, 2023**

(54) **MINI DUPLEX CONNECTOR WITH PUSH-PULL POLARITY MECHANISM AND CARRIER**

(71) Applicant: **US Conec Ltd.**, Hickory, NC (US)

(72) Inventors: **Jason Higley**, Hickory, NC (US); **Jillcha F. Wakjira**, Hickory, NC (US); **Mitchell Cloud**, Hickory, NC (US); **Darrell R. Childers**, Hickory, NC (US); **Michael E. Hughes**, Hickory, NC (US)

(73) Assignee: **US Conec Ltd.**, Hickory, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/349,919**

(22) Filed: **Jul. 10, 2023**

**Related U.S. Application Data**

(63) Continuation of application No. 18/057,342, filed on Nov. 21, 2022, now Pat. No. 11,733,466, which is a continuation of application No. 17/328,574, filed on May 24, 2021, now Pat. No. 11,506,848, which is a continuation of application No. 16/462,897, filed as application No. PCT/US2018/066518 on Dec. 19, 2018, now Pat. No. 11,016,250.

(60) Provisional application No. 62/634,271, filed on Feb. 23, 2018, provisional application No. 62/607,555, filed on Dec. 19, 2017.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3898* (2013.01); *G02B 6/3812* (2013.01); *G02B 6/3825* (2013.01); *G02B 6/3857* (2013.01); *G02B 6/3893* (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3898; G02B 6/3812; G02B 6/3825; G02B 6/3857; G02B 6/3893
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,690,494 A | * | 9/1987 | Hirose | ................. | G02B 6/3898 385/60 |
| 4,762,389 A | * | 8/1988 | Kaihara | ............... | G02B 6/3825 385/59 |
| 4,798,440 A | * | 1/1989 | Hoffer | .................. | G02B 6/4246 385/88 |
| 5,016,968 A | * | 5/1991 | Hammond | ........... | G02B 6/3831 385/78 |
| 5,136,672 A | * | 8/1992 | Mulholland | ......... | G02B 6/3888 385/53 |
| 5,619,604 A | * | 4/1997 | Shiflett | ............... | G02B 6/3869 385/55 |
| 5,737,463 A | * | 4/1998 | Weiss | .................. | G02B 6/3831 385/59 |
| 5,737,464 A | * | 4/1998 | Underwood | ........ | G02B 6/3874 385/60 |

(Continued)

*Primary Examiner* — Andrew Jordan
(74) *Attorney, Agent, or Firm* — Michael L Leetzow PLLC; Shubhrangshu Sengupta

(57) **ABSTRACT**

A new fiber optic connector provides a smaller form factor by including two ferrule assemblies in a housing. The housing accepts a push-pull mechanism that allows for insertion and removal from a carrier as well as an adapter. The push-pull mechanism may also include a flexure member to return the push-pull mechanism. Polarity of the fiber optic connector may also be selected by use of the push-pull mechanism.

**15 Claims, 37 Drawing Sheets**



**US 11,808,994 B1**

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,879,173 A * | 3/1999 | Poplawski | H01R 13/6582 439/138 |
| 5,896,479 A * | 4/1999 | Vladic | G02B 6/3885 385/59 |
| 6,019,521 A * | 2/2000 | Manning | G02B 6/3888 385/76 |
| 6,059,461 A * | 5/2000 | Aoki | G02B 6/3825 385/59 |
| 6,234,682 B1 * | 5/2001 | Nagaoka | G02B 6/3878 385/59 |
| 6,352,373 B1 * | 3/2002 | Yamaguchi | G02B 6/3869 385/60 |
| 6,513,989 B1 * | 2/2003 | Bleck | G02B 6/3897 385/60 |
| 6,572,273 B1 * | 6/2003 | Nguyen | G02B 6/3807 385/71 |
| 6,572,276 B1 * | 6/2003 | Theis | G02B 6/387 385/78 |
| 7,090,509 B1 * | 8/2006 | Gilliland | G02B 6/4277 439/76.1 |
| 7,281,859 B2 * | 10/2007 | Mudd | G02B 6/3869 385/83 |
| 7,296,935 B1 * | 11/2007 | Childers | G02B 6/3885 385/59 |
| 7,399,123 B2 * | 7/2008 | Barkus | G02B 6/38875 385/75 |
| 7,905,665 B2 * | 3/2011 | Moriarty | G02B 6/4277 385/89 |
| 8,152,385 B2 * | 4/2012 | de Jong | G02B 6/38875 385/71 |
| 8,559,781 B2 * | 10/2013 | Childers | G02B 6/3893 385/134 |
| 8,684,611 B2 * | 4/2014 | Childers | G02B 6/3821 385/78 |
| 8,979,395 B2 * | 3/2015 | Michael | G02B 6/3809 385/95 |
| 8,985,864 B2 * | 3/2015 | Ott | G02B 6/3869 385/72 |
| 8,985,867 B2 * | 3/2015 | Michael | G02B 6/3869 385/60 |
| 9,052,474 B2 * | 6/2015 | Jiang | A01N 25/10 |
| 9,207,410 B2 * | 12/2015 | Lee | G02B 6/3879 |
| 9,507,103 B2 * | 11/2016 | Wu | G02B 6/3885 |
| 9,523,824 B2 * | 12/2016 | Ott | G02B 6/3863 |
| 9,568,689 B2 * | 2/2017 | Nguyen | G02B 6/3898 |
| 9,606,303 B2 * | 3/2017 | Wakjira | G02B 6/3879 |
| 9,625,657 B2 * | 4/2017 | Ott | G02B 6/3825 |
| 9,638,868 B2 * | 5/2017 | Ott | G02B 6/3869 |
| 9,684,130 B2 * | 6/2017 | Veatch | G02B 6/2726 |
| 9,739,955 B2 * | 8/2017 | Lee | G02B 6/3821 |
| 9,761,998 B2 * | 9/2017 | De Dios Martin | H01R 13/6335 |
| 9,804,337 B2 * | 10/2017 | Anderson | G02B 6/3825 |
| 9,829,644 B2 * | 11/2017 | Nguyen | G02B 6/381 |
| 9,857,538 B2 * | 1/2018 | Nguyen | G02B 6/3825 |
| 10,042,127 B2 * | 8/2018 | Ott | G02B 6/3881 |
| 10,054,747 B2 * | 8/2018 | Lee | G02B 6/3821 |
| 10,146,010 B2 * | 12/2018 | Ott | G02B 6/3806 |
| 10,156,684 B2 * | 12/2018 | Nguyen | G02B 6/3885 |
| 10,168,487 B2 * | 1/2019 | Conrad | G02B 6/3841 |
| 10,185,099 B2 * | 1/2019 | Chang | G02B 6/3825 |
| 10,185,100 B2 * | 1/2019 | Takano | G02B 6/403 |
| 10,191,230 B2 * | 1/2019 | Wong | G02B 6/3893 |
| 10,228,516 B2 * | 3/2019 | Veatch | G02B 6/3831 |
| 10,281,668 B2 * | 5/2019 | Takano | G02B 6/3893 |
| 10,281,669 B2 * | 5/2019 | Takano | G02B 6/4292 |
| 10,288,817 B2 * | 5/2019 | Nguyen | G02B 6/3893 |
| 10,520,682 B2 * | 12/2019 | Ott | G02B 6/3888 |
| 10,520,687 B2 * | 12/2019 | Lee | G02B 6/3821 |
| 10,527,802 B2 * | 1/2020 | Wong | G02B 6/3893 |
| 10,585,247 B2 * | 3/2020 | Takano | G02B 6/403 |
| 10,598,865 B2 * | 3/2020 | Ott | G02B 6/3863 |
| 10,641,968 B2 * | 5/2020 | Takano | G02B 6/403 |
| 10,677,996 B2 * | 6/2020 | Aoshima | G02B 6/3898 |
| 10,678,000 B2 * | 6/2020 | Takano | G02B 6/3893 |
| 10,705,300 B2 * | 7/2020 | Takano | G02B 6/4292 |
| 10,712,512 B2 * | 7/2020 | Ho | G02B 6/38875 |
| 10,768,377 B2 * | 9/2020 | Conrad | G02B 6/3888 |
| 10,795,090 B2 * | 10/2020 | Nelson | G02B 6/3834 |
| 10,901,155 B2 * | 1/2021 | Lu | G02B 6/3893 |
| 10,948,661 B2 * | 3/2021 | Kahle | G02B 6/3874 |
| 11,016,250 B2 * | 5/2021 | Higley | G02B 6/3878 |
| 11,016,251 B2 * | 5/2021 | Childers | G02B 6/3898 |
| 11,092,750 B2 * | 8/2021 | Ott | G02B 6/3806 |
| 11,092,755 B2 * | 8/2021 | Ott | G02B 6/3888 |
| 11,112,567 B2 * | 9/2021 | Higley | G02B 6/38875 |
| 11,181,701 B2 * | 11/2021 | Wong | G02B 6/3821 |
| 11,262,507 B2 * | 3/2022 | Nelson | G02B 6/3834 |
| 11,340,406 B2 * | 5/2022 | Gniadek | G02B 6/3825 |
| 11,347,009 B2 * | 5/2022 | Ishikawa | G02B 6/3889 |
| 11,415,758 B2 * | 8/2022 | Wong | G02B 6/3887 |
| 11,460,645 B2 * | 10/2022 | Moreau | G02B 6/381 |
| 11,506,848 B2 * | 11/2022 | Higley | G02B 6/3831 |
| 11,525,965 B2 * | 12/2022 | Childers | G02B 6/3898 |
| 11,555,968 B2 * | 1/2023 | Ott | G02B 6/3809 |
| 11,567,267 B2 * | 1/2023 | Nelson | G02B 6/3833 |
| 11,579,372 B2 * | 2/2023 | Taira | G02B 6/3821 |
| 11,592,627 B2 * | 2/2023 | Higley | G02B 6/3888 |
| 11,614,589 B2 * | 3/2023 | Ott | G02B 6/3869 385/72 |
| 11,635,575 B2 * | 4/2023 | Kuprin | G02B 6/3826 385/78 |
| 11,733,466 B2 * | 8/2023 | Higley | G02B 6/3812 385/78 |
| 2005/0111796 A1 * | 5/2005 | Matasek | G02B 6/4277 385/55 |
| 2010/0008635 A1 * | 1/2010 | Zimmel | G02B 6/3825 385/136 |
| 2010/0220961 A1 * | 9/2010 | de Jong | G02B 6/38875 385/77 |
| 2012/0213484 A1 * | 8/2012 | Childers | G02B 6/3885 29/428 |
| 2013/0156379 A1 * | 6/2013 | Ott | G02B 6/3863 385/76 |
| 2013/0183001 A1 * | 7/2013 | Ott | G02B 6/3809 385/72 |
| 2013/0216186 A1 * | 8/2013 | Ott | G02B 6/3888 385/78 |
| 2014/0133808 A1 * | 5/2014 | Hill | G02B 6/44 385/84 |
| 2014/0133820 A1 * | 5/2014 | Zimmel | G02B 6/29382 385/135 |
| 2014/0169727 A1 * | 6/2014 | Veatch | G02B 6/3831 385/11 |
| 2015/0030289 A1 * | 1/2015 | Jiang | G02B 6/44 385/76 |
| 2015/0177463 A1 * | 6/2015 | Lee | G02B 6/3879 385/76 |
| 2015/0191024 A1 * | 7/2015 | Heath | B41J 2/2132 347/15 |
| 2015/0253519 A1 * | 9/2015 | Ott | G02B 6/3898 29/520 |
| 2015/0260922 A1 * | 9/2015 | Ott | G02B 6/3858 385/72 |
| 2015/0260925 A1 * | 9/2015 | Ott | G02B 6/3825 15/104.8 |
| 2016/0238796 A1 * | 8/2016 | Nguyen | G02B 6/3893 |
| 2016/0306125 A1 * | 10/2016 | Wu | G02B 6/3879 |
| 2016/0327757 A1 * | 11/2016 | Lee | G02B 6/3885 |
| 2017/0139430 A1 * | 5/2017 | Gledhill, III | G01F 1/24 |
| 2017/0153396 A1 * | 6/2017 | Nguyen | G02B 6/3821 |
| 2017/0205588 A1 * | 7/2017 | Lee | G02B 6/3825 |
| 2017/0276881 A1 * | 9/2017 | Ott | G02B 6/3809 |
| 2017/0285268 A1 * | 10/2017 | Veatch | G02B 6/2726 |
| 2017/0285275 A1 * | 10/2017 | Hill | G02B 6/3857 |
| 2017/0299818 A1 * | 10/2017 | Chang | G02B 6/3871 |
| 2017/0299820 A1 * | 10/2017 | Lee | G02B 6/3821 |
| 2017/0336571 A1 * | 11/2017 | Ott | G02B 6/3858 |
| 2017/0343740 A1 * | 11/2017 | Nguyen | G02B 6/4284 |
| 2018/0081124 A1 * | 3/2018 | Nguyen | G02B 6/3821 |

**US 11,808,994 B1**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2018/0120513 | A1* | 5/2018 | Conrad | G02B 6/3841 |
| 2018/0136410 | A1* | 5/2018 | Takeuchi | G02B 6/3895 |
| 2018/0136414 | A1* | 5/2018 | Childers | G02B 6/3874 |
| 2018/0217338 | A1* | 8/2018 | Takano | G02B 6/403 |
| 2018/0217340 | A1* | 8/2018 | Wong | G02B 6/3893 |
| 2018/0252872 | A1* | 9/2018 | Chen | G02B 6/3893 |
| 2019/0018201 | A1* | 1/2019 | Takano | G02B 6/3825 |
| 2019/0018209 | A1* | 1/2019 | Takano | G02B 6/3825 |
| 2019/0033533 | A1* | 1/2019 | Ott | G02B 6/3862 |
| 2019/0137696 | A1* | 5/2019 | Conrad | G02B 6/3841 |
| 2019/0137701 | A1* | 5/2019 | Lee | G02B 6/3821 |
| 2019/0179084 | A1* | 6/2019 | Ott | G02B 6/3893 |
| 2019/0179086 | A1* | 6/2019 | Takano | G02B 6/403 |
| 2019/0179089 | A1* | 6/2019 | Takano | G02B 6/3893 |
| 2019/0187387 | A1* | 6/2019 | Wong | G02B 6/3821 |
| 2019/0235184 | A1* | 8/2019 | Takano | G02B 6/3821 |
| 2019/0250344 | A1* | 8/2019 | Takano | G02B 6/3825 |
| 2019/0278028 | A1* | 9/2019 | Higley | G02B 6/3812 |
| 2019/0302383 | A1* | 10/2019 | Takano | G02B 6/387 |
| 2019/0346633 | A1* | 11/2019 | Cloud | G02B 6/3888 |
| 2019/0391343 | A1* | 12/2019 | Aoshima | G02B 6/3879 |
| 2020/0150357 | A1* | 5/2020 | Higley | G02B 6/3893 |
| 2020/0209489 | A1* | 7/2020 | Takano | G02B 6/403 |
| 2020/0241215 | A1* | 7/2020 | Ott | G02B 6/3881 |
| 2020/0264384 | A1* | 8/2020 | Higley | G02B 6/3831 |
| 2020/0284998 | A1* | 9/2020 | Higley | G02B 6/3831 |
| 2020/0285001 | A1* | 9/2020 | Childers | G02B 6/3878 |
| 2020/0301077 | A1* | 9/2020 | Leigh | G02B 6/3831 |
| 2020/0310042 | A1* | 10/2020 | Davidson | G02B 6/3825 |
| 2020/0319410 | A1* | 10/2020 | Ott | G02B 6/389 |
| 2020/0371299 | A1* | 11/2020 | Gniadek | H01R 13/743 |
| 2021/0088732 | A1* | 3/2021 | Gniadek | G02B 6/3893 |
| 2021/0149124 | A1* | 5/2021 | Higley | G02B 6/38875 |
| 2021/0199901 | A1* | 7/2021 | Wong | G02B 6/3879 |
| 2021/0255404 | A1* | 8/2021 | Bragg | G02B 6/3871 |
| 2021/0278609 | A1* | 9/2021 | Childers | G02B 6/3812 |
| 2021/0286138 | A1* | 9/2021 | Higley | G02B 6/3812 |
| 2021/0341685 | A1* | 11/2021 | Chen | G02B 6/3885 |
| 2021/0373252 | A1* | 12/2021 | Ott | G02B 6/3862 |
| 2021/0382236 | A1* | 12/2021 | Ott | G02B 6/3888 |
| 2021/0382248 | A1* | 12/2021 | Newbury | G02B 6/387 |
| 2021/0405302 | A1* | 12/2021 | Higley | G02B 6/3893 |
| 2022/0011525 | A1* | 1/2022 | Higley | G02B 6/3863 |
| 2022/0229241 | A1* | 7/2022 | Davidson | G02B 6/3893 |
| 2022/0283384 | A1* | 9/2022 | Rosson | G02B 6/3831 |
| 2023/0080980 | A1* | 3/2023 | Higley | G02B 6/3812 |
| | | | | 385/78 |
| 2023/0096618 | A1* | 3/2023 | Childers | G02B 6/3812 |
| | | | | 385/134 |
| 2023/0176298 | A1* | 6/2023 | Ishikawa | G02B 6/3879 |
| | | | | 385/139 |
| 2023/0228951 | A1* | 7/2023 | Ott | G02B 6/3893 |
| | | | | 385/72 |
| 2023/0280541 | A1* | 9/2023 | Rosson | G02B 6/3825 |
| | | | | 385/77 |

* cited by examiner

Fig. 1

Fig. 2



Fig. 3

Fig. 3A



*Fig. 4*



Fig. 6



Fig. 5



*Fig. 7*



*Fig. 9*



*Fig. 8*



Fig. 10A



Fig. 10



Fig. 11

Fig. 12

Fig. 13



Fig. 14



*Fig. 15*



Fig. 16

Fig. 17



*Fig. 18*



Fig. 20

Fig. 19



*Fig. 21*



**Fig. 22**



Fig. 23



*Fig. 24*



Fig. 26

Fig. 25



*Fig. 27*



Fig. 28

Fig. 29



*Fig. 30*



*Fig. 31*



*Fig. 32*



*Fig. 33*



*Fig. 34*



*Fig. 35*



*Fig. 36*



*Fig. 37*



*Fig. 38*



Fig. 39

Fig. 40

Fig. 41



Fig. 42

Fig. 43



Fig. 44



*Fig. 45*



*Fig. 46*



*Fig. 47*



*Fig. 48*

US 11,808,994 B1

**1**

# MINI DUPLEX CONNECTOR WITH PUSH-PULL POLARITY MECHANISM AND CARRIER

## BACKGROUND OF THE INVENTION

This application claims priority to U.S. Provisional Patent Application Ser. No. 62/607,555, filed on Dec. 19, 2017 and Provisional Patent Application Ser. No. 62/634,271, filed on Feb. 23, 2018, and under 35 U.S.C. § 120 to U.S. Pat. No. 11,016,250, issued on Mar. 25, 2021, and to U.S. Pat. No. 11,506,848, issued on Nov. 22, 2022; and to U.S. patent application Ser. No. 18/057,342, filed on Nov. 21, 2022, the contents of all of which are incorporated by reference.

## FIELD OF THE INVENTION

In the small form-factor pluggable (SFP and QSFP) industry, there are a number of different ferrules and designs that are used. In some applications, an MT ferrule is used, while in others it is the LC form that is used. The LC connector uses a single optical fiber and fiber optic ferrule per housing. In higher density applications, the LC connector may not be used because the space that each of the LC connectors use. Thus, it would beneficial to reduce the footprint of the LC connector by reducing the pitch between the fiber optic ferrules.

Applicant has a new design for a fiber optic connector using the LC fiber optic ferrule to reduce the overall footprint of the fiber optic connector. In addition, an insertion/removal tool has been included to allow for the reduced footprint, allowing a user to more easily insert and remove the new fiber optic connectors. The fiber optic connector and the insertion/removal tool may also provide a way to ensure the correct polarity of the fiber optic connector and to even change the polarity in the field.

Finally, the insertion/removal tool may include a way for it to be self-returning after a user inserts/removes the fiber optic connector.

## SUMMARY OF THE INVENTION

The present invention is directed to a fiber optic connector that includes a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies including a fiber optic ferrule, a ferrule holder and a lead-in tube, the fiber optic ferrule being inserted into a front end of a ferrule holder and extending away from the front end of the ferrule holder, and the lead-in tube attached the ferrule holder and extending rearwardly and away from the fiber optic ferrule, two springs, each spring engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing, and a spring push engaging a rear portion of each of the two springs to bias the ferrule assemblies toward the front end of the housing, the spring push engaging a portion of the housing in the opening to retain the spring push within the opening, wherein each of the lead-in tubes extend through at least a portion of a respective spring and beyond a rear end of the spring push.

In some embodiments, the fiber optic connector includes a crimp body having a transition portion to receive an optical fiber extending from each of the lead-in tubes between the front end and a singular opening at a rear end, the rear end having an outer surface to receive a crimp band therearound.

**2**

In some embodiments, the housing has a rail receiving portion configured to receive a latch component.

In some embodiments, the latch component is a push-pull mechanism.

In another aspect, the invention is directed to a method of assembling a fiber optic connector that includes the steps of inserting into a housing having a main body, the main body extending between a front end and a rear end and having an opening extending therebetween two ferrule assemblies, each of the ferrule assemblies comprising a fiber optic ferrule, a ferrule holder and a lead-in tube, the fiber optic ferrule being inserted into a front end of a ferrule holder and extending away from the front end of the ferrule holder, and the lead-in tube attached the ferrule holder and extending rearwardly and away from the fiber optic ferrule, inserting on to each of the ferrule assemblies a spring engaging a rearward facing surface of the ferrule holder and extending towards the rear end of the housing, inserting into the housing a spring push to engage a rear portion of each of the springs to bias the ferrule assemblies toward the front end of the housing, the spring push engaging a portion of the housing in the opening to retain the spring push within the opening, inserting an adhesive into each of the lead-in tubes to secure an optical fiber within each of the ferrule assembly, and allowing the adhesive to cure with an optical fiber within each of the ferrule assemblies.

Additional features and advantages of the invention will be set forth in the detailed description which follows, and in part will be readily apparent to those skilled in the art from that description or recognized by practicing the invention as described herein, including the detailed description which follows, the claims, as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description of the present embodiments of the invention, and are intended to provide an overview or framework for understanding the nature and character of the invention as it is claimed. The accompanying drawings are included to provide a further understanding of the invention, and are incorporated into and constitute a part of this specification. The drawings illustrate various embodiments of the invention, and together with the description serve to explain the principles and operations of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side elevational view of one embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. **2** is an exploded perspective view of the fiber optic connector in FIG. **1**;

FIG. **3** is a perspective view of a portion of the fiber optic connector in FIG. **1**, which includes the housing with two ferrule assemblies and a spring push;

FIG. **3A** is an exploded perspective view of the ferrule assembly and spring in FIG. **3**;

FIG. **4** is a partial cross section of the housing with two assembled ferrule assemblies and the spring push in FIG. **3**;

FIG. **5** is a perspective view of the housing of the fiber optic connector in FIG. **1** and FIG. **3**;

FIG. **6** is a rear elevational view of the housing in FIG. **5**;

FIG. **7** is a perspective view of spring push in FIG. **3**;

FIG. **8** is a front elevational view of the crimp body in FIG. **1**;

FIG. **9** is a partial cut away perspective view of the crimp body in FIG. **8**;

US 11,808,994 B1

3

FIG. **10** is a perspective view of the push-pull mechanism of FIG. **1**;

FIG. **10**A is a perspective view of the underside of the push-pull mechanism of FIG. **10**;

FIG. **11** is a perspective view of a latch body used with the push-pull mechanism in FIG. **10**;

FIG. **12** is a front elevational view of the latch body in FIG. **11**;

FIG. **13** is a side elevational view of the latch body in FIG. **11**;

FIG. **14** is a perspective view of the push-pull mechanism and latch body illustrating how the latch body attaches to the push-pull mechanism;

FIG. **15** is a partial, perspective view of the push-pull mechanism and latch body in FIG. **14**;

FIG. **16** is a top view of the push-pull mechanism in FIG. **14** attached to the fiber optic connector in FIG. **1**;

FIG. **17** is an enlarged view of the connection of the push-pull mechanism and housing in FIG. **16**;

FIG. **18** is a front perspective view of a plurality of fiber optic connectors and push-pull mechanisms mounted in a carrier according to one embodiment of the present invention;

FIG. **19** is a front view of the plurality of fiber optic connectors and push-pull mechanisms mounted in the carrier in FIG. **18**;

FIG. **20** is a rear perspective view of the plurality of fiber optic connectors and push-pull mechanisms mounted in the carrier in FIG. **18** in preparation to be inserted into one embodiment of a fiber optic connector adapter according to the present invention;

FIG. **21** is a cross section of the assembly of the push-pull mechanism and latch body and the fiber optic connector, all mounted in the carrier and inserted into the adapter;

FIG. **22** is a cross section of a smaller portion of the assembly shown in FIG. **21** illustrating push-pull mechanism and latch body mounted in the carrier and the fiber optic connector adapter;

FIG. **23** is an elevational view of a second embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. **24** is a partial cross sectional view of the housing with the two ferrule assemblies and a spring push of the fiber optic connector in FIG. **23**;

FIG. **25** is a perspective view of the housing of the fiber optic connector in FIG. **23**;

FIG. **26** is a rear elevational view of the housing in FIG. **25**;

FIG. **27** is partial cross section of a second embodiment of a crimp body according to the present invention and shown in FIG. **23**;

FIG. **28** is a perspective view of the second embodiment of a push-pull mechanism according to the present invention and shown in FIG. **23**;

FIG. **29** is a cross section view of the push-pull mechanism in FIG. **27**;

FIG. **30** is cross section of the fiber optic connector with a push-pull mechanism and crimp body of FIG. **23**;

FIG. **31** is a perspective view of a fiber optic connector and push-pull mechanisms of FIG. **23** mounted in a carrier;

FIG. **32** is a cross section view of the carrier of FIG. **30** without the fiber optic connector;

FIG. **33** is a cross section view of the fiber optic connector with a push-pull mechanism and crimp body of FIG. **23** in an embodiment of a carrier;

4

FIG. **34** is a cross section view of fiber optic connector with a push-pull mechanism and crimp body in a carrier being inserted into an adapter;

FIG. **35** a cross section view of fiber optic connector with a push-pull mechanism and crimp body in a carrier being removed from the adapter;

FIG. **36** is a cross section view of fiber optic connector with a push-pull mechanism and crimp body being removed from a carrier;

FIG. **37** is a perspective view of a second embodiment of a spring push according to the present invention;

FIG. **38** is a perspective view of a second embodiment of a crimp body according to the present invention;

FIG. **39** is an elevational view of another embodiment of a fiber optic connector with a push-pull mechanism, crimp body, and boot according to the present invention;

FIG. **40** is a right top perspective view of the push-pull mechanism of FIG. **39**;

FIG. **41** is a bottom perspective view of the push-pull mechanism of FIG. **39**;

FIG. **42** is a right perspective view of the latch body with a flexure mechanism of FIG. **39**;

FIG. **43** is a right bottom perspective view of the latch body and flexure mechanism of FIG. **39**

FIG. **44** is a right perspective view of the push-pull mechanism with latch body and flexure mechanism;

FIG. **45** is an enlarged cross sectional view of a portion of the push-pull mechanism, latch body, and fiber optic connector of FIG. **39**;

FIG. **46** is enlarged cross sectional view of a portion of the push-pull mechanism, latch body, and fiber optic connector of FIG. **41** at a different location from FIG. **47**;

FIG. **47** is a cross sectional view of the push-pull mechanism, latch body, and housing; and

FIG. **48** is a top perspective view of the push-pull mechanism, latch body, and housing.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the present preferred embodiment(s) of the invention, examples of which are illustrated in the accompanying drawings. Whenever possible, the same reference numerals will be used throughout the drawings to refer to the same or like parts.

Applicant notes that the term "front" or "forward" means that direction where the fiber optic connector would meet with another fiber optic connector or device, while the term "rear" or "rearward" is used to mean the direction from which the optical fibers enter into the fiber-optic ferrule or fiber optic connector. Thus, "front" is that part of the housing **102** on the left side of FIG. **1** and "forward" is out and to the left. "Rear" is that part of the housing **102** that is on the right side of the page and "rearward" is toward the right.

One embodiment of a fiber optic connector **100** according to the present invention is illustrated in FIGS. **1-22**. The fiber optic connector **100**, in FIGS. **1** and **2**, may include a housing **102**, a latch component (push-pull mechanism) **104**, a crimp body **106**, a crimp ring and heat shrink tube **108**, and a strain relief boot **110**. As discussed in more detail below, the housing **102** and its components, the latch component **104**, and the crimp body **106** are the focus of this application. The crimp ring and heat shrink tube **108** and a strain relief boot **110** are generally known components.

Turning to FIGS. **3** and **3**A, inside the housing **102** are two ferrule assemblies **120**, two springs **122**, and a spring push **124**. The two ferrule assemblies **120** each include a fiber

US 11,808,994 B1

5

optic ferrule **130** (generally a 1.25 mm LC fiber optic ferrule), a ferrule holder **132**, and a lead-in tube **134**. The spring **122** is added later. The ferrule assemblies **120** are preferably preassembled and are inserted into the housing **102** without needing any further processing.

The housing **102** has a main body **140** extending between a front end **142** and a rear end **144**, and has an opening **146** extending therebetween. The opening **146** of the housing **102** may also have structures **148** that orient and retain the ferrule assemblies **120** in the housing **102**. In this case, there are flat surfaces **150** that engage corresponding flat surfaces **152** on the ferrule holder **132**, to keep the ferrule assemblies **120** from rotating within the housing **102**.

Once the ferrule assemblies **120** are disposed within the housing **102**, the springs **122** are placed around the lead-in tube **134** and against a back end **138** of the ferrule holder **132**. The spring push **124** is then inserted into the opening **146** of the housing **102**. The spring push **124** has a pair of latches **154** that engage corresponding openings **156** in the opposite sides of the main body **140** of the housing **102** to retain the spring push **124** in the opening **146**. The spring push **124** has a forward facing surface **158** to engage the rear ends of the springs **122**. The forward facing surface **158** generally corresponds to the two springs **122** to ensure that that the spring push **124** stays engaged with the springs **122**. This configuration biases the ferrule assemblies **120** toward the front end **142** of the housing **102**. While not shown, two optical fibers enter into the ferrule assemblies **120** through the spring push **124** and into the lead-in tubes **134**.

The lead-in tubes **134** are connected to and extend from the ferrule holder **132**. Preferably, the lead-in tubes **134** are secured to the ferrule holder **132**, e.g. by adhesives, press-fit. The lead-in tubes **134** also extend beyond the rear end of the ferrule holder **132**. See FIG. **4**. This allows for injection of epoxy or other adhesives into the ferrule assemblies **120** through the lead-in tubes **134** to secure the optical fibers therein. With the lead-in tubes **134** extending so far rearwardly, there is no concern that the epoxy or adhesives will interfere with the springs **134**, the spring push **124**, or other structures in the fiber optic connector **100**. Typically, the adhesive is cured with the lead-in tubes **134** exposed in prior to adding any additional components.

The housing **102** may also have an indicia **136** of the polarity of the fiber optic connector **100**. See FIG. **5**. Depending on the application, one of the ferrule assemblies **120** may be a receiving or a transmitting side with the other of the ferrule assemblies **120** being the other. It is important for the user or technician to know which of the ferrule assemblies **120** is which. The indicia **136**, an indentation in this case, makes the orientation or the polarity of the fiber optic connector **100** clearly visible. Other types of indicia may be used and still fall within the scope of the present invention.

The outside of the housing **102** has many features that are integral to its use. See FIGS. **5** and **6**. First are the top surface **160** and the bottom surface **162**. The top and bottom surfaces **160**, **162** are preferably the same, with the exception of the indicia **136**, as one of the two surfaces **160**, **162** would not have it. Extending from the rear end **144** towards the front **142** of the housing **140** on both the top surface **160** and the bottom surface **162** is a rail receiving portion **164**. As will be discussed in more detail below, the rail receiving portion **164** will stop just before the front end **142** as it will therefore create a stop surface **166**. The latch component (push-pull mechanism) **104** will make use of the stop surface **166** to insert the fiber optic connector **100** into various structures.

6

The rail receiving portion **164** has a central portion **168** and then two lobe sections **170**, one lobe on each side of the central portion **168**. As best seen in FIG. **6**, the rail receiving portion **164** looks like part of a profile of a dog bone. This configuration matches that of the bottom surface of the latch component (push-pull mechanism) **104** to form a sliding dove-tail configuration. Other configurations are possible, such as, for example, the second version illustrated below—a cap with undercuts (essentially an umbrella or a T-shape configuration). See FIG. **26**.

The next feature of the housing **102** and main body **140** are the two side surfaces **180**. The two side surfaces **180** are those opposite to one another and separated by the top surface **160** and the bottom surface **162**. Referring to FIG. **6** in particular, each of the sides **180** are divided into three portions. The first portion is a longitudinal central portion **182** extending in a first plane A. The second portion is a longitudinal top portion **184** extending in a second plane B, the first plane A is parallel to and offset from the second plane B. The third portion is a longitudinal bottom portion **186** extending in the second plane B. The longitudinal top portion **184** preferably is divided from the longitudinal central portion **182** by a shoulder **188**. The shoulder **188** preferably has a surface that is in plane C and is perpendicular to both planes A and B. Similarly, the longitudinal bottom portion **186** preferably is divided from the longitudinal central portion **182** by a shoulder **190**. The shoulder **190** preferably has a surface that is in plane D and is perpendicular to both planes A and B.

The two longitudinal top portions **184** and the two longitudinal bottom portions **186** function to align the fiber optic connector **100** in a horizontal direction in various structures, e.g., a carrier and an adapter. On the other hand, it is the shoulders **188**, **190** that align the fiber optic connector **100** in a vertical direction. These will be discussed in more detail below. See also FIGS. **19** and **20**.

Referring to FIG. **5**, there are also two indentations **192** in the longitudinal top portion **184** on both sides of the main body and adjacent the rear end **144**. The indentations **192** form a forward facing surfaces **194** that are used by two housing latches in the latch component (push-pull mechanism) **104**. As described more later, the latch component (push-pull mechanism) **104** engages the forward facing surfaces **194** when removing the fiber optic connector **100**.

Returning to the crimp body **106**, it is illustrated in FIG. **1** and also in FIGS. **8** and **9**. The crimp body **106** has a front portion **200** that is designed to interact and connect with the spring push **124** and also is disposed within the opening **146** of the housing **102** when installed. The crimp body **106** has a rear portion **202** that extends behind the housing **102** and provides an outer surface **204** to receive a crimp band (e.g., crimp ring and heat shrink tube **108**) thereabout. Extending from a front end **206** to the rear end **208** is an opening **210**. The opening **210** at the front portion **200** receives at least a portion of each of the lead-in tubes **134**. The spring push **124** has two tabs **212** on opposites sides thereof and extend in a rear ward direction in the opening **210** to engage an opening **214** in side walls **216** of the crimp body **106**. The front end **206** also has a forward facing surface **218** that complements the rear of the spring push and, together with the tabs **212** keeps the crimp body **106** securely fixed to fiber optic connector **100**. Although the crimp body **106** is illustrated as being attached to the spring push **124**, alternatively the crimp body **106** could be attached to the housing **102**.

The opening **210** in the crimp body **106** rearwardly of the lead-in tubes provides a transition portion **220** for the optical fibers that are secured in the fiber optic ferrules **130**. Since

**7**

the crimp body **106** has a singular opening **222** at the rear end thereof, the optical fibers need to be able to exit that singular opening **222** in a smooth fashion so they are not bent beyond their bend radius, thereby damaging or breaking the optical fibers. The transition portion **220** provides for this function.

The crimp body **106** also has a top surface **230** and the bottom surface **232**. The top surface **230** and the bottom surface **232** may be configured with a central portion **234** that is similar to the central portion **168** of the rail receiving portion **164** above. However, the crimp body **106** has two outer trough portions **236** that are open to the space above the crimp body **106**. The central portion **234** and the two outer trough portions **236** function as an alignment feature of the rail receiving portion **164**. As discussed more below, the latch component (push-pull mechanism) **104** can be better aligned with the rail receiving portion **164** by using the central portion **234** and the two outer trough portions **236** on the crimp body **106**.

While the crimp body **106** is illustrated as a single, unitary body (i.e., molded at one time with one material), it could also be molded as two pieces and then later the two pieces secured to one another.

The latch component (push-pull mechanism) **104** is illustrated in more detail in FIGS. **10-17**. The latch component (push-pull mechanism) **104** has a main body **250** and a latch body **252** that attaches to the main body **250**. See FIGS. **10** and **11-13**. The main body **250** has a front portion **254**, a middle portion **256**, and a rear portion **258**. Generally, the front portion **254** is where the latch body **252** attaches to the main body **250** and provides for the latching of the fiber optic connector **100** to the adapter and carrier. The middle portion **256** provides for latching of latch component (push-pull mechanism) **104** to the housing **102**. The rear portion **258** has a grasping portion **260** to allow a user to push and pull the latch component (push-pull mechanism) **104** to engage and disengage the fiber optic connector **100** and the latch component (push-pull mechanism) **104** from the adapter and/or carrier.

The front portion **254** is divided into a first front portion **262** and a second front portion **264**. The first front portion **262** and the second front portion **264** both have a window **266, 268**, respectively to receive a latch from the latch body **252** therethrough. An underside of the first portion **262** has a groove **270** on either side to receive attachment members **272, 274** from the latch body **252** (see FIGS. **10**A and **11**) to secure the latch body **252** to the main body **250**. The attachment members **272, 274** (and thus the latch body **252**) are able to slide within the grooves **270** to allow for the latching and unlatching the fiber optic connector **100**. The grooves **270** should extend the length of the first portion **254**.

The second front portion **264** has an upper surface **276** that is higher than an upper surface **278** of the first front portion **262**. This allows for the latching of a carrier and an adapter with the same device, as noted in more detail below. On the bottom side **280** of the second front portion **264** is a rail portion **282** that includes two extensions **284, 286** that are joined by a central portion **288**, all having a complementary configuration of the rail receiving portion **164** of the housing **102**. See FIG. **10**A. The latch body **252** also has the same rail portion configuration (central portion **290** and two extensions **292, 294**) on the bottom thereof. This allows the main body **250** and the latch body **252** to be slidingly attached to the rail receiving portion **164** of housing **102**. When the latch body **252** is inserted into the first front portion **262**, a front surface **296** of the rail portion **282** provides a pushing surface by which the main body **250** can

**8**

push the latch body **252** in the rail receiving portion **164** of the housing **102**. See also FIG. **21**. The front surface **300** of the latch body **252** also provides a pushing surface to be used against the stop surface **166** of the housing **102**. This allows for the user to exert a force on the latch component (push-pull mechanism) **104** which is transferred through the main body **250** to the latch body **252** and to the housing **102** to insert the fiber optic connector **100** into a carrier and/or adapter.

Returning to FIGS. **11-13**, the latch body **252** has two latches, an adapter latch **310** and a carrier latch **312**. The latch body may only have one of the latches, depending upon its uses and the needs of the user. The adapter latch **310** extends from a forward portion of the latch body **252** and protrudes through window **266** of the main body **250**. The carrier latch **312** also extends from the latch body **252**, from a rear portion thereof, and protrudes through the window **268** of the main body **250**. As is recognized from FIG. **13**, the adapter latch **310** does not rise as high as the carrier latch **312** (plane E versus plane F) so that when the fiber optic connector **100** is inserted into or removed from a carrier, the adapter latch **310** will not engage the carrier.

Each of the latches, adapter latch **310** and a carrier latch **312**, each have a proximal end **314, 316**, to engage an adapter and a carrier, respectively. Each of the proximal ends, **314, 316**, have a rearward facing surface **314***a*, **316***a* and an upward facing surface, **314***b*, **316***b*. The proximal ends **314, 316** will engage an opening in an adapter or a carrier. See, e.g., FIG. **21**.

The latch component (push-pull mechanism) **104** is removably connected to the rail receiving portion **164** of the housing **102** as described above. However, the connections so far described do not prevent the latch component (push-pull mechanism) **104** from being removed toward the rear of the housing **102** when, for example, the grasping portion **260** is pulled rearwardly. However, in the middle portion **256**, there are two latches **320** that extend from the latch component (push-pull mechanism) **104** inward and will move along rear portions of the longitudinal top portions **184** on each side of the housing **102**. See FIGS. **1, 18**, and **20**. In particular, the housing **102** has indentations **192** for the latches **320** and will engage the forward facing surfaces **194** when the latch component (push-pull mechanism) **104** is pulled rearwardly. This will allow for the user to remove the fiber optic connector **100** from a carrier and/or adapter as will now be described. It should be noted that the latches **320** are cantilevered latches and thus pushing on area **322** (see FIGS. **16** and **17**) will cause the latches to move away from the housing **102**, and will release the housing **102** from the latch component (push-pull mechanism) **104**.

Turning to FIGS. **1, 14, 15**, and **18**, the latch component (push-pull mechanism) **104** is connected to the fiber optic connector **100**. The fiber optic connector **100** can be inserted into a carrier **350** (FIG. **18**) and/or an adapter **400** (FIG. **20**). The carrier **350** provides the user with a convenient way to insert into and remove **4** fiber optic connectors **100** (could also have more or fewer connectors, but usually in groups of two) from an adapter (or other telecommunications structure) rather than one at a time. It provides a cost savings time wise and also assists in preventing the stubbing of or breaking fiber optic connectors.

The carrier **350** has a few features that enable the use of the carrier **350** to correctly orient the fiber optic connectors **100** (polarity) and also to align the fiber optic connectors **100** to one another for insertion into the adapter. The carrier **350** has a top **352** and a bottom **354** and the top **352** has a cut out **356** for each of the fiber optic connectors **100**, or the latch

US 11,808,994 B1

9

component (push-pull mechanism) **104**. If the fiber optic connector **100** is inserted into the carrier **350** incorrectly (wrong polarity) then the fiber optic connector **100** will not seat in the carrier **350** correctly. The cut out **356** also has a rearward facing surface **358** that is used to remove all of the fiber optic connectors **100** from an adapter as discussed in more detail below.

The carrier **350** has an opening **360** extending between the front end **362** and the rear end **364**. Inside the opening **360** are projections to accurately orient the fiber optic connectors **100** in the carrier **350**. Extending from the top **352** into the opening **360** are the top extensions **366a**. Along the corner of the top and the sides of the carrier **350** are partial top extensions **366b**, which perform the same function as top extensions **366a**. Similarly, there are bottom extensions **368a** and partial bottom extensions **368b**. As best seen in FIG. **19**, the top extensions **366a** are longer and extend down into the opening **360** farther than the bottom extensions **368a** extend upward into the opening **360**. The distance between corresponding top and bottom extensions **366a**, **368a** provide the vertical alignment of the fiber optic connector **100** within the carrier **350**. Referring back to FIG. **6**, the shoulders **188** and **190** and, more particularly, the distance between them and their vertical location along the sides **180** of the housing **102** orients the fiber optic connectors **100** vertically within the carrier **350**. As can be gleamed from FIG. **19**, if one of the fiber optic connectors **100** is oriented incorrectly, the longitudinal top portions **184** and the two longitudinal bottom portions **186** will be in the incorrect location and the latch component (push-pull mechanism) **104** will hit the carrier and prevent the fiber optic connector **100** from being fully inserted.

The horizontal alignment of the fiber optic connectors **100** is also controlled by the top extensions **366a** and the bottom extensions **370**. However, it is the longitudinal top portions **184** and the two longitudinal bottom portions **186** (the distance therebetween) engaging the top extensions **366a** and the bottom extensions **370** that controls. FIG. **19** also shows that there is very limited space between the fiber optic connectors **100** and allows for a higher density of fiber optic connectors **100**.

Once the fiber optic connectors **100** with the latch component (push-pull mechanism) **104** are correctly inserted into the carrier **350**, a latch stop **380** on the latch component (push-pull mechanism) **104** will engage the rearward facing surface **358** of the carrier **350**. The carrier **350** is captured between the latch stop **380** and rearward facing surface **316a** of carrier latch **312**. This will expose enough of the latch component (push-pull mechanism) **104** and, in particular, the first front portion **262**. At the same time, the top **352** of the carrier **350** has windows **370** to receive the carrier latch **312** from each latch body **252**, and in particular the proximal end **316**. See FIGS. **21** and **22**. However, as the fiber optic connector **100** passes into the and through carrier **350**, the adapter latch **310** is too short to engage the carrier **350**.

With the carrier latch **312** now in the window **370** and engaging surface **372** created by the window **370**, the carrier **350** or the latch component (push-pull mechanism) **104** can be used to insert the fiber optic connectors **100** into the adapter **400**. As clear from FIGS. **21** and **22**, if the carrier **350** is used to insert the ganged fiber optic connectors **100** (in the carrier **350** in FIG. **20**), then the carrier **350** will push on the carrier latch **312**, which is on the latch body **252** and has front surface **300** of the latch body **252**, which then pushes against the stop surface **166** of the housing **102** to secure the ganged fiber optic connectors **100**. Thus, all of the fiber optic connectors **100** will be pushed simultaneously

10

into the adapter. On the other hand, one could also used the latch component (push-pull mechanism) **104** to insert them as well.

As the ganged fiber optic connectors **100** are inserted into the adapter **400**, each of the adapter latches **310** will pop up into a respective window **402**. With the adapter latch **310** now in the window **402** and engaging surface **404** created by the window **402**, the ganged fiber optic connectors **100** are secured within the adapter **400**. The adapter **400** has the same projections to accurately orient the fiber optic connectors **100** in the adapter **400**. Thus, applicant will not repeat the same structures here.

The fiber optic connectors **100** can be removed from the adapter **400** one at a time or all at the same time with the carrier **350**. To remove one fiber optic connector **100** from the adapter **400** (if only in the adapter) or the adapter **400** and the carrier **350**, one only need to pull on the grasping portion **260** of the latch component (push-pull mechanism) **104**. As the latch component (push-pull mechanism) **104** is pulled backward, it moves rearward relative to the latch body **252** (because the adapter latch **310** and the carrier latch **312** are against the engaging surfaces **372**, **404**, respectively) and the portions forward of the windows **266**, **268**, will move over the adapter latch **310** and a carrier latch **312**, pushing them down and out of the windows **370**, **402**. Continued pulling on the grasping portion **260** of the latch component (push-pull mechanism) **104** causes the latches **320** to engage the forward facing surfaces **194** of the housing **102** and the whole fiber optic connector can be removed.

If the ganged fiber optic connectors **100** are to be removed together and only from the adapter **400**, then the user will pull on the carrier **350** (while the adapter **400** remains fixed relative thereto). The carrier **350** and, in particular, the rearward facing surface **358** will engage latch stop **380** on the latch component (push-pull mechanism) **104** of each of the fiber optic connectors **100**. As noted above, the portions forward of the windows **266**, **268**, will move over the adapter latch **310** (and carrier latch **312**, but the carrier **350** will retain the fiber optic connectors **100**), pushing them down and out of the windows **370**, **402**. Continued pulling on the carrier causes the latches **320** to engage the forward facing surfaces **194** of the housing **102** and all of the ganged fiber optic connectors **100** can be removed from the adapter **400**. The fiber optic connector **100** can be inserted into and removed the same adapter **400** without a carrier **350** present. A partially populated carrier in the adapter can how a single fiber optic connectors removed for install, while the carrier will stay connected to the fiber optic connectors that remain in the adapter. When the last fiber-optic connector is removed is from the adapter, it will bring the carrier with it.

A second embodiment of a fiber optic connector **1100** according to the present invention is illustrated in FIGS. **23**-**36**. The fiber optic connector **1100**, in FIG. **23**, may include a housing **1102**, a latch component (push-pull mechanism) **1104**, and a crimp body **1106**. As discussed in more detail below, the housing **1102** and its components, the latch component **1104**, and the crimp body **1106** are the focus here. It is also preferred that there by a crimp ring and heat shrink tube and a strain relief boot as with the prior embodiment, but since the crimp ring and heat shrink tube and a strain relief boot are generally known components, they are omitted here for clarity.

Turning to FIG. **24**, inside the housing **1102** are two ferrule assemblies **1120** (which may be the same as ferrule assemblies **120**), two springs **1122**, and a spring push **1124**. The two ferrule assemblies **1120** each include a fiber optic ferrule **1130** (generally a 1.25 mm LC fiber optic ferrule), a

US 11,808,994 B1

**11**

ferrule holder **1132**, and a lead-in tube **1134**. The spring **1122** is added later. The ferrule assemblies **1120** are preferably preassembled and are inserted into the housing **1102** without needing any further processing.

The housing **1102** has a main body **1140** extending between a front end **1142** and a rear end **1144**, and has an opening **1146** extending therebetween. The opening **1146** of the housing **1102** may also have structures **1148** that orient and retain the ferrule assemblies **1120** in the housing **1102**. In this case, there are flat surfaces **1150** that engage corresponding flat surfaces **1152** on the ferrule holder **1132**, to keep the ferrule assemblies **1120** from rotating within the housing **1102**.

Once the ferrule assemblies **1120** are disposed within the housing **1102**, the springs **1122** are placed around the lead-in tube **1134** and against a back end **1138** of the ferrule holder **1132**. The spring push **1124** is then inserted into the opening **1146** of the housing **1102**. The spring push **1124** has a pair of latches **1154** that engage corresponding openings **1156** in the opposite sides of the main body **1140** of the housing **1102** to retain the spring push **1124** in the opening **1146**. The spring push **1124** has a forward facing surface **1158** to engage the rear ends of the springs **1122**. The forward facing surface **1158** generally corresponds to the two springs **1122** to ensure that that the spring push **1124** stays engaged with the springs **1122**. This configuration biases the ferrule assemblies **1120** toward the front end **1142** of the housing **1102**. While not shown, two optical fibers enter into the ferrule assemblies **1120** through the spring push **1124** and into the lead-in tubes **1124**.

The lead-in tubes **1134** are connected to and extend from the ferrule holder **1132**. Preferably, the lead-in tubes **1134** are secured to the ferrule holder **1132**, e.g. by adhesives, press-fit. The lead-in tubes **1134** also extend beyond the rear end of the ferrule holder **132** and the springs **1122** and the spring push **1124**. See FIG. **24**. This allows for injection of epoxy or other adhesives into the ferrule assemblies **1120** through the lead-in tubes **1134** to secure the optical fibers therein. With the lead-in tubes **1134** extending so far rearwardly, there is no concern that the epoxy or adhesives will interfere with the springs **1122**, the spring push **1124**, or other structures in the fiber optic connector **1100**.

The housing **1102** may also have an indicia of the polarity of the fiber optic connector **1100** as with the prior embodiment. Similarly, an indentation or other mark may be present on the housing **1102**.

The outside of the housing **1102** has many features that are integral to its use. See FIGS. **25** and **26**. First are the top surface **1160** and the bottom surface **1162**. The top and bottom surfaces **1160**, **1162** are preferably the same, but may have some differences and still fall within the scope of the present invention. Extending from the rear end **1144** towards the front **1142** of the housing **11020** on both the top surface **1160** and the bottom surface **1162** is a rail receiving portion **1164**. As will be discussed in more detail below, the rail receiving portion **1164** will stop before the front end **1142** as it will therefore create a stop surface **1166**. The latch component (push-pull mechanism) **1104** will make use of the stop surface **1166** to insert the fiber optic connector **1100** into various structures.

The rail receiving portion **1164** has a central portion **1168** and two lobe sections **1170**, one lobe on each side of the central portion **1168**. As best seen in FIG. **26**, the rail receiving portion **1164** has a T-shape configuration. This configuration matches that of the bottom surface of the latch

**12**

component (push-pull mechanism) **1104** to form a sliding configuration. Other configurations are possible, as noted above.

The next feature of the housing **1102** and main body **1140** are the two side surfaces **1180**. The two side surfaces **1180** are those opposite to one another and separated by the top surface **1160** and the bottom surface **1162**. Referring to FIG. **26** in particular, each of the sides **1180** are divided into at least three portions. The first portion is a longitudinal central portion **1182** extending in a first plane G. The second portion is a longitudinal top portion **1184** extending in a second plane H, the first plane G is parallel to and offset from the second plane H. The third portion is a longitudinal bottom portion **1186** extending in the second plane H. The longitudinal top portion **1184** preferably is divided from the longitudinal central portion **1182** by a shoulder **1188**. The shoulder **1188** preferably has a surface that is in plane I and is perpendicular to both planes G and H. Similarly, the longitudinal bottom portion **1186** preferably is divided from the longitudinal central portion **1182** by a shoulder **1190**. The shoulder **1190** preferably has a surface that is in plane J and is perpendicular to both planes G and H. There is also an inclined wall **1196** between the bottom of the central portion **1168** and the shoulder **1188**. A portion of the latch component (push-pull mechanism) **1104** uses this inclined wall **1196** as a reference surface while moving along the housing **1102**. See FIG. **26**. The inclined wall **1196** ends at the stop surface **1166**, where the latch component (push-pull mechanism) **1104** engages the stop surface **1166** to move the fiber optic connector **1100** as discussed below.

The two longitudinal top portions **1184** and the two longitudinal bottom portions **1186** function to align the fiber optic connector **1100** in a horizontal direction in various structures, e.g., a carrier and an adapter. On the other hand, it is the shoulders **1188**, **1190** that align the fiber optic connector **1100** in a vertical direction as was discussed in detail above. As such, this discussion is not included here.

Also on the top surface **1160** and the bottom surface **1162** is a latch **1172** with an engagement surface **1174** and a release ramp **1176**. The latch **1172** is a cantilevered latch that works with the latch component (push-pull mechanism) **1104** to engage and disengage from an adapter. Finally, on the top surface **1160** and the bottom surface **1162** is an opening **1192** in the rail receiving portion **1164** for an extension from the latch component (push-pull mechanism) **1104**. As described in more detail below, the extension from the latch component (push-pull mechanism) **1104** engages a forward facing surface **1194** to remove the fiber optic connector **1100** from the adapter and or carrier. See FIG. **24**.

The crimp body **1106** has a front portion **1200** that is designed to interact and connect with the spring push **1124** and also is disposed within the opening **1146** of the housing **1102** when installed, which is usually after the epoxy used to secure the optical fibers in the ferrules **1130** has cured. The crimp body **1106** has a rear portion **1202** that extends behind the housing **1102** and provides an outer surface **1204** to receive a crimp band (e.g., crimp ring and heat shrink tube) therearound. Extending from a front end **1206** to the rear end **1208** is an opening **1210**. The opening **1210** at the front portion **1200** receives at least a portion of each of the lead-in tubes **1134**. The spring push **1124** has two tabs **1212** (FIG. **24**) on opposites sides thereof and extend in a rearward direction in the opening **1210** to engage an opening **1214** in side walls **1216** of the crimp body **1106**. The front end **1206** also has a forward facing surface **1218** that complements the rear of the spring push **1124** and, together

US 11,808,994 B1

13

with the tabs **1212**, keeps the crimp body **1106** securely fixed to fiber optic connector **1100**.

The opening **1210** in the crimp body **1106** rearwardly of the lead-in tubes provides a transition portion **1220** for the optical fibers that are secured in the fiber optic ferrules **1130**. Since the crimp body **1106** has a singular opening **1222** at the rear end thereof, the optical fibers need to be able to exit that singular opening **1222** in a smooth fashion so they are not bent beyond their bend radius, thereby damaging or breaking the optical fibers. The transition portion **1220** provides for this function.

The crimp body **1106** also has a top surface **1230** and the bottom surface **1232**. The top surface **1230** and the bottom surface **1232** may be configured with an area **1234** that complements the central portion **1168** and two lobe sections **1170** of the rail receiving portion **1164** above. The area **1234** functions as an alignment feature of the rail receiving portion **1164**. As discussed more below, the latch component (push-pull mechanism) **1104** can be better aligned with the rail receiving portion **1164** by using the area **1234** on the crimp body **1106**.

While the crimp body **1106** is illustrated as a single, unitary body (i.e., molded at one time with one material), it could also be molded as two pieces and then later the two pieces secured to one another.

The latch component (push-pull mechanism) **1104** is illustrated in more detail in FIGS. **28-29**. The latch component (push-pull mechanism) **1104** has a main body **1250**, with a front portion **1254**, a middle portion **1256**, and a rear portion **1258**. Generally, the front portion **1254** is where the latch component **1104** engages the fiber optic connector **1100** and controls connections to an adapter and carrier. The middle portion **1256** generally provides for latching of latch component (push-pull mechanism) **1104** to a carrier. The rear portion **1258** has a grasping portion **1260** to allow a user to push and pull the latch component (push-pull mechanism) **1104** to engage and disengage the fiber optic connector **1100** (push-pull mechanism) **1104** from the adapter and/or carrier.

When the latch component (push-pull mechanism) **1104** is installed on the housing **1102**, the front portion **1254** has two rails **1262** to engage the stop surface **1166** to push the fiber optic connector **1100**. Pushing on the latch component (push-pull mechanism) **1104** causes the force to be transferred to the rails **1262**. There is a space **1264** between the rails **1262** to allow for the engagement surface **1174** of the latch **1172** to pass therebetween. The front portion **1254** then, moving rearwardly, has an opening **1268**. The opening **1268** receives the release ramp **1176**. A front portion of the opening **1268** has a chamfered surface **1270** to engage the chamfered surface of the release ramp **1176**. See also FIGS. **28** and **29**. Behind the opening **1268** is a downward extension **1272** to fit within the opening **1192** in the rail receiving portion **1164** and to engage the forward facing surface **1194** when removing the fiber optic connector **1100** as discussed below. See also FIG. **24**.

The next feature of the latch component (push-pull mechanism) **1104** is in the middle portion **1256** and is an opening **1274** that receives a part of a carrier for a number of fiber optic connectors **1100**. As noted above, sometimes it is beneficial for a number of fiber optic connectors **1100** to be linked to one another. This opening **1274** along with another embodiment of a carrier **1400** allows for the insertion/removal of the fiber optic connectors **1100** from an adapter **1400**. The opening **1274** is partially formed by a chamfered front surface **1276** and a generally flat rear surface **1278**.

14

The rear portion **1258** of the latch component (push-pull mechanism) **1104** has a grasping portion **1260**. Finally, a release **1280** is disposed on the side of the latch component (push-pull mechanism) **1104**. The release **1280** is an opening that provides access to the downward extension **1272** that fits within the opening **1192**. As noted above, the downward extension **1272** keeps the latch component (push-pull mechanism) **1104** positioned with the housing **1102**. To disengage the latch component (push-pull mechanism) **1104** from the housing **1102**, a pin or other small tool can be inserted into the release **1280** and deflect downward extension **1272** upward and out of the opening **1192**. The latch component (push-pull mechanism) **1104** can now be moved rearwardly from the housing **1102**.

FIG. **30** illustrates the fiber optic connector **1100** fully assembled and ready to be used. The major components of the fiber optic connector **1100** are labeled and the latch component (push-pull mechanism) **1104** in position to insert the fiber optic connector **1100** into a carrier **1350** and/or an adapter **1400**. As can be seen, the latch component (push-pull mechanism) **1104** is fully engaged and the two rails **1262** have engaged the stop surface **1166**.

Turning to FIGS. **30**, **31**, **33**, and **36**, the fiber optic connector can be inserted into a carrier **1350** (FIGS. **30** and **31**) and/or an adapter **1400** (FIG. **34**). The carrier **1350** provides the user with a convenient way to insert into and remove **4** fiber optic connectors **1100** (could also have more or fewer connectors, but usually in groups of two) from an adapter (or other telecommunications structure) rather than one at a time. It provides a cost savings time wise and also assists in preventing the stubbing of or breaking fiber optic connectors.

The carrier **1350** has a few features that enable the use of the carrier **1350** to correctly orient the fiber optic connectors **1100** (polarity) and also to align the fiber optic connectors to one another for insertion into the adapter. The carrier **1350** has a top **1352** and a bottom **1354** and the top **1352** has a cut out **1356** for each of the fiber optic connectors **1100**, or the latch component (push-pull mechanism) **1104**. Each of the cut outs **1356** has a cantilevered latch **1358** that protrudes into an opening **1360** of the carrier **1350**. If the fiber optic connector **1100** is inserted into the carrier **1350** incorrectly (wrong polarity) then the fiber optic connector **1100** will not seat in the carrier **1350** correctly. The combination of the latch **1358** and the bottom **1354** prevent the fiber optic connectors **1100** from being inserted incorrectly. The cantilevered latches **1358** have a projection **1362** that extends into the opening **1360** (FIG. **32**) and, when a fiber optic connector is inserted, rests in the opening **1274**. The first surface **1364** of projection **1362** is chamfered and is to engage the chamfered front surface **1276** of the latch component (push-pull mechanism) **1104** during removal of the fiber optic connector **1100**. The forward facing surface **1368** used to engage a rear surface of the housing **1102** when the carrier **1350** is used to insert the fiber optic connectors **1100** into the adapter **1400**. Finally, the rear facing surface **1370** used to engage the generally flat rear surface **1278** of opening **1274** when the carrier **1350** is used to remove the fiber optic connectors **1100** from the adapter **1400**.

Installation of the fiber optic connector **1100** into the carrier **1350** is illustrated in FIG. **33**. Using the latch component (push-pull mechanism) **1104**, the fiber optic connector **1100** is inserted into the carrier **1350** because the two rails **1262** to engage the stop surface **1166** thereby pushing the fiber-optic connector **1100** through the carrier **1350**. The release ramp **1176** is disclosed in the opening **1268** of the front portion **1254**. Similarly, the projection

US 11,808,994 B1

**15**

1362 on the latch 1358 is disposed in the opening 1274 of the latch component (push-pull mechanism) 1104. This method is repeated for each of the fiber optic connectors 1100 that are to be inserted into the carrier 1350.

The fiber optic connectors 1100 can be inserted into the adapter 1400 is illustrated in FIG. 34. As with the prior embodiment, fiber optic connectors 1100 can be inserted into the adapter 1400 one at a time, or in multiples using the carrier 1350. Once the fiber of the connectors are aligned with the adapter 1400, a user can grasp the carrier 1350 to push fiber optic connectors 1100 into the opening 1402 of the adapter 1400. The forward facing surface 1368 on the projection 1362 engages the rear surface the housing 1102 and, more particularly, the rear surface of the central portion 1168 of the rail receiving portion 1164. That causes the latch 1172 with an engagement surface 1174 to deflect downward as it enters into the adapter 1400, and once it reaches the window 1404, latch 1172 will return and position itself in the window 1404.

The removal of the fiber optic connectors 1100 be explained with reference to FIG. 35. Fiber optic connectors 1100 can be removed from the adapter 1400 by using the carrier 1354 or the latch component (push-pull mechanism) 1104. If the user is going to use the latch component (push-pull mechanism) 1104, the user will pull on the grasping portion 1260. This will cause the chamfered surface 1270 to engage the release ramp 1176. This will cause the latch 1172 to be biased downward freeing the engagement surface 1174 from the adapter window 1402. Further pulling on the latch component (push-pull mechanism) 1104 will pull the fiber optic connector 1100 from the adapter 1400 as the rearward facing surface 1272 engages surface 1194 in the opening 1192.

If the carrier 1350 is to be used, the carrier 1350 is moved rearwardly relative to the latch component (push-pull mechanism) 1104. The rear facing surface 1370 of the carrier 1350 engages the generally flat rear surface 1278 of opening 1274, causing the chamfered surface 1270 to engage the release ramp 1176. This releases all of the fiber optic connectors 1100 from the adapter 1400.

Finally, with reference to FIG. 36, the fiber optic connector 1100 can be removed from the carrier 1350. While holding the carrier 1350 steady, the user can pull on the latch component (push-pull mechanism) 1104, which causes the chamfered service 1276 in the opening 1274 to engage the first surface 1364 of projection 1362 of the carrier 1350. This will cause the cantilevered latch 1358 to deflect upward and out-of-the-way so that the latch component (push-pull mechanism) 1104 can be removed from the fiber optic connector.

An alternative spring push 1724 is illustrated in FIG. 37. The spring push 1724 has a pair of detents 1726 that frictionally engage an inside surface of the housing. This would eliminate the need for any openings in the housing as there are no latches to be secured. The spring push 1724 includes an extension 1728 with opposing sides 1730 that are semi-circular and provide more support to the springs 122. The extension 1728 terminates at two circular surfaces 1732 that engages the end of the springs 122. There are openings 1734 in the middle of the circular surfaces 1732 to receive lead-in tubes, that extend out the back of the spring push 1724. The back end of the spring push 1724 may also have a different connection system for a crimp band.

An alternative crimp body 1706 is illustrated in FIG. 38. The crimp body 1706 has two projections 1708 and two t-shaped extensions 1710 directed toward the front thereof. The crimp body 1706 provides the same function as the

**16**

crimp bands in the two prior embodiments. While not shown, the top and bottom surfaces 1712 and 1714 may be configured to assist with the alignment of a push-pull mechanism. The crimp body 1706 also provides an internal space that allows for a smooth transition of the optical fibers through the openings 1734 and the lead-in tubes of any associated fiber optic connector.

A third embodiment of a fiber optic connector 2100 according to the present invention is illustrated in FIGS. 39-49. The fiber optic connector 2100 is similar to the other embodiments in that the majority of the parts of the fiber optic connector 2100 are the same, except that the latch component (push-pull mechanism) 2104 is a self-returning latch component (push-pull mechanism) 2104. That is, that if the user pulls rearwardly on the latch component (push-pull mechanism) 2104, then the latch component (push-pull mechanism) 2104 will return to its original position (a forward position) without having to be returned manually. In the prior embodiments, if the latch component (push-pull mechanism) 104, 1104 were to be pulled (to remove the fiber optic connectors from the adapter/carrier, then the latch component (push-pull mechanism) would remain in a rearward position. The present embodiment is biased such that the latch component (push-pull mechanism) 2104 will automatically return to the forward position.

Given the similarities between this embodiment of a fiber optic connector and those discussed above, particularly the first embodiment, only a discussion about the new components will be included. Thus, the discussion will be about the latch component (push-pull mechanism) 2104 and small changes to the housing 2102.

The latch component (push-pull mechanism) 2104 is illustrated in more detail in FIGS. 40-48. The latch component (push-pull mechanism) 2104 has a main body 2210 and a latch body 2212 that attaches to the main body 2210. See FIGS. 40-43. The main body 2210 has a front portion 2214, a middle portion 2216, and a rear portion 2218. Generally, the front portion 2214 is where the latch body 2212 attaches to the main body 2210 and provides for the latching of a fiber optic connector 2100 to an adapter and carrier as discussed above. The middle portion 2216 provides an area for the flexure member 2220 and to engage the latch component (push-pull mechanism) 2104. The rear portion 2218 has a grasping portion 2222 to allow a user to push and pull the latch component (push-pull mechanism) 2104 to engage and disengage the fiber optic connector 2100 from the adapter and/or carrier.

The front portion 2214 is divided into a first front portion 2230 and a second front portion 2232. The first front portion 2230 has two windows 2234 and 2236 and the second front portion 2232 has a window 2238. The second window 2236 of the first front portion 2230 and window 2238 are to receive a latch from the latch body 2212 therethrough. The first window 2234 (and the third window 2238 as well) is to receive a latch pad on the latch body 2212. An underside of the first portion 2214 has a groove 2240 on either side to receive an extended portion of the latch pads 2242, 2244 from the latch body 2212 (see FIGS. 43 and 47) to secure the latch body 2212 to the main body 2210. The extended portion of the latch pads 2242, 2244 (and thus the latch body 2212) are able to slide within the grooves 2240 to allow for the latching and unlatching the fiber optic connector 2100. The grooves 2240 should extend the length of the first portion 2214.

The second front portion 2232 has an upper surface 2246 that is higher than an upper surface 2248 of the first front portion 2214. This allows for the latching of a carrier and an

17

adapter with the same device, as described above for the other embodiments. On the bottom side **2250** of the second front portion **2232** are two extensions **2252, 2254** that are a complementary configuration of a rail receiving portion of the housing **2102**. See FIG. **41**. The latch body **2212** also has the same rail portion configuration of two extensions **2256, 2258** on the bottom thereof. This allows the main body **2210** and the latch body **2212** to be slidingly attached to the rail receiving portion of the housing **2102**. When the latch body **2212** is inserted into the first front portion **2230**, a front surface **2260** of the two extensions **2252, 2254** provides a pushing surface by which the main body **2210** can push the latch body **2212** in the rail receiving portion. See also FIG. **44**. The front surface **2262** of the two extensions **2256, 2258** also provides a pushing surface to be used against the stop surface **2264** of the housing **2102**. See FIGS. **45** and **48**. This allows for the user to exert a force on the latch component (push-pull mechanism) **2104** which is transferred through the main body **2210** to the latch body **2212** and to the housing **2102** to insert the fiber optic connector **2100** into a carrier and/or adapter.

The middle portion **2216** also has a window **2270** to receive a portion of the flexure member **2220**, which extends from the latch body **2212**. The middle portion **2216** also has on the bottom side **2250** a cavity or space **2272** to receive any other portions of the flexure member **2220** that may be needed.

Turning to FIGS. **42** and **43**, the latch body **2212** has two latches, an adapter latch **2280** and a carrier latch **2282**. The latch body **2212** may only have one of the latches, depending upon its uses and the needs of the user. The adapter latch **2280** extends from a forward portion of the latch body **2212** and protrudes through window **2236** of the main body **2210**. The carrier latch **2282** also extends from the latch body **2212**, from a rear portion thereof, and protrudes through the window **2238** of the main body **2210**. As is recognized from FIG. **44**, the adapter latch **2280** does not rise as high as the carrier latch **2282** as in the other embodiments as well. The discussion from those embodiments with regard to the position and the composition of the ends of the latches is adopted for this embodiment as well.

The latch body **2212** has a connector latch **2290** as well. The connector latch **2290** extends forward beyond the front surface **2262** of the two extensions **2256, 2258** to engage a latch stop **2292** at the stop surface **2264**. The connector latch **2290** has a downward curling portion **2294** that provides a surface to engage the latch stop **2292**. The connector latch **2290** may also have a latch rib **2296** that connects the curling portion **2294** to the remainder of the connector latch **2290**. The latch stop **2292** may also have a groove **2298** there-in to receive the latch rib **2296**. It is the connector latch **2290** that retains the latch body **2212** with the housing **2102**. As described below in more detail, when the latch component (push-pull mechanism) **2104** is pulled rearwardly, the connection of the connector latch **2290** with the housing **2102** allows the main body **2210** to move relative to the latch body **2212**.

The latch body **2212** also has two latch pads **2242, 2244**. The latch pads **2242, 2244** have two functions: first to help retain the latch body **2212** in the main body **2210**, and second to limit the movement of the latch component (push-pull mechanism) **2104** relative to the housing **2102**. As seen in FIGS. **39, 45**, and **48**, the first latch pad **2242** is disposed within the first window **2234** of the main body **2210**. It is evident that as the main body **2210** is pulled relative to the latch body **2212**, the first latch pad **2242** will slide relative to the first window **2234** only for certain

18

distance before it engages a portion of the main body **2210**. This is true with regard to the second latch pad **2244** as well. Second latch pad **2244** is disposed in the second window **2236** along with the carrier latch **2282**. As the main body **2210** is pulled relative to the latch body **2212**, the main body **2210** pushes on the adapter latch **2280** (and the carrier latch **2282**) in downward out of the window **2236**. As the main body **2210** body continues in a rearward direction, it will engage the front end of the second pad **2244**, prohibiting any further movement of the main body **2210** to the latch body **2212**. See FIG. **48**.

Turning to FIGS. **42, 43, 46**, the flexure member **2220** will now be described. With particular reference to FIGS. **42** and **43**, the flexure member **2220** extends from the rear portion of the latch body **2212**. In the embodiment illustrated in the figures, the flexure member **2220** has a first curved portion **2300** and a second curved portion **2302**. Second curved portion **2302** terminates at terminal end **2304**. The terminal end **2304** is preferably disposed with in the third window **2270** and also preferably makes contact with at least one of the surfaces that define window **2270**. See FIG. **46**. The first curve portion **2300** also partially resides in the cavity or space **2272**. It is also possible that the flexure member **2220** only has one of the two curved portions **2300, 2302**, depending upon the amount of force required to main body **2210** relative to the latch body **2212**.

As the main body **2210** is pulled rearwardly relative to the latch body **2212**, the latches **2280, 2282** are moved downward (as also described above) releasing the fiber optic connector **2100** from any adapter and/or carrier. During this movement, the flexure member **2220** is put under tension (the curved portions begin to straighten out or alter from the shape in their state) as the terminal end **2304** presses against the wall of opening **2270**. Once the fiber optic connector **2100** is free from the adapter and/or carrier and the user releases the grasping portion **2222**, the main body **2210** will return to its original state as the flexure member pulls on the main body **2210**. See FIG. **39**. The flexure member **2220** acts as a self-return mechanism for the latch component (push-pull mechanism) **2104**. Accordingly, there are other self-returning mechanisms that may be used instead of the particular embodiment of the flexure member **2220**. For example, a spring could be used to bias the main body **2210** relative to the latch body **2212**.

It will be apparent to those skilled in the art that various modifications and variations can be made to the present invention without departing from the spirit and scope of the invention. Thus it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed:

**1**. A fiber optic connector comprising:

a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the housing having a top surface and a bottom surface joined by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface along a height of the main body;

two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule spaced apart from each other along the height and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule in each of the two ferrule

US 11,808,994 B1

19

assemblies extending forwardly of and away from the front end of the ferrule holder;

two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and retained within the housing;

a crimp body secured to the fiber optic connector and having a rear end forming a singular opening for optical fibers;

a first projection on the top surface and a second projection on the bottom surface of the housing,

wherein the first projection is of a different size than the second projection; and

a strain relief boot having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass.

**2**. The fiber optic connector according to claim **1**, wherein the first projection extends longitudinally along the top surface of the housing.

**3**. The fiber optic connector according to claim **1**, further comprising a spring push engaging a rear portion of each of the two springs.

**4**. The fiber optic connector according to claim **1**, wherein the first projection and the second projection determine a correct orientation or polarity of the housing during an insertion into an adapter.

**5**. The fiber optic connector according to claim **1**, further comprising:

a crimp band secured around an outer surface of the rear end of the crimp body, and wherein the strain relief boot extends rearwardly away from the housing.

**6**. The fiber optic connector according to claim **1**, wherein each of the top surface and the bottom surface has a receiving area for a latch component to secure the fiber optic connector to an adapter.

20

**7**. The fiber optic connector of claim **6**, wherein the fiber optic connector is configured to receive a push force to insert the fiber optic connector into an adapter or a pull force to release the latch component from the adapter.

**8**. The fiber optic connector according to claim **1**, wherein the front end of the housing fits in a QSFP footprint.

**9**. The fiber optic connector according to claim **1**, wherein the front end of the housing fits in a SFP footprint.

**10**. The fiber optic connector according to claim **1**, wherein the crimp body is located such that the two springs are positioned between a top portion and a bottom portion thereof.

**11**. The fiber optic connector according to claim **1**, wherein the first projection and the second projection are sized to fit inside respective grooves of an adapter.

**12**. The fiber optic connector according to claim **1**, wherein each of the ferrule assemblies is separated from the other ferrule assembly by a wall between respective ferrule seats of the fiber optic ferrules of each of the ferrule assemblies, the wall located between the top surface and the bottom surface of the main body of the housing.

**13**. The fiber optic connector according to claim **12**, wherein spring push simultaneously compresses each of the two springs between the crimp body and the first and second ferrule flanges engaged with the wall.

**14**. The fiber optic connector according to claim **1**, wherein the fiber optic ferrule is an angled physical contact (APC) ferrule.

**15**. The fiber optic connector according to claim **1**, wherein the fiber optic ferrule is an ultra-physical contact (UPC) ferrule.

\*   \*   \*   \*   \*