# Exhibit B-1

**Claim Chart Showing Infringement of U.S. Patent No. 11,808,994 by SN EZ-Flip Connectors**

Certain fiber-optic connectors infringe U.S. Patent No. 11,808,994 (the "'994 Patent"), including at least the SN EZ-Flip UPC and APC connectors (the "Representative SN EZ-Flip") and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'994 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '994 Accused Products directly and/or indirectly infringes the asserted claims of the '994 Patent. US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.  These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd., EZconn Corp., Flexoptix GmbH, Changzhou Co-Net Electronic Technology Co., Ltd., Shenzhen UnitekFiber Solution Ltd., and Shenzhen IH Optics Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '994 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '994 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,808,994 | Description of Infringement by the '994 Accused Products |
|---|---|
| **Independent Claim 1** ||
| 1[pre]: A fiber optic connector comprising: | To the extent the preamble is limiting, each of the '994 Accused Products is a fiber optic connector. See, for example, the Representative SN EZ-Flip shown below. |



Fiber optic connector

https://www.senko.com/product/sn-polarity-changeable-connector/

See also, for example, the Representative SN EZ-Flip Data Sheet shown below.



# SN®EZ-FLIP CONNECTOR

## 1-Channel (2F)
## Switchable Polarity

SN EZ-Flip Connector

The SN° connector is the ultimate duplex connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN° connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN° EZ-Flip connector is the latest addition to the SN° family, allowing technicians to switch polarity in the field without disrupting fibers or repositioning ferrules. Not only can the polarity be changed with UPC ferrules, but APC connectors can also be polarity-flipped thanks to the unique orientation of the angled ferrules.

The SN° EZ-Flip connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in high-density patch panels where finger access is limited. A gang-clip can be added to two or four individual SN° connectors allowing them to be patched simultaneously to compatible adapters and transceivers.

https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf

See also, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| | |
|---|---|
| 1[a]: a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the housing having a top surface and a bottom surface joined by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface along a height of the main body; | Each of the '994 Accused Products includes a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the housing having a top surface and a bottom surface joined by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface along a height of the main body.<br><br>See, for example, the Representative SN EZ-Flip shown below.<br><br><br>https://www.senko.com/product/sn-polarity-changeable-connector/<br><br>See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |



https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf

| 1[b]: two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule spaced apart from each other along the height and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule in each of the two | Each of the '994 Accused Products includes two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule spaced apart from each other along the height and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule in each of the two ferrule assemblies extending forwardly of and away from the front end of the ferrule holder.

See, for example, the Representative SN EZ-Flip shown below. |

ferrule assemblies extending forwardly of and away from the front end of the ferrule holder;



https://vimeo.com/660723848

See also, for example, the Representative SN EZ-Flip shown below.



https://www.senko.com/product/sn-polarity-changeable-connector/

See also, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| 1[c]: two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the | Each of the '994 Accused Products includes two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and retained within the housing.<br><br>See, for example, the Representative SN EZ-Flip shown below. |
|---|---|

ferrule assemblies toward the front end of the housing and retained within the housing;



Two springs

Two ferrule assemblies

Rearward facing surfaces of ferrule holders

Housing front end

Housing rear end

https://vimeo.com/660723848

See also, for example, the Representative SN EZ-Flip shown below.



https://www.senko.com/product/sn-polarity-changeable-connector/

See also, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| 1[d]: a crimp body secured to the fiber optic connector and having a rear end forming a singular | Each of the '994 Accused Products includes a crimp body secured to the fiber optic connector and having a rear end forming a singular opening for optical fibers.<br><br>See, for example, the Representative SN EZ-Flip Flyer shown below. |
| --- | --- |

| opening for optical fibers; | <br><br>https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf<br><br>See also, for example, the Representative SN EZ-Flip Flyer shown below. |
| --- | --- |



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

See also, for example, the Representative SN EZ-Flip Data Sheet shown below.



| | |
|---|---|
| | https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf |
| 1[e]: a first projection on the top surface and a second projection on the bottom surface of the housing, | Each of the '994 Accused Products includes a first projection on the top surface and a second projection on the bottom surface of the housing.<br><br>See, for example, the Representative SN EZ-Flip shown below. |



https://www.senko.com/product/sn-polarity-changeable-connector/

| 1[f]: wherein the first projection is of a different size than the second projection; and | In each of the '994 Accused Products, the first projection is of a different size than the second projection.<br><br>See, for example, the Representative SN EZ-Flip shown below. |
|---|---|



https://www.senko.com/product/sn-polarity-changeable-connector/

| | |
|---|---|
| 1[g]: a strain relief boot having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass. | Each of the '994 Accused Products includes a strain relief boot having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass.<br><br>See, for example, the Representative SN EZ-Flip shown below. |



https://www.senko.com/product/sn-polarity-changeable-connector/

See also, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

See also, for example, the Representative SN EZ-Flip Data Sheet shown below.



Strain relief boot

Rear end forming a singular opening

https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf