# Exhibit B-2

## Claim Chart Showing Infringement of U.S. Patent No. 11,808,994 by SN Connectors

Certain fiber-optic connectors infringe U.S. Patent No. 11,808,994 (the "'994 Patent"), including at least the SN 1.6mm Standard Connector (2F), UPC and APC (the "Representative SN Connector"), the SN 2.0mm Standard Connector (2F), UPC and APC, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'994 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '994 Accused Products directly and/or indirectly infringe the asserted claims of the '994 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents. These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd., EZconn Corp., Flexoptix GmbH, Changzhou Co-Net Electronic Technology Co., Ltd., Shenzhen UnitekFiber Solution Ltd., Shenzhen IH Optics Co., Ltd., Rayoptic Communication Co., Ltd., and HuNan Surfiber Technology Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '994 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '994 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,808,994 | Description of Infringement by the '994 Accused Products |
|---|---|
| **Independent Claim 1** ||
| 1[pre]: A fiber optic connector comprising: | To the extent the preamble is limiting, each of the '994 Accused Products is a fiber optic connector.<br><br>See, for example, the Representative SN Connector shown below. |

1



Fiber optic connector

https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector Data Sheet shown below.





# SN® STANDARD CONNECTOR

## 1-Channel (2F)
## 1.6 mm and 2.0 mm Cable

SN Standard Connector

The SN® connector is the ultimate Base-2 connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN® connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN® Standard connector is suitable for termination to either 1.6 mm or 2.0 mm round cable that incorporates a ruggedized jacket and internal strain relief.

The SN® Standard connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in dense patch panels where finger access is limited. A gang-clip can be added to four individual SN® connectors allowing them to be patched simultaneously to either adapters or 4-channel (8 fibers) transceivers (subject to product selection).

https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Standard-Connector.pdf

See also, for example, the Representative SN Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-Connector.pdf

| 1[a]: a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the | Each of the '994 Accused Products includes a housing having a main body extending between a front end and a rear end and having an opening extending therebetween, the housing having a top surface and a bottom surface joined by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface along a height of the main body.<br><br>See, for example, the Representative SN Connector shown below. |

housing having a top surface and a bottom surface joined by two opposing side surfaces such that a lateral width between the two opposing side surfaces is less than a separation between the top surface and the bottom surface along a height of the main body;



https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector Data Sheet shown below.

## 1-Channel Connector Drawing



https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Standard-Connector.pdf

See also, for example, the Representative SN Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-Connector.pdf

| 1[b]: two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule spaced apart from each other along the height and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule in each of the two ferrule assemblies extending forwardly of and away from the | Each of the '994 Accused Products includes two ferrule assemblies disposed within the opening of the housing, each of the ferrule assemblies comprising a fiber optic ferrule spaced apart from each other along the height and a ferrule holder to hold the fiber optic ferrule, the fiber optic ferrule in each of the two ferrule assemblies extending forwardly of and away from the front end of the ferrule holder.<br><br>See, for example, the Representative SN Connector shown below. |
|---|---|

| front end of the ferrule holder; |  |
| | https://www.senko.com/product/sn-1-6mm-standard-connector/ |
| | See also, for example, the Representative SN Connector shown below. |



| | |
|---|---|
| 1[c]: two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and | Each of the '994 Accused Products includes two springs, each of the two springs engaging a rearward facing surface of a respective ferrule holder and extending towards the rear end of the housing to bias the ferrule assemblies toward the front end of the housing and retained within the housing.<br><br>See, for example, the Representative SN Connector shown below. |

| retained within the housing; |  |

See also, for example, the Representative SN Connector shown below.



Rearward facing surface of ferrule holder

Two springs

| | |
|---|---|
| 1[d]: a crimp body secured to the fiber optic connector and having a rear end forming a singular opening for optical fibers; | Each of the '994 Accused Products includes a crimp body secured to the fiber optic connector and having a rear end forming a singular opening for optical fibers.<br><br>See, for example, the Representative SN Connector shown below. |



https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector shown below.



See also, for example, the Representative SN Connector shown below.



Crimp body

| | |
|---|---|
| 1[e]: a first projection on the top surface and a second projection on the bottom surface of the housing, | Each of the '994 Accused Products includes a first projection on the top surface and a second projection on the bottom surface of the housing.<br><br>See, for example, the Representative SN Connector shown below. |



https://www.senko.com/product/sn-1-6mm-standard-connector/

| 1[f]: wherein the first projection is of a different size than the second projection; and | In each of the '994 Accused Products, the first projection is of a different size than the second projection.<br><br>See, for example, the Representative SN Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector shown below.



https://www.senko.com/product/sn-1-6mm-standard-connector/

| 1[g]: a strain relief boot having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass. | Each of the '994 Accused Products includes a strain relief boot having a longitudinal opening in continuum with the singular opening of the crimp body through which optical fibers pass.<br><br>See, for example, the Representative SN Connector shown below. |
| --- | --- |

