# Exhibit  D

Case 2:24-cv-00202-JRG   Document 1-7   Filed 03/20/24   Page 2 of 18 PageID #:  219



US011880075B1

(12) **United States Patent**
Nguyen et al.

(10) **Patent No.:** **US 11,880,075 B1**
(45) **Date of Patent:** ***Jan. 23, 2024**

(54) **ALIGNMENT ADAPTER AND ALIGNMENT DESIGN FOR A CONNECTOR THEREFOR**

(71) Applicant: **US Conec Ltd.**, Hickory, NC (US)

(72) Inventors: **Hiep V. Nguyen**, Fort Mill, SC (US); **Darrell R. Childers**, Hickory, NC (US); **Michael E. Hughes**, Hickory, NC (US); **Jillcha Fekadu Wakjira**, Hickory, NC (US); **Joseph P. Howard**, Hickory, NC (US)

(73) Assignee: **US Conec Ltd.**, Hickory, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/483,949**

(22) Filed: **Oct. 10, 2023**

**Related U.S. Application Data**

(60) Continuation of application No. 17/857,300, filed on Jul. 5, 2022, which is a continuation of application No. 17/145,864, filed on Jan. 11, 2021, now Pat. No. 11,385,415, which is a continuation of application No. 16/214,317, filed on Dec. 10, 2018, now Pat. No. 10,890,723, which is a continuation of application No. 15/855,750, filed on Dec. 27, 2017, now Pat. No. 10,156,684, which is a division of application No. 14/214,931, filed on Mar. 15, 2014, now Pat. No. 9,857,538.

(60) Provisional application No. 61/789,499, filed on Mar. 15, 2013.

(51) **Int. Cl.**
*G02B 6/38* (2006.01)

(52) **U.S. Cl.**
CPC ......... *G02B 6/3879* (2013.01); *G02B 6/3817* (2013.01); *G02B 6/3825* (2013.01); *G02B 6/3881* (2013.01); *G02B 6/3885* (2013.01)

(58) **Field of Classification Search**
CPC .. G02B 6/3879; G02B 6/3881; G02B 6/3885; G02B 6/3893
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,645,295 | A | 2/1987 | Pronovost |
| 5,121,454 | A | 6/1992 | Iwano et al. |
| 5,129,024 | A | 7/1992 | Honma |
| 5,537,501 | A | 7/1996 | Iwano et al. |
| 6,293,708 | B1 | 9/2001 | Ohtsuka et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 202600189 U | 12/2012 |
| JP | 2004354693 A | 12/2004 |

(Continued)

OTHER PUBLICATIONS

Molex Incorporated, HBMT Motherboard Adapter Drawing, dated Oct. 31, 2005.

*Primary Examiner* — Omar R Rojas
(74) *Attorney, Agent, or Firm* — Michael L Leetzow PLLC; Shubhrangshu Sengupta

(57) **ABSTRACT**

An adapter with novel alignment features engages alignment features on a plug, providing general alignment of the ferrule holders and ferrules in the plug. After the plug engages the adapter, the ferrule holders engage a second set of alignment features in the adapter to provide fine alignment for the ferrules.

**21 Claims, 10 Drawing Sheets**



Case 2:24-cv-00252-JRG   Document 1-7   Filed 03/25/24   Page 3 of 18 PageID #: 220

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,331,079 | B1 | 12/2001 | Grois |
| 6,361,218 | B1 | 3/2002 | Matasek et al. |
| 6,406,192 | B1 | 6/2002 | Chen et al. |
| 6,764,222 | B1 | 7/2004 | Szilagyi et al. |
| 9,086,546 | B2 | 7/2015 | Jones |
| 9,366,829 | B2 | 6/2016 | Czosnowski et al. |
| 10,156,684 | B2 | 12/2018 | Nguyen et al. |
| 10,712,509 | B2 * | 7/2020 | Nguyen ............... G02B 6/3879 |
| 2002/0172469 | A1 | 11/2002 | Benner |
| 2005/0135752 | A1 | 6/2005 | Kiani et al. |
| 2005/0281509 | A1 | 12/2005 | Cox et al. |
| 2008/0131055 | A1 | 6/2008 | Edward et al. |
| 2011/0091158 | A1 | 4/2011 | Iwaya et al. |
| 2012/0057824 | A1 | 3/2012 | Katoh |
| 2014/0241689 | A1 | 8/2014 | Bradley et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2013100892 A1 | 7/2013 |
| WO | 2013179197 A1 | 12/2013 |

* cited by examiner

Case 2:24-cv-00252-JRG   Document 1-7   Filed 03/20/24   Page 4 of 18 PageID #: 221



*Fig. 1*



*Fig. 2*

Case 2:24-cv-00202-JRG   Document 1-7   Filed 03/20/24   Page 6 of 18 PageID #: 223



*Fig. 3*

Case 2:24-cv-00202-JRG  Document 1-7  Filed 03/20/24  Page 7 of 18 PageID #: 224



*Fig. 4*

Case 2:24-cv-00202-JRG Document 1-7 Filed 03/20/24 Page 8 of 18 PageID #: 225



Fig. 5A

Fig. 5B

Fig. 5C



*Fig. 6A*



*Fig. 6B*



*Fig. 6C*



**Fig. 7A**





**Fig. 7B**

Case 2:24-cv-00202-JRG  Document 1-7  Filed 03/20/24  Page 12 of 18 PageID #: 229



**Fig. 8**

Case 2:24-cv-00202-JRG Document 1-7 Filed 03/2024 Page 13 of 18 PageID #: 230



*Fig. 9*

US 11,880,075 B1

1

# ALIGNMENT ADAPTER AND ALIGNMENT DESIGN FOR A CONNECTOR THEREFOR

## REFERENCE TO RELATED CASE

This application claims priority under 35 U.S.C. § 119 (e) to provisional application No. 61/789,499 filed on Mar. 15, 2013, claims priority to U.S. patent application Ser. No. 14/214,931 filed on Mar. 15, 2014, now U.S. Pat. No. 9,857,538, under 35 U.S.C. § 120, claims priority to U.S. patent application Ser. No. 15/855,750, filed on Dec. 27, 2017, now U.S. Pat. No. 10,156,684, under 35 U.S.C. § 120, and also to U.S. patent application Ser. No. 16/214,317, filed on Dec. 10, 2018, to be issued as U.S. Pat. No. 10,890,723, under 35 U.S.C. § 120, and to U.S. patent application Ser. No. 17/145,864, filed on Jan. 11, 2021, now U.S. Pat. No. 11,385,415, and to U.S. patent application Ser. No. 17/857, 300, filed on Jul. 5, 2022, the contents of which are hereby incorporated by reference in their entirety.

## BACKGROUND OF THE INVENTION

### Field of the Invention

There is a need for fiber optic connectors with fiber optic ferrules that are ganged together with a tight pitch between those fiber optic ferrules. Such a design allows for many fiber optic ferrules to be connected simultaneously while occupying less space. In addition, it allows the fiber optic ferrules to be organized in a prearranged routing of the optical fibers so that the complexity of fiber optic connector routing is reduced for the user. Typically, these ganged fiber optic ferrules are mounted into a single housing and the housings are then mated to one another. The alignment between a pair of ferrules to be mated is complex and requires tight tolerances because there is a tolerance stack-up that includes the true position of the fiber optic ferrule relative to the housing relative to the fiber optic ferrule, the designs are expensive to design, maintain, and to scale to various fiber optic ferrule counts. It is also difficult to scale to very large arrays of fiber optic ferrules within one housing due to the true position tolerance required for every fiber optic ferrule to the housings and also the larger distances from the fiber optic ferrules to the housings.

An alternative way to align the ferrules to each other is to align the ferrule holders to one another through features in the adapter. Rather than using the sides of the ferrule holder to align the ferrule holder to the adapter, top and bottom keys on the ferrule holder align the ferrule holder relative to the adapter in the x-direction. The orientation of the ferrule holder is controlled by the width difference between the top and the bottom key. The height of the ferrule holder aligns the ferrule holder in the y direction. A plug is used to assemble a plurality of the ferrule holders together. The ferrule holders protrude through the plug so the ferrule holder features can be aligned in the adapter after the plug engages the adapter and aligns the ferrule holders with their own structures. The alignment in the X and Y directions between the ferrule holder and the adapter are maintained within 100 microns, preferably within 50 microns. The ferrule holders are relatively loosely held within the plug so as to not over constrain the ferrule holders in the adapter (greater than 100 microns). The grooves within the adapter that aligns the ferrule holders is one continuous feature for both sides of the adapter and the mating ferrule holders. By making the groove one continuous feature for both sides, the

2

alignment the mating ferrule holders is guaranteed. The size of the groove is critical but the true position of the alignment feature relative to the adapter-to-plug alignment feature is not critical. By using this alignment mechanism, large arrays of ferrule holders can be manufactured. Only the size of the alignment mechanism in the ferrule holder and the size of the alignment mechanism in the adapter must be maintained. The true position tolerances are significantly reduced.

Thus, an adapter and adapter assembly with novel alignment features is provided to engage with alignment features on a plug, which is turn assists in aligning the ferrule holders with alignment grooves in the adapter.

## SUMMARY OF THE INVENTION

The present invention is directed to an adapter for aligning fiber optic ferrules inserted from opposing sides that includes a main body having an opening extending between a first side and a second side, the first side and the second side separated by a central portion, at least one groove in a top surface and a bottom surface of the first side and the second side, and a plurality of grooves disposed in a top surface and the bottom surface of the central portion, each of the plurality of grooves extending through the central portion from the first side to the second side.

According to another aspect of the present invention, adapter assembly for aligning one plurality of optical ferrules to another plurality of optical ferrules includes an adapter having an opening extending between a first side and a second side, the adapter having a plurality of grooves in the opening and extending in a direction from the first side to the second side, a plurality of ferrule holders, each of the plurality of ferrule holders having a central opening extending from a first end to a second end to resiliently retain a fiber optic ferrule therein, each of the plurality of ferrule holders having an opening in first end and in communication with the central opening, the second end opposite the first end and through which optical fibers extend, each of the plurality of ferrule holders having a projection on opposite outside surfaces to engage a corresponding groove in the adapter, and a plug having an outside surface and an inside surface, the inside surface defining an opening through the plug to hold a plurality of ferrule holders therein adjacent one another, the plug having grooves in the inside surface to engage the projections from the plurality of ferrule holders to align and orient the ferrule holders in the plug.

In yet another aspect, a ferrule holder includes a main body having a central opening to resiliently retain a fiber optic ferrule therein, a central opening in the main body and extending from a first end to a second end to resiliently retain a fiber optic ferrule therein, the first end having an opening therein and in communication with the central opening, the second end opposite the first end and through which optical fibers extend, and a projection on opposite outside surfaces of the main body to engage a corresponding groove in an adapter.

The present invention is also directed to a fiber optic connector that includes a plurality of ferrule holders, each of the plurality of ferrule holders having a central opening extending from a first end to a second end to resiliently retain a fiber optic ferrule therein, the ferrule holder having an opening in first end in communication with the central opening, the second end opposite the first end and through which optical fibers extend, each of the plurality of ferrule holders having a projection on opposite outside surfaces to engage a corresponding groove in the adapter, and a plug having an outside surface and an inside surface, the inside

3

surface defining an opening through the plug to hold a plurality of ferrule holders therein adjacent one another, the plug having grooves in the inside surface to engage the projections from the plurality of ferrule holders to align and orient the ferrule holders in the plug.

Additional features and advantages of the invention will be set forth in the detailed description which follows, and in part will be readily apparent to those skilled in the art from that description or recognized by practicing the invention as described herein, including the detailed description which follows, the claims, as well as the appended drawings.

It is to be understood that both the foregoing general description and the following detailed description of the present embodiments of the invention, and are intended to provide an overview or framework for understanding the nature and character of the invention as it is claimed. The accompanying drawings are included to provide a further understanding of the invention, and are incorporated into and constitute a part of this specification. The drawings illustrate various embodiments of the invention and, together with the description, serve to explain the principles and operations of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of one embodiment of an adapter assembly according to the present invention;

FIG. **2** is an exploded view of the adapter assembly of FIG. **1**;

FIG. **3** is a perspective view of a cut-away view of the adapter of FIG. **1**;

FIG. **4** is a front elevational view of the adapter of FIG. **1**;

FIG. **5**A is a top perspective view of one embodiment of a ferrule holder and ferrule that can be used in the adapter assembly of FIG. **1**;

FIG. **5**B is a bottom perspective view of the ferrule holder and ferrule of FIG. **5***a*;

FIG. **5**C is a front view of the ferrule holder and ferrule of FIG. **5***a*;

FIG. **6**A is a top perspective view of a plug and ferrule holders according to the present invention;

FIG. **6**B is a bottom perspective view of the plug and ferrule holders of FIG. **6**A;

FIG. **6**C is a front elevational view of the plug and ferrule holders of FIG. **6**A;

FIG. **7**A is a partial cross sectional view of a portion of a ferrule holder of FIG. **5**

FIG. **7**B is a partial cross sectional view of a portion of the center portion of the adapter;

FIG. **8** is a cross sectional view of the adapter assembly in the center of the adapter assembly; and

FIG. **9** is a cross sectional view of the adapter assembly through a ferrule holder and ferrule.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the present preferred embodiment(s) of the invention, examples of which are illustrated in the accompanying drawings. Whenever possible, the same reference numerals will be used throughout the drawings to refer to the same or like parts.

Referring to FIGS. **1** and **2**, one embodiment of an adapter assembly **10** is illustrated. The adapter assembly **10** includes an adapter **100**, a plug **200** and a ferrule holder **300**. The adapter assembly **10** is used to align ferrules **12** to other

4

ferrules in a tightly controlled manner and in a tighter space than has been possible before. The ferrules **12** are typically multi-fiber ferrules, particularly MT type ferrules, but the present invention may include other types of ferrules. The ferrules **12** are disposed within the ferrule holder **300** and have optical fibers **14** secured therein, which may be loose optical fibers, ribbonized optical fibers, or optical fibers in any other configuration. The ferrules **12** are resiliently held in the ferrule holders **300** using a spring push **16** that engages a spring **18**. The spring **18** then presses on a pin keeper **20**, as is known in the art, to bias the ferrules **12** forward in the ferrule holder **300**. As is described in more detail below, the ferrules **12** are held somewhat loosely within the ferrule holder **300** so that they can move relative to the ferrule holder **300** to align with other ferrules **12** that are inserted in the adapter **100** from the other side. Similarly, the ferrule holders **300** are inserted into the plug **200** and they are also loosely held in the plug **200**. That is, there is typically more than 100 microns of movement in the x and y directions (See FIG. **4**) available to the ferrule holder **300** in the plug **200**, as explained in more detail below.

As illustrated in FIGS. **5**A-C, the ferrule holder **300** has a main body **302** with a central opening **304** that extends from a first end **306** to a second end **308** to house the fiber optic ferrules **12**. The first end **306** has an opening **310** therein to allow access to the ferrule **12**. The ferrule **12** may or may not exit the main body **302**. That is, the ferrule **12** may extend beyond the main body **302** as shown in the figures or it may be flush with the first end **306**. second end **308** allows for the optical fibers **14** (shown in FIGS. **5**A and **5**B) to have a boot and a covering) to exit the ferrule holder **300**. The ferrule holder **300** has a top surface **312** and a bottom surface **314**, with a cantilevered latch **316** to engage the plug **200**. The top surface **312** has a projection **320** and the bottom surface **314** has a projection **322**. The projections **320,322** are preferably elongated and have a chamfered front end. The projections **320,322** are used to engage grooves in the plug **200** and the adapter **100** to position the ferrule holders **300** with precision in the adapter **100**. The projection **320** has a width that is different that the width of projection **322** so as to act as a key in inserting the ferrule holder **300** in the plug **200**. While the projection **320** is wider than projection **322**, it could be opposite in that projection **320** is more narrow than projection **322**. The projections **320,322** are preferably on the top and the bottom surfaces **312,314** of the ferrule holder **300** to allow, as illustrated below, more ferrule holders to be inserted into the adapter **100** and plug **200**. The projections **320,322** are used to position the ferrules **12** in the adapter in the x and y directions, eliminating the need for side walls to position the ferrule holders **300** and the ferrules **12**.

The plug **200** will now be described relative to FIGS. **6**A-**6**C. The plug **200** has an outside surface **202** and an inside surface **204**. The inside surface **204** defines an opening **206** therethrough to allow the ferrule holders **300** to be inserted therein. The inside surface **204** has a plurality of grooves **208** on a top side **210** and a corresponding plurality of grooves **212** on the bottom side **214**. The grooves **208** and **212** are dimensioned to accept the projections **320,322** from the ferrule holders **300**. It should be noted that the ferrule holders **300** are adjacent to one another, that is side-by-side without any material from the plug **200** therebetween. Applicant means that by using the term adjacent herein, there is no structure that comes between the neighboring ferrule holders **300**.

The outside surface **202** also has a projection **220** on the top of the plug **200**, seen in FIG. **6**A, and also a projection

US 11,880,075 B1

5

222 on the bottom of the plug **200**, seen in FIG. **6**B. Again, as with the projections **320**,**322**, projection **220** has a width that is different that the width of projection **222** so as to act as a key in inserting the plug **200** into the adapter **100**. While the projection **220** is narrower than projection **222**, it could be opposite in that projection **220** is wider than projection **222**.

The plug **200** also has two cantilevered latches **230** on the sides to engage corresponding structure on the adapter **100**. There are also latch receptacles **232** on the top side of the plug **200** to engage the latches **316** of the ferrule holders **300**.

As noted above, the grooves **208** and **212** in plug **200** are dimensioned to accept the projections **320**,**322** from the ferrule holders **300**. There is sufficient movement in the ferrule holders **300** relative to the plug **200** that when the plug **200** and ferrule holders **300** as assembled is inserted into the adapter **100**, that the ferrule holders **300** can move to allow the projections **320**,**322** from the ferrule holders **300** to engage corresponding grooves in the adapter **100** as described below in more detail.

Returning to FIGS. **3** and **4**, the adapter **100** is illustrated in more detail. The adapter **100** has a main body **102** with an opening **104** extending between a first side **106** and a second side **108**. The first side **106** and a second side **108** are separated by a central portion **110**. The first side **106** has a top surface **112** and a bottom surface **114**. The top surface **112** has a groove **116** and the bottom surface **114** has a groove **118**. The grooves **116**,**118** correspond to the projections **220**,**222** from the plug **200**. The location of the wider groove in the adapter **100** will correspond with the wider projection on the plug **200**.

The adapter has the center portion **110**. Center portion **110** preferably has a wall **130** that extends across the opening **104** in the adapter **100** and divides the center portion **110** in half. The center portion **110** also has a raised bottom portion **132** and a dropped top portion **134** that narrows the opening **104** in the center portion **110**. The wall **130** preferably extends from the raised bottom portion **132** and a dropped top portion **134** or it may be excluded completely if there is no EMI concerns with the adapter **100**. The wall **130** has a plurality of openings **136** that are sized to allow the ferrules **12** to pass therethrough to engage a corresponding ferrule **12**. As noted above, if the ferrules **12** only extend to the end of the ferrule holder **330**, then the openings **136** should be sized to allow the ferrule holders to also extend therethrough. The adapter **100** may also have an elastomeric gasket **150** that encircles an external surface of the adapter **100** to provide EMI shielding.

The raised bottom portion **132** and a dropped top portion **134** also have a plurality of grooves **140**, **142**, respectively, that extend completely across the central portion **110**. The grooves **140**, **142** are like those in the plug **200**, in that they are to engage the projections **320**,**322** from the ferrule holders **300**. The grooves **140**,**142** preferably extend completely across the center portion **110** as they are formed with the same insert in the mold. Therefore, the grooves **140**,**142** are sure to align the ferrule holders **300** on each side of the adapter **100** as they are inserted into the adapter **100**.

As the plug **200** with the ferrule holders **300** positioned therein are inserted into the adapter **100**, the projections **220**,**222** from the plug **200** engage the grooves **116**,**118** on the top surface **112** and the bottom surface **114** to roughly align the ferrule holders **300** with the center portion **110** and the plurality of grooves **140** in particular. Then, as the plug **200** is inserted farther into the adapter **100**, the projections **320**,**322** from the ferrule holders **300** engage plurality of grooves **140**, **142** to align the ferrule holders **300** with the

6

adapter and the openings **136** in the wall **130**. When a plug **200** is inserted on the second side, the ferrules in the ferrule holders on the other side will be in alignment with the first side.

The position of the ferrule holders **300** on the first side **106** of the adapter relative to the ferrule holders **300** on the second side **108** is what allows the optical ferrules to be aligned with one another. There is no need, as discussed above, to worry about the stacking of tolerances as in the prior art. The positioning of the projections **320**,**322** on the ferrule holders **300** relative to the plurality of grooves **140**, **142** is important. With reference to FIGS. **7**A and **7**B, the projections **320**,**322** are used to control the x and y locations of the ferrule holders **300**. The surfaces **340** of the projections **320**,**322** (FIG. **7**A) align with the surfaces **150** in the adapter (FIG. **7**B) to control the x direction of the ferrule holder **300** relative to the adapter **100**. The surfaces **352** of the ferrule holder **300** align with the surfaces **152** of the raised bottom portion **132** and the dropped top portion **134** of the center portion **110** to control the y direction of the ferrule holder **300** relative to the adapter **100**. The surfaces of the projections **320**,**322** could also align in the y direction, given that they are parallel to the surfaces **352**.

A cross section of the adapter assembly **10** is illustrated in FIG. **8** through the center of the adapter assembly. This illustrates the projections **220**,**200** in the openings **116**,**118** of the adapter **100**. FIG. **9** is a cross sectional view of the adapter assembly **10** through a ferrule holder and ferrule illustrating the engagement of the projections **320**,**322** in the openings **140**, **142**.

It will be apparent to those skilled in the art that various modifications and variations can be made to the present invention without departing from the spirit and scope of the invention. Thus it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

We claim:

**1**. A fiber optic connector for a multi-fiber ferrule, comprising:

a ferrule holder having a central opening extending longitudinally from a first end to a second end;

a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;

a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers,

wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls,

wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule, and

wherein a front end of the ferrule holder has a lead-in or a chamfer;

a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side;

a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side,

wherein the first projection has a different shape than the second projection; and

US 11,880,075 B1

7

a latching mechanism on at least one of the top side and the bottom side,

wherein the latching mechanism is unconnected to the first projection and the second projection.

**2**. The fiber-optic connector according to claim **1**, wherein the multi-fiber ferrule is an MT type ferrule.

**3**. The fiber-optic connector according to claim **1**, wherein a top surface of the first projection is rearward of the front end of the ferrule holder.

**4**. The fiber-optic connector according to claim **1**, wherein a horizontal top surface of the second projection is rearward of the front end of the ferrule holder.

**5**. The fiber-optic connector according to claim **1**, wherein a top surface of each of the first projection and the second projection is rearward of the front end of the ferrule holder.

**6**. The fiber-optic connector according to claim **1**, wherein the opposing sidewalls are smooth and solid.

**7**. The fiber-optic connector according to claim **1**, wherein the opposing sidewalls are flat.

**8**. The fiber-optic connector according to claim **1**, wherein the first projection and the second projection have different widths.

**9**. The fiber-optic connector according to claim **1**, further comprising:

a spring positioned rearward of the multi-fiber ferrule and configured to bias the multi-fiber ferrule towards the front end of the ferrule holder.

**10**. The fiber-optic connector according to claim **9**, wherein the spring at least partially surrounds the at least two optical fibers.

**11**. The fiber-optic connector according to claim **1**, further comprising:

a cutout in each of the top side and the bottom side.

**12**. The fiber-optic connector according to claim **1**, wherein a portion of the multi-fiber ferrule extends forward of the main body.

**13**. The fiber-optic connector according to claim **1**, wherein the multi-fiber ferrule extends beyond the main body.

**14**. The fiber-optic connector according to claim **1**, wherein the multi-fiber ferrule is flush with the front end of the main body.

**15**. The fiber-optic connector according to claim **1**, wherein at least one of the first projection or the second projection extends along a length of the ferrule holder.

**16**. The fiber-optic connector according to claim **1**, wherein at least one of the first projection or the second projection has a chamfered front end or a lead-in.

**17**. The fiber-optic connector according to claim **1**, wherein the first and the second projections each have a vertical side surface to align the ferrule holder with a vertical wall to control a horizontal direction of movement of the ferrule holder relative to an adapter.

**18**. A fiber optic connector for a multi-fiber ferrule, comprising:

a ferrule holder having a central opening extending longitudinally from a first end to a second end;

a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;

a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers,

wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls,

8

wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule, and

wherein a front end of the ferrule holder has a chamfer;

a first projection extending longitudinally along the top side;

a second projection extending longitudinally along the bottom side,

wherein the first projections is on a first outside surface of the top side of the main body and has at least one dimension that is different than the second projection on an opposite second outside surface on the bottom side of the main body; and

a latching mechanism on at least one of the top side and the bottom side,

wherein the latching mechanism is separated longitudinally from the first projection and the second projection.

**19**. A fiber optic connector for a multi-fiber ferrule, comprising:

a ferrule holder having a central opening extending longitudinally from a first end to a second end;

a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;

wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls,

wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule, and

wherein a front end of the ferrule holder has a lead-in;

a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side;

a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side,

wherein the first projection has a different shape than the second projection,

wherein the first and the second projections each have a vertical side surface to align the ferrule holder with a vertical wall to control a horizontal direction of movement of the ferrule holder relative to an adapter; and

a latching mechanism on at least one of the top side and the bottom side,

wherein the latching mechanism is unconnected to the first projection and the second projection.

**20**. The fiber optic connector of claim **19**, further comprising:

a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers.

**21**. A fiber optic connector for an MT-type ferrule, comprising:

a ferrule holder having a central opening extending longitudinally from a first end to a second end;

an MT-type ferrule housed within the central opening and having at least two optical fibers supported therein, the MT-type ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;

Case 2:24-cv-00202-JRG   Document 1-7   Filed 03/20/24   Page 18 of 18 PageID #: 235

a boot extending rearward of the ferrule holder and configured to support the at least two optical fibers,

wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls,

wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the MT-type ferrule, and

wherein a front end of the ferrule holder has a chamfer;

a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side;

a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side,

wherein the first projection has a different height or a different width than the second projection; and

a latching mechanism on at least one of the top side and the bottom side,

wherein the latching mechanism is unconnected to the first projection and the second projection.

\* \* \* \* \*