# Exhibit D-1

## Claim Chart Showing Infringement of U.S. Patent No. 11,880,075 by SN-MT Connectors

Certain fiber-optic connectors infringe U.S. Patent No. 11,880,075 (the "'075 Patent"), including at least the SN-MT Connector (the "Representative SN-MT Connector"), the SN-MT Bare Ribbon Connector, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'075 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '075 Accused Products directly and/or indirectly infringe the asserted claims of the '075 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.  These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd. and EZconn Corp., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '075 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '075 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,880,075 | Description of Infringement by the '075 Accused Products |
| --- | --- |
| **Independent Claim 1** | |
| 1[pre]: A fiber optic connector for a multi-fiber ferrule, comprising: | To the extent the preamble is limiting, each of the '075 Accused Products is a fiber optic connector for a multi-fiber ferrule.<br><br>See, for example, an image from the Representative SN-MT Connector website shown below. |



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 1[a]: a ferrule holder having a central opening extending longitudinally from a first end to a second end; | Each of the '075 Accused Products has a ferrule holder having a central opening extending longitudinally from a first end to a second end. |
|---|---|
| | See, for example, an image of the Representative SN-MT Connector shown below. |



https://www.senko.com/product/sn-mt-connector/

| 1[b]: a multi-fiber ferrule housed within the central opening and having at least two optical fibers | Each of the '075 Accused Products has a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening.<br><br>See, for example, images of the Representative SN-MT Connector shown below. |

supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 1[c]: a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers, | Each of the '075 Accused Products has a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers.<br><br>See, for example, images of the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector shown below.



https://player.vimeo.com/video/676323699

| 1[d]: wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls, | In each of the '075 Accused Products, the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls.<br><br>See, for example, an image of the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 1[e]: wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of | In each of the '075 Accused Products, a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule.<br><br>See, for example, images of the Representative SN-MT Connector shown below. |

| the multi-fiber ferrule, and |  |

https://player.vimeo.com/video/676323699

See also, for example, the Representative SN-MT Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 1[f]: wherein a front end of the ferrule holder has a lead-in or a chamfer; | In each of the '075 Accused Products a front end of the ferrule holder has a lead-in or a chamfer.<br><br>See, for example, an image of the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 1[g]: a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side; | Each of the '075 Accused Products has a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side.<br><br>See, for example, an image of the Representative SN-MT Connector shown below. |
|---|---|



First projection on top side

Top side

https://www.senko.com/product/sn-mt-connector/

| 1[h]: a second projection on a second outside surface on the bottom side of the main body and | Each of the '075 Accused Products has a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side.<br><br>See, for example, an image of the Representative SN-MT Connector shown below. |
| --- | --- |

| | |
|---|---|
| extending longitudinally along the bottom side, | <br><br>https://www.senko.com/product/sn-mt-connector/ |
| 1[i]: wherein the first projection has a different shape than the second projection; and | In each of the '075 Accused Products, the first projection has a different shape than the second projection.<br><br>See, for example, an image of the Representative SN-MT Connector shown below. |

13



https://www.senko.com/product/sn-mt-connector/

| 1[j]: a latching mechanism on at least one of the top side and the bottom side, | Each of the '075 Accused Products has a latching mechanism on at least one of the top side and the bottom side.<br><br>See, for example, images of the Representative SN-MT Connector shown below. |
| --- | --- |





https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 1[k]: wherein the latching mechanism is unconnected to the first projection and the second projection. | In each of the '075 Accused Products, the latching mechanism is unconnected to the first projection and the second projection.<br><br>See, for example, images of the Representative SN-MT Connector shown below. |





https://www.senko.com/product/sn-mt-connector/

| **Independent Claim 18** |
|---|

| 18[pre]: A fiber optic connector for a multi-fiber ferrule, comprising: | To the extent the preamble is limiting, each of the '075 Accused Products is a fiber optic connector for a multi-fiber ferrule.<br><br>See also, for example, the Representative SN-MT Connector Flyer shown below. |

18



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 18[a]: a ferrule holder having a central opening extending longitudinally from a first end to a second end; | Each of the '075 Accused Products has a ferrule holder having a central opening extending longitudinally from a first end to a second end.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 18[b]: a multi-fiber ferrule housed within the central opening and having at least two optical fibers | Each of the '075 Accused Products has a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |

supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;



Ferrule holder

First end

Opening at first end

Multi-fiber ferrule w/ at least two optical fibers

Central opening

https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 18[c]: a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers, | Each of the '075 Accused Products has a boot extending in a rearward direction from the ferrule holder and supporting the at least two optical fibers.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector shown below.



https://player.vimeo.com/video/676323699

| | |
|---|---|
| 18[d]: wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls, | In each of the '075 Accused Products, the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls.<br><br>See, for example, the Representative SN-MT Connector shown below. |



https://www.senko.com/product/sn-mt-connector/

| 18[e]: wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of | In each of the '075 Accused Products, a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule.

See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |

| | |
|---|---|
| the multi-fiber ferrule, and |  https://player.vimeo.com/video/676323699 <br><br> See also, for example, the Representative SN-MT Connector Flyer shown below. |



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 18[f]: wherein a front end of the ferrule holder has a chamfer; | In each of the '075 Accused Products a front end of the ferrule holder has a chamfer.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 18[g]: a first projection extending longitudinally along the top side; | Each of the '075 Accused Products has a first projection extending longitudinally along the top side. See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 18[h]: a second projection extending longitudinally along the bottom side, | Each of the '075 Accused Products has a second projection extending longitudinally along the bottom side.<br><br>See, for example, the Representative SN-MT Connector shown below. |



Second projection on bottom side

Bottom side

https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 18[i]: wherein the first projections is on a first outside surface of the top side of the main body and has at least one dimension that is different than the second projection on an opposite second outside surface on the bottom side of the main body; and | In each of the '075 Accused Products, the first projections is on a first outside surface of the top side of the main body and has at least one dimension that is different than the second projection on an opposite second outside surface on the bottom side of the main body.<br><br>See, for example, the Representative SN-MT Connector shown below. |



https://www.senko.com/product/sn-mt-connector/

| 18[j]: a latching mechanism on at least one of the top side and the bottom side, | Each of the '075 Accused Products has a latching mechanism on at least one of the top side and the bottom side.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |



| | https://www.senko.com/product/sn-mt-connector/ |
|---|---|
| 18[k]: wherein the latching mechanism is separated longitudinally from the first projection and the second projection. | In each of the '075 Accused Products, the latching mechanism is separated longitudinally from the first projection and the second projection.<br><br>See, for example, the Representative SN-MT Connector shown below.<br><br> |



https://www.senko.com/product/sn-mt-connector/

| **Independent Claim 19** |
| --- |

| 19[pre]: A fiber optic connector for a multi-fiber ferrule, comprising: | To the extent the preamble is limiting, each of the '075 Accused Products is a fiber optic connector for a multi-fiber ferrule.<br><br>See also, for example, the Representative SN-MT Connector Flyer shown below. |

34



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 19[a]: a ferrule holder having a central opening extending longitudinally from a first end to a second end; | Each of the '075 Accused Products has a ferrule holder having a central opening extending longitudinally from a first end to a second end.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-mt-connector/

| 19[b]: a multi-fiber ferrule housed within the central opening and having at least two optical fibers | Each of the '075 Accused Products has a multi-fiber ferrule housed within the central opening and having at least two optical fibers supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|

supported therein, the multi-fiber ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening;



Ferrule holder

First end

Opening at first end

Multi-fiber ferrule w/ at least two optical fibers

Central opening

https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 19[c]: wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls, | In each of the '075 Accused Products, the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls. <br><br> See, for example, the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 19[d]: wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of | In each of the '075 Accused Products, a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the multi-fiber ferrule.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|

the multi-fiber ferrule, and



https://player.vimeo.com/video/676323699

See also, for example, the Representative SN-MT Connector Flyer shown below.

40



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 19[e]: wherein a front end of the ferrule holder has a lead-in; | In each of the '075 Accused Products a front end of the ferrule holder has a lead-in.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



Lead-in

https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 19[f]: a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side; | Each of the '075 Accused Products has a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side.<br><br>See, for example, the Representative SN-MT Connector shown below. |



https://www.senko.com/product/sn-mt-connector/

| 19[g]: a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side, | Each of the '075 Accused Products has a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |

43



https://www.senko.com/product/sn-mt-connector/

| 19[h]: wherein the first projection has a different shape than the second projection, | In each of the '075 Accused Products, the first projection has a different shape than the second projection.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 19[i]: wherein the first and the second projections each have a vertical side surface to align the ferrule holder with a vertical wall to control a horizontal direction of movement of the ferrule holder relative to an adapter; and | <br><br>https://www.senko.com/product/sn-mt-connector/<br><br>See, for example, the Representative SN-MT Connector shown below. |



https://player.vimeo.com/video/676323699

| 19[j]: a latching mechanism on at least one of the top side and the bottom side, | Each of the '075 Accused Products has a latching mechanism on at least one of the top side and the bottom side.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|





https://www.senko.com/product/sn-mt-connector/

| 19[k]: wherein the latching mechanism is unconnected to the first projection and the second projection. | In each of the '075 Accused Products, the latching mechanism is unconnected to the first projection and the second projection.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |





https://www.senko.com/product/sn-mt-connector/

| Independent Claim 21 | |
|---|---|
| 21[pre]: A fiber optic connector for an MT-type ferrule, comprising: | To the extent the preamble is limiting, each of the '075 Accused Products is a fiber optic connector for an MT-type ferrule. See also, for example, the Representative SN-MT Connector Flyer shown below. |



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 21[a]: a ferrule holder having a central opening extending longitudinally from a first end to a second end; | Each of the '075 Accused Products has a ferrule holder having a central opening extending longitudinally from a first end to a second end.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



Ferrule holder

First end

Second end

Central opening

https://www.senko.com/product/sn-mt-connector/

| 21[b]: an MT-type ferrule housed within the central opening and having at least two optical fibers supported therein, the | Each of the '075 Accused Products has an MT-type ferrule housed within the central opening and having at least two optical fibers supported therein, the MT-type ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening.<br><br>See, for example, the Representative SN-MT Connector shown below. |
| --- | --- |

| | |
|---|---|
| MT-type ferrule being exposed at an opening at the first end of the ferrule holder, the opening at the first end being in communication with the central opening; | <br><br>https://www.senko.com/product/sn-mt-connector/<br><br>See also, for example, the Representative SN-MT Connector Flyer shown below. |



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 21[c]: a boot extending rearward of the ferrule holder and configured to support the at least two optical fibers, | Each of the '075 Accused Products has a boot extending rearward of the ferrule holder and configured to support the at least two optical fibers.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

See, for example, the Representative SN-MT Connector shown below.



https://player.vimeo.com/video/676323699

| 21[d]: wherein the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls, | In each of the '075 Accused Products, the ferrule holder has a main body with a top side and a bottom side joined by two opposing side walls.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



https://www.senko.com/product/sn-mt-connector/

| 21[e]: wherein a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of | In each of the '075 Accused Products, a separation between the top side and the bottom side is more than a separation between the opposing side walls, the opposing side walls being parallel to a fiber alignment axis of the at least two optical fibers at an end face of the MT-type ferrule.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|

| the MT-type ferrule, and |  |
| | https://player.vimeo.com/video/676323699 |
| | See also, for example, the Representative SN-MT Connector Flyer shown below. |



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 21[f]: wherein a front end of the ferrule holder has a chamfer; | In each of the '075 Accused Products a front end of the ferrule holder has a chamfer.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



Chamfer

https://www.senko.com/product/sn-mt-connector/

| 21[g]: a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side; | Each of the '075 Accused Products has a first projection on a first outside surface on the top side of the main body and extending longitudinally along the top side.<br><br>See, for example, the Representative SN-MT Connector shown below. |
|---|---|



First projection on top side

Top side

https://www.senko.com/product/sn-mt-connector/

| 21[h]: a second projection on a second outside surface on the bottom side of the main body and extending | Each of the '075 Accused Products has a second projection on a second outside surface on the bottom side of the main body and extending longitudinally along the bottom side.

See, for example, the Representative SN-MT Connector shown below. |

| longitudinally along the bottom side, |  |
|---|---|
| | https://www.senko.com/product/sn-mt-connector/ |
| 21[i]: wherein the first projection has a different height or a different width than the second projection; and | In each of the '075 Accused Products, the first projection has a different height or a different width than the second projection. |
| | See, for example, the Representative SN-MT Connector shown below. |



https://www.senko.com/product/sn-mt-connector/

| 21[j]: a latching mechanism on at least one of the top side and the bottom side, | Each of the '075 Accused Products has a latching mechanism on at least one of the top side and the bottom side.

See, for example, the Representative SN-MT Connector shown below. |



| | https://www.senko.com/product/sn-mt-connector/ |
|---|---|
| 21[k]: wherein the latching mechanism is unconnected to the first projection and the second projection. | In each of the '075 Accused Products, the latching mechanism is unconnected to the first projection and the second projection.<br><br>See, for example, the Representative SN-MT Connector shown below.<br><br> |



https://www.senko.com/product/sn-mt-connector/

67