# Exhibit H

## Contact info

| Type | Name | Address | Follow company |
|---|---|---|---|
| IMPORTER | SENKO ADVANCED COMPONENTS, INC. | 2 CABOT ROAD 103 HUDSON MA 01749 US | Follow |
| NOTIFY PARTY | ALPS LOGISTICS (USA), INC. | 2150 195TH STREET | Follow |
| SHIPPER | SENKO ADVANCE CO.,LTD. | KONKO BLDG 8F 1-1-16,KANDA IZUMI-CHO.CHIYODA-KU TOKYO 101-0024 JP | Follow |

## Product details

| Container no. | Description area |
|---|---|
| TCNU6428291 | FIBER OPTIC COMPONENTS |

## Transit details

| Transit name | Transit value |
|---|---|
| Carrier | APQV - ALPS LOGISTICS CO LTD |
| Ship Registered In | PANAMA |
| Vessel | ONE HANOI |
| Voyage | 047E |
| US Port | Los Angeles, California |
| Foreign Port | Tokyo |
| Country of Origin | Japan |
| Place of Receipt | TOKYO,JAPAN |
| Bill of Lading | APQVATS23221419 |
| Arrival Date | 2023-08-01 |
| Quantity | 50 CTN |
| Container Count | 1 |
| Weight (LB / KG) | 1694.00 / 770.00 |
| CBM | 0 |
| House vs Master | H |
| Master Bill of Lading | ONEYTYOD80622700 |

## Other info

| Container no. | Description area |
|---|---|
| TCNU6428291 | SENKO ADVANCED COMPONENTS CA INV NO.BS-14797 PALLET NO.1/2-2/2 P/N:IP09MPCKIT05B02 |

## Related B/L

| Type (House/Master) | B/L |
|---|---|
| H | NGTL7240787 |
| H | NGTL7238393 |
| H | NGTL2082758 |
| H | MQLAJAEUSG30552 |
| H | KLLMJP1122513 |
| H | MCGQTNS230701186 |
| H | VHFLYOKTN2324729 |
| H | APQVATS23221419 |