# Exhibit  I



INFINITE ELECTRONICS INTERNATIONAL, INC.
AN INFINITE ELECTRONICS BRAND
17792 Fitch
Irvine, CA 92614-6020
United States
**Web:** www.L-com.com
**Email:** sales@L-com.com
**Phone:** 978-682-6936
**Fax:** 978-689-9484
**Toll Free:** 800-343-1455

| Date | 01/09/24 |
| --- | --- |
| Sales Order Number | WL5198305 |
| Customer Number | C187631 |
| Customer PO Number | 01/09/24 |
| Contact | Lisa Hefner |
| No. of Pages | 1 of 2 |
| Federal ID | 550887695 |
| Cage Code | 43321 |
| GST Number | N/A |

### ORDER ACKNOWLEDGEMENT

| Remit Payment Address | INFINITE ELECTRONICS INTERNATIONAL, INC., DEPT LA 24787, PASADENA, CA  91185-4787, United States |
| --- | --- |
| Bank Transfer To Information | HSBC Bank USA NA, New York, USA, ACH ABA # 022-000-020, Wire ABA # 021-001-088, Account # 000278068, SWIFT Code: MRMDUS33, Account Name: Infinite Electronics Int'l. Inc., US Funds Only |

**BILL TO:** US Conec
Lisa Hefner
PO Box 2306
Hickory, NC  28603
United States

**SHIP TO:** Lisa Hefner
US CONEC
01/09/24
830 21st Street Dr Se
HICKORY, NC  28602-8376
United States

| Sales Person | Sales Email | Sales Phone No. |
| --- | --- | --- |
| Rosa Santos | Customerservice@l-com.com | 800-343-1455 |

| INCOTERMS | Payment Method | Freight Method | Freight Terms |
| --- | --- | --- | --- |
| FCA-SP | Visa | FEDEX - GROUND SERVICE | Prepaid |

| Item No. | Customer Item No. | Description | HTS No/ ECCN Code | COO | Shipment Date | UOM | QTY | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FOC-SNMU-20S | | SN Connector (2F), Multimode Fiber with UPC Polish | EAR99 | TW | 01/09/24 | EACH | 3.00 | 8.29 | 24.87 |
| FOC-SNSA-166 | | SN Connector (2F), Single Mode Fiber with APC Poli | EAR99 | TW | 01/09/24 | EACH | 3.00 | 9.45 | 28.35 |
| FOA-SN62-11 | | SN SC Simplex Dual Channel (4F) Adapter, with flan | EAR99 | TW | 01/09/24 | EACH | 3.00 | 25.43 | 76.29 |
| FREIGHT | | Freight | | | 01/09/24 | EACH | 1.00 | 9.99 | 9.99 |

| | |
| --- | --- |
| Total Price: | 129.51 |
| Surcharge Amount: | 0.00 |
| Sales Tax: | 9.76 |
| Freight: | 9.99 |
| **Total  USD** | **149.26** |

As a valued customer, we would like to thank you for your business. Additional information including terms and conditions, our privacy policy, as well as QA and Compliance can be found by visiting our website at www.l-com.com.

---



INFINITE ELECTRONICS INTERNATIONAL, INC.
AN INFINITE ELECTRONICS BRAND
17792 Fitch
Irvine, CA 92614-6020
United States
**Web:** www.L-com.com
**Email:** sales@L-com.com
**Phone:** 978-682-6936
**Fax:** 978-689-9484
**Toll Free:** 800-343-1455

| Date | 01/09/24 |
| --- | --- |
| Sales Order Number | WL5198305 |
| Customer Number | C187631 |
| Customer PO Number | 01/09/24 |
| Contact | Lisa Hefner |
| No. of Pages | 2 of 2 |
| Federal ID | 550887695 |
| Cage Code | 43321 |
| GST Number | N/A |

### ORDER ACKNOWLEDGEMENT

| Remit Payment Address | INFINITE ELECTRONICS INTERNATIONAL, INC., DEPT LA 24787, PASADENA, CA  91185-4787, United States |
| --- | --- |
| Bank Transfer To Information | HSBC Bank USA NA, New York, USA, ACH ABA # 022-000-020, Wire ABA # 021-001-088, Account # 000278068, SWIFT Code: MRMDUS33, Account Name: Infinite Electronics Int'l. Inc., US Funds Only |

**BILL TO:** US Conec
Lisa Hefner
PO Box 2306
Hickory, NC  28603
United States

**SHIP TO:** Lisa Hefner
US CONEC
830 21st Street Dr Se
HICKORY, NC  28602-8376
United States

**NOTICE:** Orders for custom manufactured products are non-cancellable and non-returnable unless found defective within 30 days of purchase. Custom products are quoted per the seller's interpretation only and customer will need to approve and sign seller's engineering drawing prior to manufacturing. Lead-time quoted is an estimate only and begins AFTER seller receives signed drawing. Custom products are subject to a plus or minus deviation in quantity of 5%.

**EXPORT COMPLIANCE STATEMENT**

Items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end user(s) herein identified.  They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations.  Customer agrees to comply with all applicable export control laws, restrictions and regulations of the United States, and shall not export, or transfer for the purpose of re-export, any product to any embargoed country or region, including but not limited to Cuba, the Crimean Region of Ukraine, the Donetsk People's Republic, the Luhansk People's Republic, Iran, North Korea, and Syria, or to any denied, blocked, or designated person or entity as mentioned in any such United States law or regulation. Customer represents and warrants that it is not on the Denied Persons, Specially Designated Nationals or Debarred Persons List, as identified by the U.S. Treasury Office of Foreign Asset Control (OFAC) and by the U.S. Department of Commerce, Bureau of Industry and Security (BIS), or any other United States list of prohibited persons; is not owned or controlled by any person that is on the OFAC list, or is otherwise prohibited by United States law from purchasing the products or services hereunder. Customer shall be solely responsible to obtain any license to export, re-export or import as may be required. Customer also agrees that it will not use these products in connection with the proliferation of weapons of mass destruction, including missiles, nuclear, chemical or biological weapons.

**PRIVACY POLICY**          **TERMS AND CONDITIONS**          **QA AND COMPLIANCE**











**L-com — an INFINITE brand**

INFINITE ELECTRONICS INTERNATIONAL, INC.
AN INFINITE ELECTRONICS BRAND
17792 Fitch
Irvine, CA 92614-6020
United States
Web: www.l-com.com
Email: sales@l-com.com
Phone: 978-682-6936
Fax: 978-689-9484
Toll Free: 800-341-1455

## INVOICE

### PAID INVOICE

| | |
| --- | --- |
| Invoice No. | F251125790 |
| Customer Code | US CONEC |
| Issue Date | 02/09/24 |
| No. of Pages | 1 of 2 |
| Customer No. | C187611 |
| Customer Name | US Conec |
| Field ID | 10261785 |
| Federal ID | 42-4351 |
| GST Number | N/A |
| Order Rule | CN2976Z4 |
| Customer PO Nos. | CN2976Z4 |

Sales Person:
Sales Email: CUSTOMERSERVICE@L-COM.COM
Sale Phone No.: 800-343-1455

**Remit Payment Address / Bank Transfer To Information:**
PNC Bank USA, New York, USA, ACH ABA # 352-080-002
Wire ABA # 021-001-088, Account # 8002376908, SWIFT Code: MRMDUS3L
Account Name: Infinite Electronics Int'l, Inc., US Funds Only

| BILL TO: | SHIP TO: |
| --- | --- |
| US Conec | Lisa Hafner |
| Lisa Hafner | US CONEC |
| PO Box 1205 | 02/09/24 |
| Hickory, NC 28603 | 830 21st Street Dr 14 |
| United States | Hickory, NC 28602-8276 |
| | United States |

| Order No. | Sales Person | Sale Phone No. |
| --- | --- | --- |
| WLS231716 | JENNIFER CARDONA-PELOT | 800-343-1455 |

| Freight Terms | Freight Method | Payment Method | INCOTERMS |
| --- | --- | --- | --- |
| Prepaid | FEDEX - GROUND SERVICE | Visa | PCH-Shipping point |

| Line No. | Item No. | Customer Item No. | Description | HTS No./ ECCR Code | UOM | Quantity | Unit Price | Total Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 102009 | FCA-SN050A | | SN-SN (UPC), SMF, Riser Rated, 2 meters | 8544700000 / EAR99 | EACH | 3 | 34.06 | 102.18 |
| 102009 | FCA-SN04UCL-CS25-2C | | SN-LC Uniboot (UPC), SMF, Riser Rated, 2 meters | 8544700000 / EAR99 | EACH | 3 | 30.79 | 92.37 |
| 102009 | FREIGHT | Freight | | | EACH | 1 | 9.99 | 9.99 |

| | |
| --- | --- |
| Total Price | 194.55 |
| Total Discount | 0.00 |
| Surcharge Amount | |
| Sales Tax | 14.31 |
| Freight | 8.99 |
| **Total USD** | **218.85** |

| Amount Paid | Balance Due |
| --- | --- |
| 218.85 | 0.00 |

Package Tracking No.: 273821584256

No. of Packages: 1   Total Weight of Packages: 0.00

ITN Number:

## TERMS AND CONDITIONS

**PRIVACY POLICY**
As a valued customer, we would like to thank you for your business. Additional information including terms and conditions, our privacy policy, as well as Quality Compliance can be found by visiting our website at www.l-com.com.

**US AUDIT COMPLIANCE**

**EXPORT COMPLIANCE STATEMENT**
Items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as otherwise authorized by U.S. law and regulations. Customer agrees to comply with all applicable export control laws, restrictions and regulations of the United States and any foreign country involved in the transfer or re-export of products, equipment and services. Customer represents and warrants that it will not, without prior authorization from the appropriate government entity, transfer, export, or re-export, directly or indirectly, any item including but not limited to (A) to any country, entity, individual or otherwise in violation of the U.S. export control laws; or (B) to any country, entity, individual or otherwise designated by the United States as subject to sanctions, restrictions or embargoes. National and Directional Products List, as identified by the U.S. Treasury Office of Foreign Assets Control (OFAC) and/or by the U.S. Department of Commerce, Bureau of Industry and Security (BIS); Primary Customer understands that it is solely responsible for insuring its compliance with all applicable laws and regulations. By placing orders, Customer agrees that it will not use the product or service purchased hereunder in connection with the proliferation of weapons of mass destruction, including missile, nuclear, chemical or biological weapons.

ALL CLAIMS MUST BE MADE WITHIN 10 DAYS AFTER RECEIPT

**CERTIFICATE OF COMPLIANCE:**
This is to verify that the product delivered against our purchase order conforms to the requirements of our purchase order.

**CERTIFICATE OF ORIGIN:** This certifies that the items listed above conform to the country indicated in the country indicated on the individual packing label.

David Peattie, Director of Quality

**L-com — an INFINITE brand**

INFINITE ELECTRONICS INTERNATIONAL, INC.
AN INFINITE ELECTRONICS BRAND
17792 Fitch
Irvine, CA 92614-6020
United States
Web: www.l-com.com
Email: sales@l-com.com
Phone: 978-682-6936
Fax: 978-689-9484
Toll Free: 800-341-1455

## INVOICE

### PAID INVOICE

| | |
| --- | --- |
| Invoice No. | F251125790 |
| Customer Code | US CONEC |
| Issue Date | 02/09/24 |
| No. of Pages | 1 of 2 |
| Customer No. | C187611 |
| Customer Name | US Conec |
| Field ID | 10261785 |
| Federal ID | 42-4351 |
| GST Number | N/A |
| Order Rule | CN2976Z4 |
| Customer PO Nos. | CN2976Z4 |

**Remit Payment Address / Bank Transfer To Information:**
PNC Bank USA, New York, USA, ACH ABA # 352-080-002
Wire ABA # 021-001-088, Account # 8002376908, SWIFT Code: MRMDUS3L
Account Name: Infinite Electronics Int'l, Inc., US Funds Only

BILL TO:
US Conec
Lisa Hafner
PO Box 1205
Hickory, NC 28603
United States

SHIP TO:
Lisa Hafner
US CONEC
02/09/24
830 21st Street Dr 14
Hickory, NC 28602-8276
United States

**EXPORT COMPLIANCE STATEMENT**
(See terms above.)

**CERTIFICATE OF COMPLIANCE:**
This is to verify that the product delivered against our purchase order conforms to the requirements of our purchase order.

**CERTIFICATE OF ORIGIN:** This certifies that the items listed above conform to the country indicated on the individual packing label.

David Peattie, Director of Quality







L-com

INFINITE ELECTRONICS
AN INFINITE ELECTRONICS BRAND
an **INFINITE** brand
AN INFINITE ELECTRONICS INTERNATIONAL, INC.
17792 Fitch
Irvine, CA 92614-6020
United States

PACKING SLIP

*WL5202176*

| Order No. | Date |
|---|---|
| WL5202176 | 2/9/2024 |
| Page | |
| 1 | |

**Bill To:**
US Conec
Lisa Hefner
PO Box 2306
Hickory, NC 28603
United States

**Ship To:** Lisa Hefner
US CONEC
2081 Venture Dr Se
809 2th Street Dr Se
HICKORY, NC 28602-8876
United States

| SalesPerson | Incoterms | Terms | Shipment Date | Ship Via | Purchase Order No |
|---|---|---|---|---|---|
| JANIFFER CARDONA PELLOT | Origin | Visa | 2/9/2024 | FedEx Ground Service | 02/09/24 |

| Contact | Email Address | Phone No. | Fax No. | Customer No. |
|---|---|---|---|---|
| Lisa Hefner | lisahefner@usconec.com | 8286504757 | | C181631 |

| Item No. | Cable UOM | Description | HTS No. / ECCN Code | UOM | Origin | Quantity | NetWgh |
|---|---|---|---|---|---|---|---|
| FCA-SN3DNJ-SZR 00 | | SN-SN (UPC), SMF, Riser Rated, 2 meters | 85447000 EAR99 | EA | VN | 3 | 0.75 |
| FCA-SN3LCU-SZR 00 | | SN-LC Uniboot (UPC), SMF, Riser Rated, 2 meters | 85447000 EAR99 | EA | VN | 3 | 0.75 |

Tracking No: 272821684218
No. of Packages: 1 of 1
Weight: 0.3
ITN Number

*P1225083*

ALL CLAIMS MUST BE MADE SEVEN (7) DAYS AFTER RECEIPT.

CERTIFICATE OF COMPLIANCE: This certifies the product shipped conforms to the latest purchase order requirements.
CERTIFICATE OF ORIGIN: This certifies the country of origin is as stated on the individual product packaging

David Paulin, Director of Quality

Items are controlled by the U.S. Government and authorized for export only to the country of ultimate antecedents for use by the ultimate consignee or end-user(s)
herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate
consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. Government or as
otherwise authorized by U.S. law and regulations. Customer agrees to comply with all applicable export control laws, restrictions and regulations of the United
States, and shall not export or transfer for the purpose of re-export to any product to any embargoed country or region, including but not limited to Cuba, the
Crimea Region of Ukraine, Iran, North Korea, Sudan, and Syria; or to any denied, blocked or designated person or entity, as maintained in any such United States
or EU law or regulation. Customer represents and warrants that it is not on the Denied Persons, Specially Designated Nationals or Debarred Persons List; as
identified by the U.S. Treasury Office of Foreign Asset Control (OFAC) and by the U.S. Department of Commerce, Bureau of Industry and Security (BIS), or any other
United States list of prohibited persons; is not owned or controlled by any person that is on one of those lists; or is otherwise prohibited by United States or other
law from... Pursuing the products or services hereunder. Customer shall be solely responsible to obtain any license to export, re-export or import as may be
required. Customer also agrees that it will not use these products in connection with the proliferation of weapons of mass destruction, including missiles, nuclear,
chemical or biological weapons.



