# Exhibit J



Flexoptix GmbH - Mühltalstr. 153 - 64297 Darmstadt

US Conec
PO Box 2306
28603 Hickory
USA - USA

**Invoice**

| | |
|---|---|
| Document no. | 100-AR2425208 |
| Invoice date | 15.02.2024 |
| Order no. | 100-VA2435020 |
| Your order reference | 210038227 |
| Your contact person | |
| Customer number | 100243 |
| Contact | Sandra Morgenstern |
| E-Mail | accounting@flexoptix.net |
| Tel. | +49 6151 62904-43 |
| Page | 1 / 2 |

**FCC compliance**
With regard to the importation of the described radio frequency device(s), we declare that an FCC grant of equipment authorization and an FCC ID are not required, but the equipment complies with FCC technical requirements.
Manufacturer: Flexoptix GmbH – Mühltalstr. 153 - 64279 Darmstadt - GERMANY

**Aluminium Extrusion Disclaimer**
None of the products listed were manufactured in part or in whole using aluminium extrusion processes.

| Pos. | Item / Description | Quantity | Price per unit | Gross value |
|---|---|---|---|---|
| | Delivery slip: 100-LF2425176 of 15.02.2024 | | | |

| Delivery address | Name | Street | City/Country |
|---|---|---|---|
| | US Conec | 830 21st Street Dr SE | 28602 Hickory USA |

| Pos. | Item / Description | Quantity | Price per unit | Gross value |
|---|---|---|---|---|
| 10 | S2.NN.200 | 3 pcs | 59,33 USD | 177,99 USD |
| | SN-Duplex UPC to SN-Duplex UPC A1 Singlemode fiber optic patch cable, 2 meters, yellow, ITU-T G.657.A1 | | | |
| | HS code: 85447000 US Import HS Code: 8544.70.00.00 | | | |
| | Country of origin*: China (subheading 9903.88.01 // 25% duties) | | | |

Our order: 100-VA2435020 of 14.02.2024 / Your order reference: 210038227 of 13.02.2024

| 20 | SACMPF | | | 82,73 USD |
|---|---|---|---|---|
| | Merchandise Processing Fee and Section 301 Tariffs | | | |
| 30 | SACSHIPCHG | | | 52,63 USD |
| | Shipping Charge | | | |

| | | |
|---|---|---|
| Total | | 313,35 USD |
| no VAT export delivery of: 313,35 USD | | 0,00 USD |
| **Final amount** | | **313,35 USD** |

Time of supply is the invoice date.

Flexoptix GmbH
Mühltalstr. 153
64297 Darmstadt
Germany

Tel.: +49 6151 62904-0
Fax: +49 6151 62904-99
Info@flexoptix.net
www.flexoptix.net

General manager
Markus Arnold
Thomas Weibel
Stephan Werner

Court of Registry Darmstadt
District Court Darmstadt
HRB97014
DE258020410
WEEE-Reg.-No. DE 19255147

FLEXOPTIX

happiness is near    more    tear here

visit us: flexoptix.net

TRK# 7751 9024 7892
XG HKYA

TO LOGISTICS
US CONEC
830 21ST STREET DR SE
HICKORY NC 28602

5:00P
IP EOD
ETD
NC-US 28602
CLT

FedEx Express  E

115







