# Exhibit  K













