# Exhibit L

# Shenzhen UnitekFiber Solution Limited

Tel:86-13113854311
Email: catherine@unitekfiber.com
Adress: 8F, Datang Shidai Building, No.2203 Meilong Road, Longhua District, Shenzhen Guangdong province China
Post Code: 518109

## PROFORMA INVOICE

Buyer: US Conec  
BILL TO: PO Box 2306 Hickory, NC 28603  
Add: US Conec  
830 21st St Dr SE Hickory, NC 28602  
Con: Lisa Hart Hefner  
Tel: 828.850.4757  

Supplier: UnitekFiber Solution  
PI: 2400653FEB  
PO:  
Payment Term: 100% payment before shipment  
Customer Code: Lisa-USConec-SEO-24  
Trading Term: EX Work  

| No. | Item no | Description of Goods | Picture | Qty/pcs | U/P/Qty | Total (USD) |
|---|---|---|---|---|---|---|
| 1 | Fiber Optic Patch Cable | Fiber Optic Patch Cable(Duplex SM G652 G657 Senko SN UPC to LC UPC Uniboot 1.6mm Fiber Optic Jumper PVC, 3 meters long. | | 3 | $9.61 | US$28.83 |
| | | Shipping Cost by DHL | | | | US$40.00 |
| | | Total | | 3 | | US$68.83 |

Delivery time: 7days  

*Please remit T/T to the following account:  

PayPal account: linda666.w@163.com

Catherine Wang  
Confirmed by (your signature)



| No. | Item | Description of Goods | Qty |
|---|---|---|---|
| 1 | Fiber Optic Patch Cable | Fiber Optic Patch Cable|Duplex SM G652 G657 Senko SN UPC to LC UPC Uniboot 1.6mm Fiber Optic Jumper PVC, 2 meters long | 3 |

PI240065?FEB

1/1



