# Exhibit M









