# Exhibit N



# RAYOPTIC COMMUNICATION CO.,LTD

Floor 3 Building E Dahong Sceience Park, Baihua Community, Guangming New District, Shenzhen
Tel : (86)-0755-23242286   P.C. : 518107
Website: www.rayopticcom.com

# Invoice

Date: 5-Mar-2024

No. : ROC-INVOICE-20240305001

To: US Conec

From: Rayoptic Communication Co., Ltd

Address: 830 21st St Dr SE, Hickory, NC 28602

Address: Floor 3 Building E Dahong Sceience Park, Baihua Community, Guangming New District, Shenzhen

Contact: Lisa Hefner

Contact: Ray Xiong

Mail: lisahefner@usconec.com

Mail: rayxiong@rocfttx.com

Mobile: +1 828.850.4757

Mobile: +8613632932717

**Content:**

| No. | Item Model | Specification | Unit Price EXW (IN USD) | Quantity (PCS) | Total Price (IN USD) |
|---|---|---|---|---|---|
| 1 | Fiber Optic Cable Assembly | SN SM UPC to SN SM UPC 1.6mm OS2 1 Channel 2fiber 1.5M | $14.50 | 3.00 | $43.50 |

HS CODE: 8544700000

**Remarks:**
(1) Payment Terms: CIA 100%

SIGNED AND STAMPED
RAYOPTIC COMMUNICATION CO.,LTD

(Stamp: Rayoptic Communication Co., Ltd / 深圳市光顺通科技有限公司)







