# Exhibit  O

# HuNan Surfiber Technology Co.,Ltd

Add: 3rd Floor, Building A8, Desiqin Venture Street, No. 686 Yingxin Road, Yuhua District, Changsha, Hunan, China.

Website: www.surfiber.com

Contact: Maggie Lin          Email: maggie@surfiber.com          Tel: +86 19376883747

## Commercial Invoice

**Company:** US Conec Ltd.                              **Date:** 2024-02-22

**Contact:** Lisa Hart Hefner                           **Invoice No.:** USUC2401

**Address:** US Conec 830 21st St Dr SE Hickory, NC 28602

**Tel:** +1 (828) 850-4757                               **Email:** lisahart@USConec.com

| No. | Product Description | Quantity (pcs) | Unit Price $USD | Total Amount $USD |
|---|---|---|---|---|
| 1 | SN UPC to Flat Clip LC UPC Uniboot Duplex 1.6mm Fiber Optic Patch Cable, Straight-through 2meter SM | 3 | $8.91 | $26.73 |
| | Total: | | | $26.73 |

**The Seller**
*Maggie Lin*

**The Buyer**



K3

755WE-HG-ZAGL095

运单号SF 153 092 441 9957

收裹长青

FEDEX

成标快

留底联



WE0240200 6418

货件信息
国 家: US.美国                     件数: 1
申报价值: 以申报为准

其他备注: [] 商业发票已贴名

渠道: H-18 FX-IE US.H-18 FX-

内部备注: 百运载库;

业务员:
理货员: 李俊前

Sinotech
LOGISTICS
CHECKED

WE0240200 6418





# HuNan Surfiber Technology Co.,Ltd

Add: 3rd Floor, Building A8, Desiqin Venture Street, No. 686 Yingxin Road, Yuhua District, Changsha, Hunan, China.

Website: www.surfiber.com   Email: maggie@surfiber.com   Tel: +86 19376883747

Contact: Maggie Lin

## Commercial Invoice

Company US Conec Ltd.

Contact: Lisa Hart Hefner

Address: US Conec 830 21st St Dr SE Hickory, NC 28602

Tel:   +1 (828) 850-4757

Date: 2024-02-22

Invoice No.: USUC2401

Email: lisahart@USConec.com

| No. | Product Description | Quantity (pcs) | Unit Price $USD | Total Amount $USD |
|---|---|---|---|---|
| 1 | SN UPC to Flat Clip LC UPC Uniboot Duplex 1.6mm Fiber Optic Patch Cable, Straight-through 2meter SM | 3 | $8.91 | $26.73 |
| | Total: | | | $26.73 |

| The material | USE | HS CODE |
|---|---|---|
| PVC | FTTH | 8544700000 |

The Seller

*Maggie Lin*

The Buyer



C/O SINOTECH INTERNATIONAL TRANSPORTATION CO., LIMITED FLAT/RM D BLK 1 2/F KWAI TAK INDUSTRIAL CENTRE 15-33 KWAI TAK STREET KWAI CHUNG NT HONG KONG

Made in China

WE0240200641B





