IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **US CONEC, LTD.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **SENKO ADVANCE CO., LTD., EZCONN CORP., FLEXOPTIX GMBH, CHANGZHOU CO-NET ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN UNITEKFIBER SOLUTIONS LTD., SHENZHEN IH OPTICS CO., LTD., RAYOPTIC COMMUNICATION CO., LTD., and HUNAN SURFIBER TECHNOLOGY CO., LTD.,** <br><br> *Defendants*. | **CIVIL ACTION NO. 2:24-cv-0020** <br><br> **JURY TRIAL DEMANDED** |

**COVER PLEADING TO PUBLIC ATTACHMENT TO
US CONEC, LTD.'S ORIGINAL COMPLAINT**

Plaintiff US Conec, Ltd. ("US Conec"), by its undersigned counsel, files this Cover Pleading to the Public Attachment to its Original Complaint.

Respectfully submitted, March 21, 2024.

/s/ *Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: 214-922-3400
Fax: 214-922-3899

Kirk T. Bradley (NC Bar No. 26490)
M. Scott Stevens (NC Bar No. 37828)
J. Ravindra Fernando (NC Bar No. 49199)
Matthew M. Turk (NC Bar No. 57361)
**ALSTON & BIRD LLP**

Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone: (704) 444-1000

Joshua M. Weeks (GA Bar No. 545063)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Fax: 404-881-7777

*Counsel for US Conec, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Michael J. Newton*
Michael J. Newton