# Exhibit C-1

## Claim Chart Showing Infringement of U.S. Patent No. 11,906,794 by SN EZ-Flip Connectors

Certain fiber-optic connectors infringe U.S. Patent No. 11,906,794 (the "'794 Patent"), including at least the SN EZ-Flip UPC and APC connectors (the "Representative SN EZ-Flip") and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'794 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '794 Accused Products directly and/or indirectly infringe the asserted claims of the '794 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.  These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '794 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '794 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,906,794 | Description of Infringement of the '794 Accused Products |
| --- | --- |
| **Independent Claim 1** | |
| 1[pre]: A fiber optic connector having a boot, a crimp body, and a housing having at least two optical fibers therein, the fiber | To the extent the preamble is limiting, each of the '794 Accused Products is a fiber optic connector having a boot, a crimp body, and a housing having at least two optical fibers therein.<br><br>See, for example, the Representative SN EZ-Flip shown below. |

| optic connector comprising: |  https://www.senko.com/product/sn-polarity-changeable-connector/ <br><br>See also, for example, the Representative SN EZ-Flip shown below. |
|---|---|



https://vimeo.com/660723848

See also, for example, the Representative SN EZ-Flip Data Sheet shown below.

# SN®EZ-FLIP CONNECTOR

## 1-Channel (2F)
## Switchable Polarity



SN EZ-Flip Connector

The SN® connector is the ultimate duplex connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN® connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN® EZ-Flip connector is the latest addition to the SN® family, allowing technicians to switch polarity in the field without disrupting fibers or repositioning ferrules. Not only can the polarity be changed with UPC ferrules, but APC connectors can also be polarity-flipped thanks to the unique orientation of the angled ferrules.

The SN® EZ-Flip connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in high-density patch panels where finger access is limited. A gang-clip can be added to two or four individual SN® connectors allowing them to be patched simultaneously to compatible adapters and transceivers.

https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf

See also, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

| | |
|---|---|
| 1[a]: a front end opening in the housing, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, the at least two optical fibers spaced apart between the top and the bottom formed by the pair of short sides, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides; | Each of the '794 Accused Products includes a front end opening in the housing, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, the at least two optical fibers spaced apart between the top and the bottom formed by the pair of short sides, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides.<br><br>See, for example, the Representative SN EZ-Flip shown below.<br><br><br><br>https://www.senko.com/product/sn-polarity-changeable-connector/<br><br>See also, for example, the Representative SN EZ-Flip Data Sheet shown below. |



https://www.senko.com/wp-content/uploads/2023/01/Data-Sheet_SN-EZ-Flip-Connector.pdf

| 1[b]: the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion; and | Each of the '794 Accused Products includes the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion.<br><br>See, for example, the Representative SN EZ-Flip shown below. |
|---|---|

| | |
|---|---|
| |  |
| | https://vimeo.com/660723848 |
| 1[c]: the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached | Each of the '794 Accused Products includes the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing forward of a center portion of the boot, wherein the crimp body and the boot each have a respective contiguous longitudinal opening to accommodate the at least two optical fibers having ends terminated forward of the front end opening of the housing.<br><br>See, for example, the Representative SN EZ-Flip shown below. |

to the housing forward of a center portion of the boot, wherein the crimp body and the boot each have a respective contiguous longitudinal opening to accommodate the at least two optical fibers having ends terminated forward of the front end opening of the housing, and



https://vimeo.com/660723848

See also, for example, the Representative SN EZ-Flip shown below.

9



https://www.senko.com/product/sn-polarity-changeable-connector/

| 1[d]: wherein the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot. | In each of the '794 Accused Products, the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot.<br><br>See, for example, the Representative SN EZ-Flip shown below. |
| --- | --- |



https://vimeo.com/660723848

See also, for example, the Representative SN EZ-Flip shown below.



https://www.senko.com/product/sn-polarity-changeable-connector/

| Independent Claim 16 | |
|---|---|
| 16[pre]: A fiber optic connector having a boot, a crimp body, and a housing having two optical fibers terminated respectively within two fiber optic ferrules therein, the fiber optic connector comprising: | To the extent the preamble is limiting, each of the '794 Accused Products is a fiber optic connector having a boot, a crimp body, and a housing having two optical fibers terminated respectively within two fiber optic ferrules therein.<br><br>*See* claim 1[pre]. |
| 16[a]: a front end opening in the housing for the two fiber optic ferrules, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides, the two fiber optic ferrules being spaced apart from each other between the top and the bottom but | Each of the '794 Accused Products includes a front end opening in the housing for the two fiber optic ferrules, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides, the two fiber optic ferrules being spaced apart from each other between the top and the bottom but equidistant from each of the pair of long sides.<br><br>*See* claim 1[a]. |

| equidistant from each of the pair of long sides; | |
|---|---|
| 16[b]: the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion to receive the two optical fibers; and | Each of the '794 Accused Products includes the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion to receive the two optical fibers.<br><br>*See* claim 1[b]. |
| 16[c]: the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing via at least one latch forward of a center portion of the boot, wherein the crimp body and the boot have a longitudinal opening to accommodate the two optical fibers having ends terminated forward of the front end opening of the housing, and | Each of the '794 Accused Products includes the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing via at least one latch forward of a center portion of the boot, wherein the crimp body and the boot have a longitudinal opening to accommodate the two optical fibers having ends terminated forward of the front end opening of the housing.<br><br>See, for example, the Representative SN EZ-Flip shown below. |



https://vimeo.com/660723848

See, for example, the Representative SN EZ-Flip Flyer shown below.



https://www.senko.com/wp-content/uploads/2022/02/SN-EZ-Flip_flyer.pdf

*See also* claim 1[c].

| 16[d]: wherein the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot. | In each of the '794 Accused Products, the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot. <br><br> *See* claim 1[d]. |
|---|---|