# Exhibit C-2

**Claim Chart Showing Infringement of U.S. Patent No. 11,906,794 by SN and SN-MT Connectors**

Certain fiber-optic connectors infringe U.S. Patent No. 11,906,794 (the "'794 Patent"), including at least the SN 1.6mm Standard Connector (2F), UPC (the "Representative SN Connector"), the SN 1.6mm Standard Connector (2F), APC, the SN 2mm Standard Connector (2F), UPC, the SN 2mm Standard Connector (2F), APC, the SN-MT Connector (16F), Male (the "Representative SN-MT Connector"), the SN-MT Connector (16F), Female, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'794 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '794 Accused Products directly and/or indirectly infringe the asserted claims of the '794 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents. These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd., EZconn Corp., Flexoptix GmbH, Changzhou Co-Net Electronic Technology Co., Ltd., Shenzhen UnitekFiber Solution Ltd., Shenzhen IH Optics Co., Ltd., Rayoptic Communication Co., Ltd., and HuNan Surfiber Technology Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '794 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '794 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,906,794 | Description of Infringement by the '794 Accused Products |
| --- | --- |
| **Independent Claim 1** | |
| 1[pre]: A fiber optic connector having a boot, a crimp body, | To the extent the preamble is limiting, each of the '794 Accused Products is a fiber optic connector having a boot, a crimp body, and a housing having at least two optical fibers therein. |

| and a housing having at least two optical fibers therein, the fiber optic connector comprising: | See, for example, the Representative SN Connector shown below.  https://www.senko.com/product/sn-1-6mm-standard-connector/ <br><br> See also, for example, the Representative SN Connector Data Sheet shown below. |




# SN® *STANDARD CONNECTOR*

## 1-Channel (2F)
## 1.6 mm and 2.0 mm Cable

SN Standard Connector

The SN® connector is the ultimate Base-2 connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN® connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN® Standard connector is suitable for termination to either 1.6 mm or 2.0 mm round cable that incorporates a ruggedized jacket and internal strain relief.

The SN® Standard connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in dense patch panels where finger access is limited. A gang-clip can be added to four individual SN® connectors allowing them to be patched simultaneously to either adapters or 4-channel (8 fibers) transceivers (subject to product selection).

https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Standard-Connector.pdf

See also, for example, the Representative SN Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-Connector.pdf

See, for example, the Representative SN-MT Connector shown below.



Boot

Crimp body

Housing

At least two optical fibers

https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector Flyer shown below.

5



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 1[a]: a front end opening in the housing, the housing having a pair of short sides forming a top and a bottom and a pair of long sides | Each of the '794 Accused Products includes a front end opening in the housing, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, the at least two optical fibers spaced apart between the top and the bottom formed by the pair of short sides, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides.<br><br>See, for example, the Representative SN Connector shown below. |

joining the top and the bottom, the at least two optical fibers spaced apart between the top and the bottom formed by the pair of short sides, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides;



https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector Data Sheet shown below.





# SN® STANDARD CONNECTOR

## 1-Channel (2F)
## 1.6 mm and 2.0 mm Cable

SN Standard Connector

The SN' connector is the ultimate Base-2 connector combining 'best-in-class' packing density with carrier-grade performance and reliability. Designed and optimized for next-generation data rates, the SN' connector offers network operators the chance to densify their existing legacy infrastructure whilst at the same time providing an upgrade path to 400G and beyond.

The SN' Standard connector is suitable for termination to either 1.6 mm or 2.0 mm round cable that incorporates a ruggedized jacket and internal strain relief.

The SN' Standard connector has an integrated 'push-pull' boot that simplifies insertion and removal of the connector even in dense patch panels where finger access is limited. A gang-clip can be added to four individual SN' connectors allowing them to be patched simultaneously to either adapters or 4-channel (8 fibers) transceivers (subject to product selection).

https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Standard-Connector.pdf

See also, for example, the Representative SN Connector Data Sheet shown below.

**1-Channel Connector Drawing**



*Front View*

*Side View*

Note: 1. All dimensions are in mm
2. Specifications subject to change without notice

https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Standard-Connector.pdf

See also, for example, the Representative SN Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-Connector.pdf

See, for example, the Representative SN-MT Connector shown below.



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector Flyer shown below.



https://www.senko.com/wp-content/uploads/2021/09/SN-MT-Connector_Flyer.pdf

| 1[b]: the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion; and | Each of the '794 Accused Products includes the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion.<br><br>See, for example, the Representative SN Connector shown below. |
| --- | --- |



https://www.senko.com/product/sn-1-6mm-standard-connector/

See, for example, the Representative SN-MT Connector shown below.



https://www.senko.com/product/sn-mt-connector/

| | |
|---|---|
| 1[c]: the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached | Each of the '794 Accused Products includes the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing forward of a center portion of the boot, wherein the crimp body and the boot each have a respective contiguous longitudinal opening to accommodate the at least two optical fibers having ends terminated forward of the front end opening of the housing.<br><br>See, for example, the Representative SN Connector shown below. |

to the housing forward of a center portion of the boot, wherein the crimp body and the boot each have a respective contiguous longitudinal opening to accommodate the at least two optical fibers having ends terminated forward of the front end opening of the housing, and



Boot front extension

Boot

Boot center portion

Crimp body rear portion

Crimp body

Front end of housing

https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector shown below.



See, for example, the Representative SN-MT Connector shown below.



Front extension

Boot center portion

Boot

Crimp body

Crimp body rear portion

Front end of the housing

https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector shown below.



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector shown below.



| | |
|---|---|
| 1[d]: wherein the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot. | In each of the '794 Accused Products, the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot.<br><br>See, for example, the Representative SN Connector shown below. |



https://www.senko.com/product/sn-1-6mm-standard-connector/

See, for example, the Representative SN-MT Connector shown below.



https://www.senko.com/product/sn-mt-connector/

See also, for example, the Representative SN-MT Connector shown below.



Crimp body          Boot

| Independent Claim 16 | |
| --- | --- |
| 16[pre]: A fiber optic connector having a boot, a crimp body, and a housing having two optical fibers terminated respectively within two fiber optic ferrules therein, the fiber optic connector comprising: | To the extent the preamble is limiting, each of the SN '794 Accused Products is a fiber optic connector having a boot, a crimp body, and a housing having two optical fibers terminated respectively within two fiber optic ferrules therein. *See* claim 1[pre]. |
| 16[a]: a front end opening in the housing for the two fiber optic ferrules, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the | Each of the SN '794 Accused Products includes a front end opening in the housing for the two fiber optic ferrules, the housing having a pair of short sides forming a top and a bottom and a pair of long sides joining the top and the bottom, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides, the two fiber optic ferrules being spaced apart from each other between the top and the bottom but equidistant from each of the pair of long sides. *See* claim 1[a]. |

| | |
|---|---|
| bottom, a separation between the top and the bottom is more than a separation between individual ones of the pair of long sides, the two fiber optic ferrules being spaced apart from each other between the top and the bottom but equidistant from each of the pair of long sides; | |
| 16[b]: the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion to receive the two optical fibers; and | Each of the SN '794 Accused Products includes the crimp body positioned rearward of the front end of the housing, the crimp body having a rear portion to receive the two optical fibers.<br><br>*See* claim 1[b]. |
| 16[c]: the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing via at least one latch forward | Each of the SN '794 Accused Products includes the boot receiving the rear portion of the crimp body and having a front extension, the front extension extending towards the front end of the housing and attached to the housing via at least one latch forward of a center portion of the boot, wherein the crimp body and the boot have a longitudinal opening to accommodate the two optical fibers having ends terminated forward of the front end opening of the housing.<br><br>See, for example, the Representative SN Connector shown below. |

of a center portion of the boot, wherein the crimp body and the boot have a longitudinal opening to accommodate the two optical fibers having ends terminated forward of the front end opening of the housing, and



Boot front extension

Latch

Boot

Boot center portion

Crimp body rear portion

Crimp body

Front end of housing

https://www.senko.com/product/sn-1-6mm-standard-connector/

See also, for example, the Representative SN Connector shown below.

24



*See also* claim 1[c].

| 16[d]: wherein the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot. | In each of the SN '794 Accused Products, the longitudinal opening extends through a back portion of the boot rearward of the center portion of the boot.  *See* claim 1[d]. |
| --- | --- |