# Exhibit E-1

**Claim Chart Showing Infringement of U.S. Patent No. 11,385,415 by SN and SN-MT Adapters**

Certain adapters for fiber-optic connectors, including adapters for SN and SN-MT connectors, infringe U.S. Patent No. 11,385,415 (the "'415 Patent"), including at least the SN Compact Adapter (the "Representative SN Compact Adapter"), the SN Non-Shuttered Adapter without internal walls and two or more channels (the "Representative SN Adapter"), the SN-MT Non-Shuttered Adapter without internal walls and two or more channels (the "Representative SN-MT Adapter"), the SN Non-shuttered SC Footprint Adapters without internal walls having two or more channels, the SN-MT Non-Shuttered adapters without internal walls and two or more channels, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'415 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '415 Accused Products directly and/or indirectly infringe the asserted claims of the '415 Patent. US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents. These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd. and Changzhou Co-Net Electronic Technology Co., Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '415 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '415 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing. US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation. The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 11,385,415 | Description of Infringement by the '415 Accused Products |
|---|---|
| **Independent Claim 1** | |
| 1 [pre]. An adapter for aligning a first fiber optic ferrule inserted | To the extent the preamble is limiting, each of the '415 Accused Products is an adapter for aligning a first fiber optic ferrule inserted from a first side and a second fiber optic ferrule inserted from a second side. |

| | |
|---|---|
| from a first side and a second fiber optic ferrule inserted from a second side comprising: | See, for example, the data sheet for the Representative SN Compact Adapter, shown below.<br><br>https://www.senko.com/wp-content/uploads/2022/12/Data-Sheet_SN-Compact-Adapter.pdf |
| 1[a]. a main body having an opening defined by two opposing side walls, a top surface and a bottom surface, the opening extending between the first side and the second side and having a central portion therebetween; and | Each of the '415 Accused Products has a main body having an opening defined by two opposing side walls, a top surface and a bottom surface, the opening extending between the first side and the second side and having a central portion therebetween.<br><br>See, for example, the website for the Representative SN Compact Adapter, shown below. |

<table>
<tr><td></td><td>

https://www.senko.com/product/sn-compact-adapters/</td></tr>
<tr><td>1[b]. a plurality of grooves disposed in a second top surface and a plurality of grooves disposed in a second bottom surface of the central portion, the second top surface and the second bottom surface being different from the top surface and the bottom surface in the main body, each of the plurality of</td><td>Each of the ’415 Accused Products has a plurality of grooves disposed in a second top surface and a plurality of grooves disposed in a second bottom surface of the central portion, the second top surface and the second bottom surface being different from the top surface and the bottom surface in the main body, each of the plurality of grooves extending toward a center of the main body.<br><br>See, for example, the website for the Representative SN Compact Adapter, shown below.</td></tr>
</table>

| | |
|---|---|
| grooves extending toward a center of the main body. | <br>https://www.senko.com/product/sn-compact-adapters/ |

| | |
|---|---|
| | https://www.senko.com/product/sn-compact-adapters/ |
| **Independent Claim 12** | |
| 12[pre]: An adapter for holding fiber optic connectors, the adapter comprising: | To the extent the preamble is limiting, each of the ’415 Accused Products is an adapter for holding fiber optic connectors.<br><br>See, for example, screenshots from a video showing the Representative SN Adapter, shown below. |



| | <br><br>https://vimeo.com/687214593<br><br>See, for example, the Representative SN Adapter Data Sheet, shown below. |
|---|---|



| | |
|---|---|
| |  <br><br>https://www.senko.com/wp-content/uploads/2023/02/Data-Sheet_SN-Standard-Adapter.pdf<br><br>See, for example, screenshots from a video showing the Representative SN-MT Adapter, shown below. |

| | |
|---|---|
| | <br><br>https://vimeo.com/676323699 |
| 12[a]: a main body having a width and a height and an opening extending longitudinally from a first side to an opposing second side, the main body comprising two opposing side walls spaced apart along the width and a first top wall and a first bottom wall spaced apart along the height, each of the first top wall and the first bottom wall extending widthwise between the two opposing side walls, | Each of the '415 Accused Products has a main body having a width and a height and an opening extending longitudinally from a first side to an opposing second side, the main body comprising two opposing side walls spaced apart along the width and a first top wall and a first bottom wall spaced apart along the height, each of the first top wall and the first bottom wall extending widthwise between the two opposing side walls.<br><br>See, for example, the Representative SN Adapter shown below. |



https://www.senko.com/product/sn-standard-adapters-2/

See, for example, screenshots from a video showing the Representative SN-MT Adapter, shown below.

https://vimeo.com/676323699

| | |
|---|---|
| | https://vimeo.com/676323699 |
| 12[b]: the first top wall having first internal grooves spaced apart along the width and the first bottom wall having second internal grooves spaced apart along the width, | In each of the ’415 Accused Products, the first top wall has first internal grooves spaced apart along the width and the first bottom wall has second internal grooves spaced apart along the width.<br><br>See, for example, the Representative SN Adapter shown below. |



| | |
|---|---|
| | <br><br><br>https://www.senko.com/product/sn-standard-adapters-2/<br><br>See, for example, screenshots of a video showing the Representative SN-MT Adapter, shown below. |

| | |
|---|---|
| |   https://vimeo.com/676323699 |
| 12[c]: each of the first internal grooves having a first width and each of the second internal grooves having a second width, the first width is | In each of the ’415 Accused Products, each of the first internal grooves has a first width and each of the second internal grooves has a second width, the first width is greater than the second width, and the adapter is free of internal walls between a space for two fiber optic connectors adjacent one another on a same side of the adapter in the opening between the opposing side walls along the width and between the first top wall and the first bottom wall along the height.<br><br>See, for example, the Representative SN Adapter shown below. |

| | |
|---|---|
| greater than the second width, and the adapter is free of internal walls between a space for two fiber optic connectors adjacent one another on a same side of the adapter in the opening between the opposing side walls along the width and between the first top wall and the first bottom wall along the height. |  <br><br>https://www.senko.com/product/sn-standard-adapters-2/<br><br>See, for example, screenshots from a video showing the Representative SN-MT Adapter, shown below. |



| | |
|---|---|
| | <br><br>https://vimeo.com/676323699<br><br>See, for example, screenshots from a video showing the Representative SN-MT Adapter, shown below. |



https://vimeo.com/676323699