# Exhibit F-1

## Claim Chart Showing Infringement of U.S. Patent No. 10,495,823 by MPO Connectors

Certain fiber-optic connectors infringe U.S. Patent No. 10,495,823 (the "'823 Patent"), including at least the MPO Plus connector (the "Representative Connector"), the MPO Plus Premium Mini connector, and any product that operates in a manner reasonably similar to the foregoing (collectively, the "'823 Accused Products").

US Conec Ltd. ("US Conec") contends that each of the '823 Accused Products directly and/or indirectly infringes the asserted claims of the '823 Patent.  US Conec contends that each of the limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.  These infringement contentions are provided based on information obtained to date and may not be exhaustive.

Based on information presently available to US Conec, US Conec contends that certain Defendants, including, but not limited to, Senko Advance Co., Ltd. and Shenzhen UnitekFiber Solution Ltd., as defined in the Complaint, directly and/or indirectly infringe the asserted claims of the '823 Patent by engaging in the design, development, manufacture, importation, and/or selling after importation of the '823 Accused Products and products incorporating the same.

US Conec's investigation of the infringement is ongoing.  US Conec reserves the right to supplement and/or amend these disclosures to identify additional asserted claims and accused products, and/or to further identify where each element of each asserted claim is found in each accused product, including on the basis of discovery obtained from Defendants and from third parties during the course of this litigation.  The claim chart provided below is based on information currently available to US Conec and is intended to be exemplary in nature.

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| **Independent Claim 1** ||
| **[1.pre]** A fiber optic connector with multiple optical fibers therein comprising: | To the extent the preamble is limiting, each of the '823 Accused Products is a fiber optic connector with mutliple optical fibers therein.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| |  https://www.senko.com/mpo-series/ <br><br> See also, for example, the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | **MPO Plus Mini, ready for 40/100G Ethernet Migration**<br><br>Unlike traditional 10GbE transmission which utilizes a 2-fiber configuration, the 40GbE and 100GbE are implemented over multi fiber array MPO connectors. It is critical that proper connector orientations are established. The TIA 568 standard provides three methods for configuring systems to ensure that proper connections are made.<br><br>Each MPO connector has a key on one side of the connector body. The "Key Up" position refers to the orientation where the key is located at the top position of the connector. When looking at the end face of the connector, position 1 is on the far left while position 12 is on the far right. Depending on the adopted connectivity orientation, the MPO adapter needs to be suitable for its application, which is either "Key Up to Key Down" or "Key Up to Key Up". In addition, MPO connectors are differentiated to a Male and Female connector. A Male MPO connector has two alignment pins while a Female MPO connector has two alignment holes where the pins are to be inserted when a connection is made. An MPO connection can only be performed between a Male and Female connector to ensure proper alignment which is required to maintain a low loss connection. SENKO's MPO Plus MINI Connector allows end users to freely change Polarity or Gender in the field, which gives great flexibility in network configuration.<br><br>https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf |
| **[1.a]** an outer housing having a passageway extending between a first end and a second end; | Each of the '823 Accused Products has an outer housing having a passageway extending between a first end and a second end.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | outer connector housing<br><br>POLARITY CHANGEABLE without tools<br><br>GENDER CHANGEABLE guide pins<br><br>WIDE FERRULE RANGE 12, 16, 24 and 32 fiber<br><br>0.25 dB<br><br>SUPER LOW LOSS less than 0.25dB<br><br>SHORT LENGTH reduced protrusion<br><br>second end          first end<br><br>*See* https://www.senko.com/mpo-series/ |
| **[1.b]** first and second key slots and two separate first and second movable key structures within at least a portion of the passageway in | Each of the '823 Accused Products has first and second key slots and two separate first and second movable key structures within at least a portion of the passageway in the outer housing, where the first and second key slots each maintain a respective first and second movable key structure simultaneously, the first and second key slots and respective first and second movable key structures retained therein and being located on opposing sides of the fiber optic connector.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| the outer housing, where the first and second key slots each maintain a respective first and second movable key structure simultaneously, the first and second key slots and respective first and second movable key structures retained therein and being located on opposing sides of the fiber optic connector, | <br><br>*See* https://www.senko.com/mpo-series/ |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | 1st key slot<br><br>1st key structure<br><br><br><br>2nd key structure in 2nd key slot<br><br>*See* https://www.senko.com/mpo-series/ |
| **[1.c]** the first and second movable key structures being movable within the respective first and second key slots, but otherwise retained within and movable without opening the fiber optic connector, the first | In each of the '823 Accused Products, the first and second movable key structures are movable within the respective first and second key slots, but otherwise retained within and movable without opening the fiber optic connector, and the first and second movable key structures provided within the fiber optic connector are configured to set the polarity of the multiple optical fibers within the fiber optic connector.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| and second movable key structures being provided within the fiber optic connector are configured to set the polarity of the multiple optical fibers within the fiber connector; and | <br><br>*See* https://www.senko.com/mpo-series/<br><br>See also, for example, the Representative Connector, excerpted below.<br><br>**MPO Plus Mini, ready for 40/100G Ethernet Migration**<br><br>Unlike traditional 10GbE transmission which utilizes a 2-fiber configuration, the 40GbE and 100GbE are implemented over multi fiber array MPO connectors. It is critical that proper connector orientations are established. The TIA 568 standard provides three methods for configuring systems to ensure that proper connections are made.<br><br>Each MPO connector has a key on one side of the connector body. The "Key Up" position refers to the orientation where the key is located at the top position of the connector. When looking at the end face of the connector, position 1 is on the far left while position 12 is on the far right. Depending on the adopted connectivity orientation, the MPO adapter needs to be suitable for its application, which is either "Key Up to Key Down" or "Key Up to Key Up". In addition, MPO connectors are differentiated to a Male and Female connector. A Male MPO connector has two alignment pins while a Female MPO connector has two alignment holes where the pins are to be inserted when a connection is made. An MPO connection can only be performed between a Male and Female connector to ensure proper alignment which is required to maintain a low loss connection. SENKO's MPO Plus MINI Connector allows end users to freely change Polarity or Gender in the field, which gives great flexibility in network configuration.<br><br>*See* https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| **[1.d]** either one of guide pins or guide pin receiving holes for guiding a connection with a second fiber optic connector, | Each of the '823 Accused Products has either one of guide pins or guide pin receiving holes for guiding a connection with a second fiber optic connector.<br><br>See, for example, the website for the Representative Connector, excerpted below.<br><br><br><br>*See* https://www.senko.com/mpo-series/ |
| **[1.e]** wherein the first and second key structures are movable within their | In each of the '823 Accused Products, the first and second key structures are movable within their respective first and second key slots between a forward active position where the movable key structure is moved out to an exposed portion of its respective key slot towards the second end of the fiber optic connector and a retracted |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| respective first and second key slots between a forward active position where the movable key structure is moved out to an exposed portion of its respective key slot towards the second end of the fiber optic connector and a retracted position where the movable key structure is moved out of the exposed portion of its respective key slot into and towards the first end of the outer housing | position where the movable key structure is moved out of the exposed portion of its respective key slot into and towards the first end of the outer housing.<br><br>See, for example, the '823 Accused Product Brochure, excerpted below.<br><br><br><br>*See* https://www.senko.com/mpo-series/ |
| **[1.f]** such that when the first key structure is in the forward active position, the multiple optical fibers presented within the fiber optic connector are in a first polarity, and | In each of the '823 Accused Products, when the first key structure is in the forward active position, the multiple optical fibers presented within the fiber optic connector are in a first polarity, and when the second key structure is in the forward active position, the multiple optical fibers are in a second polarity reversed from the first polarity.<br><br>See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| when the second key structure is in the forward active position, the multiple optical fibers are in a second polarity reversed from the first polarity. | *See* https://www.senko.com/mpo-series/<br><br>See, for example, the '823 Accused Product Brochure, excerpted below.<br><br> |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
|  | *See* https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf <br><br> See, for example, the '823 Accused Product website, excerpted below. <br><br> <br><br> https://www.senko.com/mpo-series/ |
| | **Independent Claim 8** |
| **[8.pre]** A fiber optic connector with multiple optical fibers therein comprising: | To the extent the preamble is limiting, each of the '823 Accused Products is a fiber optic connector with mutliple optical fibers therein. <br><br> See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | <br><br>*See* https://www.senko.com/mpo-series/<br><br>See also, for example, the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | **MPO Plus Mini, ready for 40/100G Ethernet Migration**<br><br>Unlike traditional 10GbE transmission which utilizes a 2-fiber configuration, the 40GbE and 100GbE are implemented over multi fiber array MPO connectors. It is critical that proper connector orientations are established. The TIA 568 standard provides three methods for configuring systems to ensure that proper connections are made.<br><br>Each MPO connector has a key on one side of the connector body. The "Key Up" position refers to the orientation where the key is located at the top position of the connector. When looking at the end face of the connector, position 1 is on the far left while position 12 is on the far right. Depending on the adopted connectivity orientation, the MPO adapter needs to be suitable for its application, which is either "Key Up to Key Down" or "Key Up to Key Up". In addition, MPO connectors are differentiated to a Male and Female connector. A Male MPO connector has two alignment pins while a Female MPO connector has two alignment holes where the pins are to be inserted when a connection is made. An MPO connection can only be performed between a Male and Female connector to ensure proper alignment which is required to maintain a low loss connection. SENKO's MPO Plus MINI Connector allows end users to freely change Polarity or Gender in the field, which gives great flexibility in network configuration.<br><br>*See* https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf |
| **[8.a]** an outer housing having a passageway extending between a first end and a second end; | Each of the '823 Accused Products has an outer housing having a passageway extending between a first end and a second end.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| |

*See* https://www.senko.com/mpo-series/ |
| **[8.b]** first and second key slots and two separate first and second movable key structures within at least a portion of the passageway in | Each of the '823 Accused Products has first and second key slots and two separate first and second movable key structures within at least a portion of the passageway in the outer housing, where the first and second key slots each maintain a respective first and second movable key structure simultaneously, the first and second key slots and respective first and second movable key structures retained therein and being located on opposing sides of the fiber optic connector. |

14

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| the outer housing, where the first and second key slots each maintain a respective first and second movable key structure simultaneously, the first and second key slots and respective first and second movable key structures retained therein and being located on opposing sides of the fiber optic connector; and | See, for example, the website for the Representative Connector, excerpted below.<br><br><br><br>*See* https://www.senko.com/mpo-series/ |

15

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | 1st key slot<br><br>1st key structure<br><br><br><br>2nd key structure in 2nd key slot<br><br>*See* https://www.senko.com/mpo-series/ |
| **[8.c]** the first and second movable key structures being movable within the respective first and second key slots, but otherwise retained within and movable without opening the fiber optic connector, the first | In each of the '823 Accused Products the first and second movable key structures are movable within the respective first and second key slots, but otherwise retained within and movable without opening the fiber optic connector, the first and second movable key structures being provided within the fiber optic connector.<br><br>See, for example, the website for the Representative Connector, excerpted below. |

16

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| and second movable key structures being provided within the fiber optic connector, |  |

*See* https://www.senko.com/mpo-series/

See also, for example, the Representative Connector, excerpted below.

## MPO Plus Mini, ready for 40/100G Ethernet Migration

Unlike traditional 10GbE transmission which utilizes a 2-fiber configuration, the 40GbE and 100GbE are implemented over multi fiber array MPO connectors. It is critical that proper connector orientations are established. The TIA 568 standard provides three methods for configuring systems to ensure that proper connections are made.

Each MPO connector has a key on one side of the connector body. The "Key Up" position refers to the orientation where the key is located at the top position of the connector. When looking at the end face of the connector, position 1 is on the far left while position 12 is on the far right. Depending on the adopted connectivity orientation, the MPO adapter needs to be suitable for its application, which is either "Key Up to Key Down" or "Key Up to Key Up". In addition, MPO connectors are differentiated to a Male and Female connector. A Male MPO connector has two alignment pins while a Female MPO connector has two alignment holes where the pins are to be inserted when a connection is made. An MPO connection can only be performed between a Male and Female connector to ensure proper alignment which is required to maintain a low loss connection. SENKO's MPO Plus MINI Connector allows end users to freely change Polarity or Gender in the field, which gives great flexibility in network configuration.

*See* https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| **[8.d]** wherein the first and second key structures are movable within their respective first and second key slots between a forward active position where the movable key structure is moved into an exposed portion of its respective key slot and a retracted position where the movable key structure is moved out of the exposed portion of its respective key slot and farther into the outer housing, | In each of the '823 Accused Products the first and second key structures are movable within their respective first and second key slots between a forward active position where the movable key structure is moved into an exposed portion of its respective key slot and a retracted position where the movable key structure is moved out of the exposed portion of its respective key slot and farther into the outer housing.<br><br>See, for example, the '823 Accused Product Brochure, excerpted below.<br><br><br><br>*See* https://www.senko.com/mpo-series/ |
| **[8.e]** such that when the first key structure is in the forward active position, the multiple optical fibers that are within the fiber optic | In the '823 Accused Products, when the first key structure is in the forward active position, the multiple optical fibers that are within the fiber optic connector are in a first polarity, and when the second key structure is in the forward active position, the multiple optical fibers are in a second polarity reversed from the first polarity.<br><br>See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| connector are in a first polarity, and when the second key structure is in the forward active position, the multiple optical fibers are in a second polarity reversed from the first polarity. |

*See* https://www.senko.com/mpo-series/

See, for example, the '823 Accused Product Brochure, excerpted below.

## MPO Plus Mini, ready for 40/100G Ethernet Migration

Unlike traditional 10GbE transmission which utilizes a 2-fiber configuration, the 40GbE and 100GbE are implemented over multi fiber array MPO connectors. It is critical that proper connector orientations are established. The TIA 568 standard provides three methods for configuring systems to ensure that proper connections are made.

Each MPO connector has a key on one side of the connector body. The "Key Up" position refers to the orientation where the key is located at the top position of the connector. When looking at the end face of the connector, position 1 is on the far left while position 12 is on the far right. Depending on the adopted connectivity orientation, the MPO adapter needs to be suitable for its application, which is either "Key Up to Key Down" or "Key Up to Key Up". In addition, MPO connectors are differentiated to a Male and Female connector. A Male MPO connector has two alignment pins while a Female MPO connector has two alignment holes where the pins are to be inserted when a connection is made. An MPO connection can only be performed between a Male and Female connector to ensure proper alignment which is required to maintain a low loss connection. SENKO's MPO Plus MINI Connector allows end users to freely change Polarity or Gender in the field, which gives great flexibility in network configuration.

*See* https://www.senko.com/wp-content/uploads/2021/09/MPO-Plus-Brochure-2022_pages.pdf |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | See, for example, the '823 Accused Product website, excerpted below.<br><br><br><br>https://www.senko.com/mpo-series/ |
| **Independent Claim 10** ||
| **[10.pre]** A method for changing a polarity of a fiber optic connector having two polarity key structures on opposite sides of the fiber optic connector inside respective first and second key | To the extent the preamble is limiting, each of the '823 Accused Products has been used and is specifically designed by Senko to allow a user to change a polarity of a fiber optic connector having two polarity key structures on opposite sides of the fiber optic connector inside respective first and second key slots, a first key structure of the two polarity key structures being in a first position indicating a first polarity of the fiber optic connector and the second key structure of the two polarity key structures simultaneously being in a second position different from the first position, each of the first and the second key structures being movable into respective first and second positions within the respective first and second key slots, the method comprising:<br><br>See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| slots, a first key structure of the two polarity key structures being in a first position indicating a first polarity of the fiber optic connector and the second key structure of the two polarity key structures simultaneously being in a second position different from the first position, each of the first and the second key structures being movable into respective first and second positions within the respective first and second key slots, the method comprising: | <br><br>*See* https://www.senko.com/mpo-series/ |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | 1st key slot<br><br>1st key structure<br><br><br><br>2nd key structure in 2nd key slot<br><br>*See* https://www.senko.com/mpo-series/ |
| **[10.a]** moving the first key structure in the first position to the second position within the first slot; and | Each of the '823 Accused Products has been used and is specifically designed by Senko to allow a user to move the first key strucutre in the first position to the second position within the first slot.<br><br>See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| |

*See* https://www.senko.com/mpo-series/ |
| **[10.b]** moving the second key structure in the second position to the first position within the second slot thereby changing the polarity of the fiber optic connector to a second polarity, | Each of the '823 Accused Products has been used and is specifically designed by Senko to allow a user to move the second key structure in the second position to the first position within the second slot thereby changing the polarity of the fiber optic connector to a second polarity.

See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | <br><br>2nd key structure in 2nd key slot<br><br>*See* https://www.senko.com/mpo-series/ |
| **[10.c]** wherein said moving the first key structure and the second key structure is carried out without removing the first key structure and the second key structure from the fiber optic connector. | Each of the '823 Accused Products has been used and is specifically designed by Senko to allow a user to move the first key structure and the second key structure without removing the first key structure and the second key structure from the fiber optic connector.<br><br>See, for example, the '823 Accused Product website, excerpted below. |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| | *See* https://www.senko.com/mpo-series/ |

| U.S. Patent No. 10,495,823 | Description of Infringement by '823 Accused Products |
|---|---|
| |  *See* https://www.senko.com/mpo-series/ |